IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

PETER MILLER, CLIFFORD HOYT,
and CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.

       Plaintiffs,

       v.                           Case No. 05-10367 RWZ

PATRICK TREADO and CHEMIMAGE CORP.

       Defendants.
_____

**DEFENDANTS' MOTION TO DISMISS COUNTS 2-5, AND TO STAY
COUNT 1 PENDING COMPLETION OF REISSUE PROCEEDINGS BEFORE
THE U.S. PATENT AND TRADEMARK OFFICE**

      Defendants Patrick Treado and ChemImage Corporation (collectively "Defendants") hereby move to dismiss Counts 2-5 of the Complaint for lack of subject matter jurisdiction. Defendants also respectfully request that the Court stay litigation over the remaining Count 1 pending completion of the reissue proceedings now before the U.S. Patent and Trademark Office involving the patent in suit.

      In support of this motion, Defendants submit the accompanying memorandum.

                                    Respectfully submitted,

Date: April 29, 2005                  /s/ Anthony J. Fitzpatrick
                                    Anthony J. Fitzpatrick
                                    Duane Morris LLP
                                    470 Atlantic Avenue, Suite 500
                                    Boston, MA 02210
                                    Telephone: 617.289.9220
                                    Fax: 617.289.9201
                                    E-mail: ajfitzpatrick@duanemorris.com

                                    Counsel for Defendants
                                    Patrick Treado and ChemImage Corp.

OF COUNSEL:

Paul D. Weller
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5530
eFax: 215.963.5001
E-mail: pweller@morganlewis.com

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1, counsel for Defendants certifies that he endeavored to confer with counsel for Plaintiffs in a good faith attempt to resolve or narrow the issue presented in this motion, by leaving a detailed voicemail concerning the motion for Plaintiffs' counsel. Counsel for Defendants did not receive a return call before the deadline for filing this motion.

                                    /s/ Anthony J. Fitzpatrick
                                    Anthony J. Fitzpatrick

BOS\129758.1