IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Massachusetts corporation,

        Plaintiffs,

v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

        Defendants.

Civil Action No. 05-10367-RWZ

## MOTION TO PERMIT COUNSEL TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, Erin E. McLaughlin, counsel of record for the Plaintiff, hereby moves this Court to permit Teodor J. Holmberg to appear on the Plaintiff's behalf as counsel *pro hac vice* in the above-captioned case.

In support of this motion, the undersigned counsel states the following:

1. Erin E. McLaughlin is a member in good standing of the bar of this Court.

2. Teodor J. Holmberg is a member in good standing of the bars of the State of Massachusetts and New York.

3. Mr. Holmberg is an associate in the law firm of Cohen, Pontani, Lieberman & Pavane.

4. There are no disciplinary proceedings pending against Mr. Holmberg as a member of the bar in any jurisdiction.

5. Mr. Holmberg has been provided with the Local Rules of the United States District Court for the District of Massachusetts and has indicated in his Certificate (attached hereto) that he is familiar with them.

6. The Certificate of Teodor J. Holmberg in Support of this Motion to Permit Counsel to Appear *Pro Hac Vice* is attached hereto as Exhibit A.

    Respectfully submitted,

    PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,

    By their attorneys:

    Brian L. Michaelis (BBO# 555159)
    Erin E. McLaughlin (BBO# 647750)
    Brown Rudnick Berlack Israels LLP
    One Financial Center
    Boston, MA 02111
    Tel. (617) 856-8200
    Fax (617) 856-8201

    Martin B. Pavane
    Teodor J. Holmberg (BBO# 634708)
    COHEN, PONTANI, LIEBERMAN AND PAVANE
    551 Fifth Avenue
    New York, New York 10176
    Tel. (212) 687-2770
    Fax (212) 972-5487

Dated: May 3, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiffs conferred with Defense Counsel Anthony Fitzpatrick on May 3, 2005 prior to filing this motion. Attorney Fitzpatrick had no objections to the filing of this motion.

_____
Erin E. McLaughlin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served via overnight mail on this 3rd day of May, 2005 to:

>Anthony J. Fitzpatrick
>Duane Morris LLP
>470 Atlantic Avenue, Suite 500
>Boston, MA 02210

_____
Erin E. McLaughlin

#1331878

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Massachusetts corporation,

         Plaintiffs,

         v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

         Defendants.

Civil Action No. 05-10367-RWZ

### CERTIFICATE OF TEODOR J. HOLMBERG IN SUPPORT OF MOTION TO PERMIT COUNSEL TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached Motion to Permit Counsel to Appear *Pro Hac Vice*, I, Teodor J. Holmberg, having been duly sworn, on my oath do say as follows:

1. I am a member in good standing of the bars of the State of Massachusetts and New York.

2. I am an associate in the law firm of Cohen, Pontani, Lieberman & Pavane.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have been provided with the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with them.

                                                                */s/ Teodor J. Holmberg*

SWORN TO AND SUBSCRIBED before me this 3rd day of May, 2005.

*[signature: Anita Waldman]*

Notary Public
My Commission Expires: February 28, 2006

ANITA WALDMAN
Notary Public, State of New York
No. 01WA4826997
Qualified in Kings County
Commission Expires Feb. 28, 20_06_

#1331875