## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Massachusetts corporation,

Plaintiffs,

v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

Defendants.

**Civil Action No.05-10367-RWZ**

### MOTION TO PERMIT COUNSEL TO APPEAR PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, Erin E. McLaughlin, counsel of record for the Plaintiff, hereby moves this Court to permit Martin B. Pavane to appear on the Plaintiff's behalf as counsel *pro hac vice* in the above-captioned case.

In support of this motion, the undersigned counsel states the following:

1.      Erin E. McLaughlin is a member in good standing of the bar of this Court.

2.      Martin B. Pavane is a member in good standing of the bars of the State of New York.

3.      Mr. Pavane is a partner in the law firm of Cohen, Pontani, Lieberman & Pavane.

4.      There are no disciplinary proceedings pending against Mr. Pavane as a member of the bar in any jurisdiction.

5.      Mr. Pavane has been provided with the Local Rules of the United States District Court for the District of Massachusetts and has indicated in his Certificate (attached hereto) that he is familiar with them.

6.    The Certificate of Martin B. Pavane in Support of this Motion to Permit Counsel to

Appear *Pro Hac Vice* is attached hereto as Exhibit A.

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT,
and CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,**

By their attorneys:

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201

Martin B. Pavane
Teodor J. Holmberg (BBO# 634708)
COHEN, PONTANI, LIEBERMAN AND
PAVANE
551 Fifth Avenue
New York, New York 10176
Tel. (212) 687-2770
Fax (212) 972-5487

Dated:  May 3, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiffs conferred with Defense Counsel Anthony Fitzpatrick on May 3, 2005 prior to filing this motion. Attorney Fitzpatrick had no objections to the filing of this motion.

Erin E. McLaughlin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served via overnight mail on this 3rd day of May, 2005 to:

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Erin E. McLaughlin

# 1331881 v1 -

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Massachusetts corporation,

                Plaintiffs,

                v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

                Defendants.

Civil Action No. 05-10367-RWZ

**CERTIFICATE OF MARTIN B. PAVANE IN SUPPORT OF MOTION
TO PERMIT COUNSEL TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached

Motion to Permit Counsel to Appear *Pro Hac Vice*, I, Martin B. Pavane, having been duly

sworn, on my oath do say as follows:

    1.     I am a member in good standing of the bar of the State of New York and the U.S.

District Courts for Southern and Eastern Districts of New York.

    2.     I am a partner in the law firm of Cohen, Pontani, Lieberman & Pavane.

    3.     There are no disciplinary proceedings pending against me as a member of the bar in

any jurisdiction.

    4.     I have been provided with the Local Rules of the United States District Court for

the District of Massachusetts and I am familiar with them.

                                                Martin B. Pavane

SWORN TO AND SUBSCRIBED before me this 3rd day of May, 2005.

*Anita Waldman*
Notary Public
My Commission Expires: *February 28, 2006*

ANITA WALDMAN
Notary Public, State of New York
No. 01WA4826997
Qualified in Kings County
Commission Expires Feb. 28, 20 _06_

#1331877