UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PETER J. MILLER, CLIFFORD HOYT, AND CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>PATRICK TREADO AND CHEMIMAGE, CORP.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 05-10367RWZ |

ASSENTED-TO MOTION FOR EXTENSION OF TIME

　　　　Now comes the plaintiffs, Cambridge Research and Instrumentation, Inc. et al, and move this Court to extend the time limit to file their Opposition to Defendants' Motion to Dismiss Counts 2-5, and to Stay Count I Pending Completion of Reissue Proceedings Before the U.S. Patent and Trademark Office ("the Opposition"). The requested extension is a one day extension from Friday, May 27, 2005, which would result in filing of the Opposition on Tuesday, May 31, 2005 (due to the Memorial Day holiday on Monday, May 3, 2005).

　　　　Opposing counsel has agreed to this extension.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

　　　　　　　　　　　　　　　　　　　　By their attorneys:

　　　　　　　　　　　　　　　　　　　　    /s/ Brian L. Michaelis
　　　　　　　　　　　　　　　　　　　　Brian L. Michaelis (BBO# 555159)
　　　　　　　　　　　　　　　　　　　　Erin E. McLaughlin (BBO# 647750)
　　　　　　　　　　　　　　　　　　　　Brown Rudnick Berlack Israels LLP
　　　　　　　　　　　　　　　　　　　　One Financial Center
　　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　　Tel. (617) 856-8200
　　　　　　　　　　　　　　　　　　　　Fax (617) 856-8201

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      Counsel for Plaintiffs communicated with Defense Counsel on May 27, 2005 prior to filing this motion.  Counsel for Defendants agreed to the one day extension of time requested in this motion.

                                            /s/ Brian L. Michaelis

# 1365746 v1 - MCLAUGEE - 025029/0001