IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

PETER J. MILLER, CLIFFORD HOYT, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.
    Plaintiffs,

                v.

PATRICK TREADO and CHEMIMAGE CORP.
    Defendants.
_____

Case No. 05-1367 RWZ

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF
MOTION TO DISMISS COUNTS 2-5 AND TO STAY COUNT 1**

    Defendants move for leave to file a reply brief in support of their motion to dismiss Counts 2-5 and to stay Count 1, in order to address factual and legal arguments raised by Plaintiffs in their response to the motion. Defendants' proposed reply brief is submitted herewith. Counsel for Plaintiffs have indicated that they will take no position with respect to this motion for leave to file.

    WHEREFORE, Defendants respectfully request that the Court grant them leave to file a reply brief in support of their motion to dismiss Counts 2-5 and to stay Count 1.

                                        Respectfully submitted,

Date: June 14, 2005                    /s/ Anthony J. Fitzpatrick
                                        Anthony J. Fitzpatrick
                                        Duane Morris LLP
                                        470 Atlantic Avenue, Suite 500
                                        Boston, MA 02210
                                        Telephone: 617.289.9220
                                        Fax: 617.289.9201
                                        e-mail: ajfitzpatrick@duanemorris.com

                                          Counsel for Defendants,
                                        Patrick Treado and ChemImage Corp.

OF COUNSEL:

Paul D. Weller
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5530
eFax:  215.963.5001
e-mail:  pweller@morganlewis.com