IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
:
PETER J. MILLER, CLIFFORD HOYT, and :
CAMBRIDGE RESEARCH AND :
INSTRUMENTATION, INC. :
    Plaintiffs, :
: Case No. 05-10367 RWZ
          v. :
:
PATRICK TREADO and CHEMIMAGE CORP. :
    Defendants. :
_____:


**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON
PLAINTIFFS' MOTION TO ENJOIN DEFENDANTS FROM
<u>CONTINUING WITH THE REISSUE APPLICATION</u>**


    Pursuant to Local Rule 7.1(d), the defendants Patrick Treado and ChemImage Corp. request oral argument on the plaintiffs' motion to enjoin the defendants from continuing with their pending reissue patent application. The defendants submit that oral argument may assist the Court in deciding the motion.

                                 Respectfully submitted,

Date:  July 25, 2005                    <u>/s/ Anthony J. Fitzpatrick</u>
                                          Anthony J. Fitzpatrick
                                          Duane Morris LLP
                                          470 Atlantic Avenue, Suite 500
                                          Boston, MA 02210
                                          Telephone: 617.289.9220
                                          Fax: 617.289.9201
                                          e-mail:  ajfitzpatrick@duanemorris.com

                                            Counsel for Defendants,
                                            Patrick Treado and ChemImage Corp.

OF COUNSEL:

Paul D. Weller
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5530
eFax:  215.963.5001
e-mail:  pweller@morganlewis.com