IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
:
PETER J. MILLER, CLIFFORD HOYT, and   :
CAMBRIDGE RESEARCH AND                :
INSTRUMENTATION, INC.                 :
    Plaintiffs,                       :
:   Case No. 05-10367 RWZ
        v.                             :
:
PATRICK TREADO and CHEMIMAGE CORP.    :
    Defendants.                       :
_____:

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Defendants' Sur-Reply Memorandum in Opposition to Plaintiffs' Motion to Enjoin Defendants from Continuing with the Reissue Application, together with attached Exhibits A through E;

2. Declaration of Christopher S. Kroon In Support of Defendants' Sur-Reply Memorandum in Opposition to Plaintiffs' Motion to Enjoin Defendants from Continuing with the Reissue Application; and

3. Certificate of Service.

The original Documents are maintained in the case file in the Clerk's Office.

                              PATRICK TREADO and CHEMIMAGE CORP.
                              By their attorneys,


                              /s/ Anthony J. Fitzpatrick
                              Anthony J. Fitzpatrick (BBO # 564324)
                              Christopher S. Kroon (BBO # 660286)
                              DUANE MORRIS LLP
                              470 Atlantic Avenue, Suite 500
                              Boston, MA  02210
                              (617) 289-9200

DATED: August 9, 2005

BOS\135520.1