IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>    Defendants. | Civil Action No. 05-10367-RWZ |

**PLAINTIFFS JOIN DEFENDANTS'
REQUEST FOR ORAL ARGUMENT**

On July 25, 2005, defendants filed a request for oral argument on plaintiffs' motion to enjoin the defendants from continuing with defendants' reissue proceeding. Plaintiffs herein join defendants' request for oral argument. Plaintiffs agree with defendants that oral argument may assist the Court in deciding the motion.

                     Respectfully submitted,

                     **PETER J. MILLER, CLIFFORD HOYT, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,**

                     By their attorneys:

Dated: August 11, 2005         /s/ Teodor Holmberg
                     Martin B. Pavane
                     Teodor J. Holmberg (BBO# 634708)
                     Cohen, Pontani, Lieberman and Pavane
                     551 Fifth Avenue
                     New York, New York 10176
                     Tel. (212) 687-2770
                     Fax (212) 972-5487
                     E-mail: tidge@cplplaw.com

- 2 -

Brian L. Michaelis (BBO# 555159)  
Erin E. McLaughlin (BBO# 647750)  
Brown Rudnick Berlack Israels LLP  
One Financial Center  
Boston, MA 02111  
Tel. (617) 856-8200  
Fax (617) 856-8201  
E-mail:  BMichaelis@brownrudnick.com

- 2 -