**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>　　　　　　Defendants. | **Civil Action No. 05-10367-RWZ** |

## STIPULATION

Counsel for plaintiffs Cambridge Research and Instrumentation, Inc. ("CRI"), Peter J. Miller, and Clifford Hoyt and counsel for defendants ChemImage Corporation ("ChemImage") and Patrick Treado conferred on Monday, October 17, 2005 and agreed to change the date for filing the Joint Statement on Claim Construction from Saturday, October 15, 2005 (as originally scheduled in the approved portion of the Proposed Pretrial Schedule) to Wednesday, October 19, 2005.

- 2 -

| **PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.** | **PATRICK TREADO, and CHEMIMAGE CORPORATION** |
|---|---|
| By their attorneys, | By their attorneys, |
| _____/s/ Teodor Holmberg_____ <br> Martin B. Pavane <br> Teodor J. Holmberg (BBO #634708) <br> Cohen, Pontani, Lieberman, and Pavane <br> 551 Fifth Avenue <br> New York, NY 10176 <br> Tel. (212) 687-2770 <br> Fax. (212) 972-5487 <br> e-mail: tidge@cplplaw.com | _____/s/ Anthony J. Fitzpatrick_____ <br> Anthony J. Fitzpatrick (BBO #564324) <br> Duane Morris LLP <br> 470 Atlantic Avenue, Suite 500 <br> Boston, MA 02210 <br> Tel. 617-289-9220 <br> Fax 617-289-9201 <br> e-mail: ajfitzpatrick@duanemorris.com |
| Brian L. Michaelis (BBO# 555159) <br> Erin E. McLaughlin (BBO# 647750) <br> Brown Rudnick Berlack Israels LLP <br> One Financial Center <br> Boston, MA 02111 <br> Tel. (617) 856-8200 <br> Fax (617) 856-8201 | Paul D. Weller <br> (admitted pro hac vice) <br> Morgan, Lewis & Bockius, LLP <br> 1701 Market Street <br> Philadelphia, PA 19103 <br> Tel. (215) 963-5530 <br> eFax (215) 963-5001 |

 DATED:  October 19, 2005