**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

ANTHONY J. FITZPATRICK
DIRECT DIAL: 617.289.9220
E-MAIL: ajfitzpatrick@duanemorris.com

www.duanemorris.com

October 24, 2005

**VIA ELECTRONIC FILING;
COURTESY COPY BY HAND**

The Honorable Rya W. Zobel
United States District Judge
United States District Court, District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Miller, et al. v. Treado, et al.
      <u>Case No. 05-10367</u>

Dear Judge Zobel:

This firm represents the defendants in the above-referenced matter. We write in response to the letter from the plaintiffs' counsel to your Honor dated October 21, 2005 (Docket No. 26). In that letter, the plaintiffs request that the Court hear oral argument on the plaintiffs' Motion for Order to Enjoin Reissue Proceedings (Docket No. 11) at the Scheduling Conference set for tomorrow, October 25.

The plaintiffs have not articulated any reason why they now wish to have oral argument, four months after they filed the motion and three months after the Court indicated that it would decide the motion on the papers. The defendants did request oral argument on the motion to enjoin prior to the Initial Scheduling Conference held on July 27, 2005. However, at that Conference, the Court gave the defendants leave to file a sur-reply brief, and indicated that it would then decide the motion without further oral argument. (<u>See</u> Clerk's Notes from the July 27 Initial Scheduling Conference: "Sur-reply to be filed 8/8/05; Judge then to decide motion").

The plaintiffs' motion to enjoin has been fully briefed, with opening and reply briefs from the plaintiffs, and opposing and sur-reply briefs from the defendants. That briefing was completed more than two months ago. Most tellingly, in their October 21 letter to your Honor, the plaintiffs do not point to a single new development or changed circumstance to justify their request for oral argument. On the contrary, the plaintiffs' letter indicates that circumstances have not changed since the parties completed their briefing on the motion. All this being so, the

# DuaneMorris

The Honorable Rya W. Zobel
October 24, 2005
Page 2

defendants respectfully submit that there is no reason for the Court to reconsider its prior determination that it would decide the motion on the papers.

Respectfully yours,

Anthony J. Fitzpatrick

AJF/lnw
cc:   Martin B. Pavane, Esq.
      Teodor J. Holmberg, Esq.
      Paul D. Weller, Esquire