UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10367-RWZ

PETER J. MILLER, et al.

v.

PATRICK TREADO, et al.

SCHEDULING ORDER

October 28, 2005

ZOBEL, D.J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Martin B. Pavane and Teodor Holmberg having appeared as counsel for plaintiffs, Peter J. Miller, et al.; and Anthony J. Fitzpatrick and Paul D. Weller, having appeared as counsel for defendants, Patrick Treado, et al., the following action was taken:

1. The parties agreed to complete all fact discovery by May 1, 2006 and all expert discovery by August 15, 2006.

2. Any dispositive motions, together with all supporting documents, shall be filed no later than September 15, 2006. All responses with supporting documents shall be filed no later than October 6, 2006. A reply memorandum may be submitted no later than October 13, 2006. It should not exceed five pages in length.

3. Counsel agreed to define the issues to be heard by October 13, 2006.

|  | /s/ Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |

UNITED STATES DISTRICT JUDGE