# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>                v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>                Defendants. | **Civil Action No. 05-10367-RWZ** |

# JOINT MOTION TO AMEND
# SCHEDULING ORDER

Counsel for plaintiffs Cambridge Research and Instrumentation, Inc., Peter J. Miller, and Clifford Hoyt (collectively, "CRI"), and counsel for defendants ChemImage Corporation and Patrick Treado (collectively, "ChemImage") jointly move to amend the October 28, 2005 Scheduling Order [Docket Entry, "D.E.", 28] for this case in order to provide sufficient time to complete discovery. The amendments will result in moving each deadline forward by ninety days. The proposed scheduling order is attached (**Exhibit A**).

This request is not interposed for purposes of delay.

Specifically, the parties request the following amendments:

Joint Motion
To Amend Scheduling Order

| Event | Previously Scheduled Dates | Proposed Dates |
|---|---|---|
| Completion of fact discovery: deadline for:<br>- completion of non-expert depositions<br>- responses to all discovery requests | May 1, 2006 | August 1, 2006 |
| Identification of Experts<br>(FRCP 26(a)(2)(A)) | May 15, 2006 | August 15, 2006 |
| Opening Expert Reports - i.e., for which the party has the burden of proof<br>(FRCP 26(a)(2)(B)) | June 15, 2006 | September 15, 2006 |
| Rebuttal Expert Reports<br>(FRCP 26(a)(2)(B)) | July 15, 2006 | October 15, 2006 |
| Completion of Expert Depositions | August 15, 2006 | November 15, 2006 |
| Filing and service of Motions for Summary Judgment | September 15, 2006 | December 15, 2006 |
| Filing and service of oppositions to Motions for Summary Judgment | October 6, 2006 | January 12, 2007 |
| Filing and service of replies to oppositions (5 page limit) | October 13, 2006 | January 19, 2007 |

Respectfully submitted,

**PETER J. MILLER,
CLIFFORD HOYT, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.**

By their attorneys,

_____/s/ Teodor Holmberg_____
Martin B. Pavane (admitted pro hac vice)
Teodor J. Holmberg (BBO #634708)
Cohen, Pontani, Lieberman, and Pavane
551 Fifth Avenue
New York, NY 10176
Tel. (212) 687-2770
Fax. (212) 972-5487
e-mail: tidge@cplplaw.com

**PATRICK TREADO, and
CHEMIMAGE CORPORATION**

By their attorneys,

_____/s/ Anthony J. Fitzpatrick_____
Anthony J. Fitzpatrick (BBO #564324)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel. 617-289-9220
Fax 617-289-9201
e-mail: ajfitzpatrick@duanemorris.com

Joint Motion<br>To Amend Scheduling Order

| | |
|---|---|
| Brian L. Michaelis (BBO# 555159) | Paul D. Weller (admitted pro hac vice) |
| Erin E. McLaughlin (BBO# 647750) | Morgan, Lewis & Bockius, LLP |
| Brown Rudnick Berlack Israels LLP | 1701 Market Street |
| One Financial Center | Philadelphia, PA 19103 |
| Boston, MA 02111 | Tel. (215) 963-5530 |
| Tel. (617) 856-8200 | eFax (215) 963-5001 |
| Fax (617) 856-8201 | |

DATED: March 14, 2006

525_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated as non-registered participants on March 14, 2006.

/s/ Teodor Holmberg<br>Teodor J. Holmberg (BBO# 634708)

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>    Defendants. | **Civil Action No. 05-10367-RWZ** |

# [PROPOSED] AMENDED SCHEDULING ORDER

  It is hereby ordered that the following schedule will replace and supersede the Court's October 28, 2005 Scheduling Order [Docket Entry, "D.E.", 28]:

| Event | Dates |
|---|---|
| Completion of fact discovery: deadline for:<br> - completion of non-expert depositions<br> - responses to all discovery requests | August 1, 2006 |
| Identification of Experts<br>    (FRCP 26(a)(2)(A)) | August 15, 2006 |
| Opening Expert Reports - i.e., for which the party has the burden of proof<br>    (FRCP 26(a)(2)(B)) | September 15, 2006 |
| Rebuttal Expert Reports<br>    (FRCP 26(a)(2)(B)) | October 15, 2006 |
| Completion of Expert Depositions | November 15, 2006 |
| Filing and service of Motions for Summary Judgment | December 15, 2006 |
| Filing and service of oppositions to Motions for Summary Judgment | January 12, 2007 |
| Filing and service of replies to oppositions (5 page limit) | January 19, 2007 |

- 2 -

Dated: _____, 2006          _____
                                 RYA W. ZOBEL
                                 UNITED STATES DISTRICT JUDGE