IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.<br><br>                Plaintiffs,<br><br>        v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.<br><br>                Defendants. | Case No. 05-10367 RWZ |

## DEFENDANTS' CROSS MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants Patrick Treado and ChemImage Corporation (collectively "Defendants") hereby move for entry of a Protective Order.

The grounds for this motion are set forth in the accompanying memorandum.

A proposed order is attached to this motion.

Respectfully submitted,

Date: March 28, 2006

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 617.289.9220
Fax: 617.289.9201
e-mail: ajfitzpatrick@duanemorris.com

Counsel for Defendants,
Patrick Treado and ChemImage Corp.

OF COUNSEL:

Paul D. Weller
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5530
eFax: 215.963.5001
e-mail: pweller@morganlewis.com

## LOCAL RULE 37.1(b) CERTIFICATION

Counsel for Defendants certifies that the provisions of Local Rule 37.1 have been satisfied as described in the accompanying memorandum.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants certifies that he has conferred with counsel for Plaintiffs in a good faith attempt to resolve or narrow the issue presented in this motion, as described in the accompanying memorandum.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 28, 2006.

Date: March 28, 2006                    /s/ Anthony J. Fitzpatrick
                                        Anthony J. Fitzpatrick

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.<br><br>Defendants. | Case No. 05-10367 RWZ |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants Patrick Treado and ChemImage Corporation's Cross Motion for Protective Order, it is hereby **ORDERED** and **DECREED** that the Motion for Protective Order is **GRANTED**, and the Court shall enter Defendants' proposed Protective Order. If further hereby **ORDERED** and **DECREED** that Plaintiffs Cambridge Research and Instrumentation, Inc., Peter J. Miller, and Clifford Hoyt's Motion to Compel is **DENIED**.

_____
Rya W. Zobel, U.S.D.J.