IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER, HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC. | CIVIL ACTION |
| Plaintiffs, | Case No. 05-1367 RWZ |
| v. | |
| PATRICK TREADO and CHEMIMAGE CORP. | |
| Defendants. | |

**DECLARATION OF WESLEY HUTCHISON**

Pursuant to 28 U.S.C. § 1746, I, Wesley Hutchison, declare the following to the best of my knowledge, information and belief:

1.  I have personal knowledge, and I am competent to testify concerning the matters set forth herein.

2.  I am the Chief Operating Officer of ChemImage Corp. ("ChemImage").

3.  Plaintiff Cambridge Research and Instrumentation, Inc. ("CRI") supplies ChemImage with components (i.e., filters) that ChemImage incorporates into its instruments. In this respect, CRI and ChemImage are engaged in a vender/customer relationship. ChemImage's position in this relationship would be compromised if CRI had access to the ChemImage financial information contained in documents proposed to be produced in this litigation and marked as "CONFIDENTIAL — ATTORNEYS' EYES ONLY."

4.  I declare under penalty of perjury that the foregoing is true and correct.

_____
WESLEY HUTCHISON