IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER, HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 05-1367 RWZ |

**DECLARATION OF PATRICK J. TREADO**

Pursuant to 28 U.S.C. § 1746, I, Patrick J. Treado, declare the following to the best of my knowledge, information and belief:

1. I have personal knowledge, and I am competent to testify concerning the matters set forth herein.

2. I am the Founder and Chief Technology Officer of ChemImage Corp. ("ChemImage").

3. ChemImage and Plaintiff Cambridge Research and Instrumentation, Inc. ("CRI") both sell instruments for generating and analyzing chemical images, and are competitors in this market.

4. ChemImage's competitive position with respect to CRI in the marketplace would be compromised if CRI had access to documents proposed to be produced in this litigation and marked as "CONFIDENTIAL — ATTORNEYS' EYES ONLY."

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
PATRICK J. TREADO