## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>　　　　　　　Defendants. | Civil Action No. 05-10367-RWZ |

### ASSENTED -TO MOTION FOR EXTENSION OF TIME
### TO FILE PLAINTIFFS' OPPOSITIONS TO
### DEFENDANTS' MOTION FOR PROTECTIVE ORDER [D.E. 31]
### AND DEFENDANTS' MOTION TO COMPEL [D.E. 35]

Plaintiffs Cambridge Research and Instrumentation, Inc. et al. move to extend the time limit to file their Opposition to Defendants' Motion to Compel Plaintiffs to Produce Documents Responsive to Request No. 47 of Defendant's First Set of Documents Request [D.E. 35] and their Opposition to Defendants' Cross Motion for Protective Order [D.E. 31] ("the Oppositions"). The present deadline for filing the Oppositions is Tuesday, April 11, 2006, and this motion requests that the Court extend that deadline sixteen days forward, so that the deadline for filing the Oppositions will be Thursday, April 27, 2006.

Counsel for defendants has agreed to this extension.

3428_1.DOC

ASSENTED TO MOTION FOR EXTENSION OF TIME
for filing Plaintiff's Oppositions
to Defendants' Motions {D.E. 31] and [D.E. 35]

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

By their attorneys:

| | |
|---|---|
| Dated:  April 11, 2006 | _/s/ Teodor Holmberg_____ <br> Martin B. Pavane <br> Teodor J. Holmberg (BBO# 634708) <br> COHEN, PONTANI, LIEBERMAN AND PAVANE <br> 551 Fifth Avenue <br> New York, New York 10176 <br> Tel. (212) 687-2770 <br> Fax (212) 972-5487 <br> E-mail: tidge@cplplaw.com <br><br> Brian L. Michaelis (BBO# 555159) <br> Erin E. McLaughlin (BBO# 647750) <br> Brown Rudnick Berlack Israels LLP <br> One Financial Center <br> Boston, MA 02111 <br> Tel. (617) 856-8200 <br> Fax (617) 856-8201 <br> E-mail:  BMichaelis@brownrudnick.com |

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiffs certifies that counsel for plaintiffs has conferred with counsel for defendants in a good faith attempt to resolve or narrow the issue presented in this motion, and that **counsel for defendants agreed to the 12 day extension of time requested**.

_/s/ Teodor Holmberg_____
Teodor J. Holmberg (BBO# 634708)

ASSENTED TO MOTION FOR EXTENSION OF TIME<br>
for filing Plaintiff's Oppositions<br>
to Defendants' Motions {D.E. 31] and [D.E. 35]

## **CERTIFICATE OF SERVICE**

      I hereby certify that the document identified in the top right-hand portion of this page and filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated as non-registered participants on April 11, 2006.

      /s/ Teodor Holmberg_____
      Teodor J. Holmberg (BBO# 634708)