**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>      Defendants. | Civil Action No. 05-10367-RWZ |

**COMBINED MOTION AND MEMORANDUM IN SUPPORT THEREOF
TO IMPOUND PURSUANT TO LOCAL RULE 7.2
PLAINTIFFS' MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT,
THE [PROPOSED] AMENDED COMPLAINT, AND SEVERAL EXHIBITS THERETO**

    Plaintiffs Cambridge Research and Instrumentation, Inc. ("CRI"), Peter J. Miller, and Clifford Hoyt, by their attorneys COHEN, PONTANI, LIEBERMAN & PAVANE, hereby move the Court under LR 7.2 and the Protective Order in this litigation to impound the attached materials; namely, Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Leave to File an Amended Complaint, the [Proposed] Amended Complaint (Exhibit 1 to the Memorandum), and Exhibits P-U and W-X to the [Proposed] Amended Complaint.

    This motion includes the memorandum of reasons, including citation of supporting authorities, why this motion should be granted, pursuant to LR 7.1(b)(1).

    **Exhibit 1** to this motion is a list of exhibits and filings and how each was filed with the Court.

Combined Motion/Memo to Impound under LR 7.2<br>
Plaintiffs' Memo in Supp of Motion to File an Amended Complaint,<br>
The [Proposed] Amended Complaint, and certain exhibits thereto

In support, plaintiffs state as follows:

1.  Plaintiffs have filed via ECF redacted versions of their Memorandum in Support of Plaintiffs' Motion for Leave to File an Amended Complaint and the [Proposed] Amended Complaint (Exhibit 1 to the Memorandum).

2.  The attached complete unredacted copies of the Memorandum in Support of Plaintiffs' Motion for Leave to File an Amended Complaint and the [Proposed] Amended Complaint (Exhibit 1 to the Memorandum) describe and/or characterize documents which have been designated "CONFIDENTIAL" in accordance with the Protective Order in the present case.

3.  The attached copies of Exhibits P-U and W-X to the [Proposed] Amended Complaint were not filed via ECF, but rather blanks were filed in their place. All of Exhibits P-U and W-X have been designated "CONFIDENTIAL" in accordance with the Protective Order in the present case.

4.  Plaintiffs and defendants had previously agreed to not disclose the subject matter of the Exhibits P-U and W-X. See **Exhibit X**, p. CRI004143, ¶2.

5.  The Protective Order in this case, entered by the Court on May 1, 2006 [D.E. 38], states, at Sect. E(2):

> In the event that any Protected Material is used in any Court proceeding in connection with this action, it shall not lose its status as "CONFIDENTIAL" through such use, and the parties shall take all reasonable steps to protect the confidentiality of such Protected Material during such use.

Combined Motion/Memo to Impound under LR 7.2<br>
Plaintiffs' Memo in Supp of Motion to File an Amended Complaint,<br>
The [Proposed] Amended Complaint, and certain exhibits thereto

6. Pursuant to Sect. E(2) of the Protective Order, plaintiffs request that the Court order the impoundment of the attached documents pursuant to LR 7.2, which impoundment shall last until further order of the Court.

7. Pursuant to LR 7.1(a), plaintiffs suggest the attached documents be returned to plaintiffs' custody after the period of impoundment.

**WHEREFORE**, defendants respectfully request that this Court:

A. Issue an order impounding the attached documents, namely:

- Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Leave to File an Amended Complaint;

- [Proposed] Amended Complaint (Exhibit 1 to the Memorandum); and

- Exhibits P-U and X-W to the [Proposed] Amended Complaint.

B. Grant such further and other relief as this Court deems just, equitable and proper.

Combined Motion/Memo to Impound under LR 7.2
Plaintiffs' Memo in Supp of Motion to File an Amended Complaint,
The [Proposed] Amended Complaint, and certain exhibits thereto

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

By their attorneys:

Dated: May 18, 2006

 /s/ Teodor Holmberg
Martin B. Pavane
Teodor J. Holmberg (BBO# 634708)
COHEN, PONTANI, LIEBERMAN AND PAVANE
551 Fifth Avenue
New York, New York 10176
Tel. (212) 687-2770
Fax (212) 972-5487
E-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201
E-mail: BMichaelis@brownrudnick.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion to Impound Pursuant to LR 7.2 filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 18, 2006.

      The Motion to Impound requests that the following documents be sealed:
- Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Leave to File an Amended Complaint;
- [Proposed] Amended Complaint (Exhibit 1 to the Memorandum); and
- Exhibits P-U and X-W to the [Proposed] Amended Complaint.

      Unredacted copies of the documents listed above are being served, by hand, with a copy of this Motion, with the Court. In addition, such unredacted copies are also being served, with Plaintiffs' Motion for Leave to File an Amended Complaint and the remaining exhibits, by first class mail, postage prepaid, on May 18, 2006 on:

                      Anthony J. Fitzpatrick, Esq.
                      DUANE MORRIS LLP
                      470 Atlantic Avenue, Suite 500
                      Boston, MA 02210
                      617-289-9220 (phone)
                      617-289-9201 (fax)
                      ajfitzpatrick@duanemorris.com


                      Paul D. Weller, Esq.
                      MORGAN, LEWIS & BOCKIUS LLP
                      1701 Market Street
                      Philadelphia, PA 19103


                              _/s/ Teodor Holmberg_____

5961_2.DOC

**CRI et al. v. ChemImage et al.**
D.Mass. 05-10367-RWZ

**INDEX of EXHIBITS** for
Plaintiffs' Motion for Leave to File Amended Complaint
Memorandum in Support thereof
[Proposed] Amended Complaint
Motion to Impound under LR 7.2

# INDEX OF EXHIBITS
### FOR
### PLAINTIFFS' FILING OF:

- **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [D.E. 40]**
    - **MEMO IN SUPPORT OF MOTION FOR LEAVE TO FILE [D.E. 41]**
    - **[PROPOSED] AMENDED COMPLAINT**
- **COMBINED MOTION/MEMO TO IMPOUND UNDER LR 7.2**

| Ex. No. | Bates No. | Brief Description | Filing? |
|---|---|---|---|
| | | | |
| - | [D.E. __] | **COMBINED MOTION/MEMO TO IMPOUND UNDER LR 7.2** All papers listed as being filed BY HAND will be filed with a copy of this motion/memo by hand with the clerk of the court | ECF |
| 1 | n/a | Copy of this Index | ECF |
| | | | |
| - | [D.E. 40] | **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** | ECF |
| - | [D.E. 41] | Memorandum in Support of Motion for Leave to File an Amended Complaint | **ECF: Redacted BY HAND: complete** |
| 1 | n/a | [Proposed] Amended Complaint | **ECF: Redacted BY HAND: complete** |
| | **Exhibits to the [Proposed] Amended Complaint** | | |
| A | CRI000131-CRI000132 | Hoyt's handwritten notes memorializing telephone call | ECF |
| B | CRI000119 | Treado's letter concerning loan of LCTF | ECF |
| C | CRI000120-CRI000126 | Hoyt's edits of the article | ECF |
| D | CRI002409-CRI002018 | H. Morris, C. Hoyt, and P. Treado, "Imaging Spectrometers for Fluorescence and Raman Microscopy: Acousto-Optic and Liquid Crystal Tunable Filters", *Applied Spectroscopy*, vol. 48, no. 7, 1994 | ECF |
| E | CRI000118 | April 27, 1994 note from Treado to Hoyt | ECF |
| F | CRI000135-CRI000136 | January 10, 1994 handwritten notes of Hoyt | ECF |
| G | CRI000137-CRI000139 | October 21, 1994 letter from Treado to Hoyt | ECF |

5775_4.DOC

**CRI et al. v. ChemImage et al.**  
D.Mass. 05-10367-RWZ

**INDEX of EXHIBITS** for  
Plaintiffs' Motion for Leave to File Amended Complaint  
Memorandum in Support thereof  
[Proposed] Amended Complaint  
Motion to Impound under LR 7.2

| Ex. No. | Bates No. | Brief Description | Filing? |
|---|---|---|---|
| H | CRI000582-CRI000605 | 1994 Small Business Innovation Research (SBIR) Phase I Proposal entitled "High Definition Raman Imaging Microscope" | ECF |
| I | CRI000611-CRI000635 | 1995 SBIR Phase I Proposal | ECF |
| J | CRI000636 | June 8, 1995 Letter from Treado to Miller | ECF |
| K | CRI000639-CRI000664 | Final Report for SBIR Phase I | ECF |
| L | CRI000665-CRI000704 | 1996 SBIR Phase II Proposal | ECF |
| M | CRI001739-CRI001755 | the '347 application | ECF |
| N | CRI001867-CRI001874 | Treado's Rule 1.132 Declaration | ECF |
| O | CRI001156-CRI001164 | the '476 patent | ECF |
| P | CRI001120-CRI001121 | May 11, 2000 letter | **BY HAND** |
| Q | CRI0001108 | July 27, 2000 letter | **BY HAND** |
| R | CRI004085 | July 31, 2000 letter | **BY HAND** |
| S | CRI001104 | August 7, 2000 letter | **BY HAND** |
| T | CRI001101-CRI001102 | August 11, 2000 letter | **BY HAND** |
| U | CRI004077 | October 12, 2000 letter | **BY HAND** |
| V | CRI001524-CRI001525; CRI001188-CRI001192; CRI001219-CRI001224; CRI001252 | Excerpts from the provisional application | ECF |
| W | CRI004074 | October 27, 2000 letter | **BY HAND** |
| X | CRI004143-CRI004144 | - - - - | **BY HAND** |
| Y | CRI001641-CRI001679 | the '391 application | ECF |
| Z | CRI002027-CRI002033 | Jan. '04 Assignment recorded at Reel/Frame 014302/0906 | ECF |
| AA | CRI001536-CRI001551 | the '962 patent | ECF |
| BB | CRI003044-CRI003045 | January 20, 2005 letter from Daniel H. Golub to Martin B. Pavane | ECF |
| CC | CRI002954-CRI002959 | Reissue Declaration of U.S. Reissue App. Ser. No. 11/103,423 | ECF |
| DD | CRI002158-CRI002159 | August 22, 2005 Notice of Abandonment | ECF |
| EE | CRI002851-CRI002852 | October 5, 2005 Petition to Revive | ECF |
| FF | CRI002900 | January 13, 2006 PTO Decision on Petition to Revive | ECF |

5775_4.DOC

<u>CRI et al. v. ChemImage et al.</u>  
D.Mass. 05-10367-RWZ

**INDEX of EXHIBITS** for  
Plaintiffs' Motion for Leave to File Amended Complaint  
Memorandum in Support thereof  
[Proposed] Amended Complaint  
Motion to Impound under LR 7.2

| Ex. No. | Bates No. | Brief Description | Filing? |
|---|---|---|---|
| GG | CRI004137 | PTO Website Continuity Data for the '077 application | ECF |
| HH | CRI004138-CRI004142 | Preliminary Amendment in U.S. Pat. Ser. No. 11/091,126 | ECF |

5775_4.DOC

- 3 -