IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.<br><br>         Plaintiffs,<br><br>         v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.<br><br>         Defendants. | Case No. 05-10367 RWZ |

**DEFENDANTS' MOTION FOR A FOURTEEN-DAY EXTENSION OF TIME TO
RESPOND TO PLAINTIFFS' MOTIONS (A) FOR LEAVE TO FILE
AN AMENDED COMPLAINT AND (B) TO IMPOUND**

Defendants Patrick Treado and ChemImage Corp. respectfully move for a fourteen-day

extension of time (to June 15, 2006) to file their responses to the plaintiffs' motions (a) for leave

to file an amended complaint (docket entry 40) and (b) to impound (docket entry 42). The

defendants require this additional time to analyze and determine how to respond to the plaintiffs'

motions; their proposed 36-page, 10-count amended complaint; and the 34 exhibits appended

thereto. The plaintiffs' proposed amended complaint advances a radically different and

expanded case against the defendants, moving from a claim for correction of inventorship of a

single patent to an alleged RICO conspiracy. Furthermore, although the plaintiffs failed to fulfill

their Local Rule 7.1 conferral requirement before filing their motions, it appears that they took

several months to prepare their motion papers and proposed amended complaint. The

defendants' counsel asked the plaintiffs' counsel whether they would agree to the requested

extension of time, and the plaintiffs' counsel refused, agreeing instead only to an extension of two business days.

In further support of their motion, the defendants state as follows:

**1.    The Additional Time Is Necessary To Enable The Defendants To Analyze And Determine How To Respond To The Plaintiffs' Motions:**

The plaintiffs filed their original complaint in this matter on February 24, 2005. That 12-page complaint asserted one count (Count 1) for correction of inventorship of United States Patent No. 6,734,962 (the "'962 patent"), and four other counts (Counts 2-5) alleging invalidity or unenforceability of the '962 patent and two pending patent applications. Faced with a motion to dismiss Counts 2-5 for lack of subject matter jurisdiction, the plaintiffs agreed in May 2005 to dismiss those counts without prejudice. In the year since, this case has proceeded on the discrete issue of inventorship of the '962 patent.

On May 18, 2006, without any notice or warning to the defendants, 7½ months after the deadline for filing motions to amend, and just 2½ months before the deadline for completion of fact discovery, the plaintiffs filed a motion for leave to amend their complaint. The proposed amended complaint stretches to 36 pages and asserts nine new counts, including eight common law and statutory counts alleging various forms of wrongdoing including breach of the implied covenant of good faith and fair dealing, unjust enrichment, fraud, breach of fiduciary duty, conversion, violation of G.L. c. 93A, civil conspiracy, and (last but not least) RICO. The plaintiffs also attached 34 exhibits to their proposed amended complaint. Further, the plaintiffs filed a motion to impound the brief supporting their motion for leave to amend and the proposed amended complaint itself.

The plaintiffs' proposed amended complaint would radically change the nature of this case. The defendants request a fourteen-day extension of time so that they may have adequate

2

time to analyze and determine how to respond to the plaintiffs' motion for leave to amend; their

proposed 36-page, 10-count amended complaint; and the 34 exhibits appended thereto. Further,

it appears from the motion to impound that the plaintiffs seek to have the Court take the

extraordinary step of impounding a complaint in a civil case. The defendants request additional

time to determine how to respond to that motion.

**2.    The Plaintiffs Falsely Represented To The Court That They Had Fulfilled The
       Local Rule 7.1 Conferral Requirement Before Filing Their Motions:**

As noted above, the plaintiffs filed their motion for leave to amend and their motion to

impound without any notice or warning to the defendants. The motion for leave to amend does

contain, on the second page, a "Local Rule 7.1(A)(2) Certification," which states as follows:

"Counsel for Plaintiffs certifies that counsel for plaintiffs has conferred with counsel for

defendants in a good faith attempt to resolve or narrow the issue presented in this motion, as

described in the accompanying memorandum." This certification is false.

It appears that the plaintiffs' counsel take the position that they satisfied the Local Rule

7.1 conferral requirement by virtue of an e-mail exchange between counsel in March 2006. See

plaintiffs' brief in support of motion for leave to amend, at 2; and May 18, 2006 e-mail from

plaintiffs' counsel (copy attached hereto as Exhibit A). However, the March 2006 e-mail

exchange concerned the parties' negotiation of a proposed revised scheduling order, not the

plaintiffs' planned filing of a motion for leave to amend.

Specifically, in February/early March 2006, the plaintiffs proposed a three-month

extension of existing, future deadlines in the case for completion of fact discovery, expert

discovery, etc. The defendants agreed to this proposal. On March 7, the plaintiffs' counsel

forwarded to the defendants' counsel a draft joint motion to extend (copy of draft motion and

covering e-mail attached hereto as Exhibit B). The draft motion included, without any

3

explanation from the plaintiffs, a proposed extension of the deadline for "joinder of

parties/amendment of pleadings" from October 1, 2005 to June 1, 2006. See Exhibit B, third

page. On March 10, the plaintiffs' counsel provided comments on the draft motion, including

that "[w]e see no reason for an extension of the deadline for joinder of parties and amendment of

pleadings" (copy of March 10 e-mail attached hereto as Exhibit C). Later that same day, the

plaintiffs' counsel responded with a revised draft motion, from which they had simply deleted

the reference to extending the deadline for amending pleadings, again without any comment or

explanation (copy of March 10 e-mail and revised draft motion attached hereto as Exhibit D).

The plaintiffs' counsel made no further reference to any request for an extension of the long-past

October 1, 2005 deadline for amending pleadings, and they never made any disclosure to the

defendants or their counsel of their planned filing of a radically amended complaint.

**3.    It Is Evident That The Plaintiffs Took Several Months To Prepare Their Motion Papers, Yet They Have Refused To Grant A Two-Week Extension To The Defendants For Response:**

Given the size and complexity of the plaintiffs' motion papers and proposed amended

complaint, it is fair to assume that the documents were in preparation for at least several weeks.

Indeed, the plaintiffs' position that the parties' exchange of e-mails in early March constitutes

conferral concerning the motion for leave to amend suggests that they have been working on

these papers for more than two months.

On Wednesday May 24, 2006, counsel for the defendants called lead counsel for the

plaintiffs to request a fourteen-day extension of time to respond to the motion for leave to

amend. During that call, the plaintiffs' lead counsel indicated that he would be inclined to grant

the extension, but that he would need to confirm with his clients. On the morning of Thursday

May 25, the plaintiffs' counsel sent a letter to the defendants' counsel stating as follows:

4

> [W]e will not agree to extend the deadline for your response until
> June 15th. However, in light of the Memorial Day holiday, we will
> agree to extend the time for your opposition from June 1st until
> June 5th.

See Exhibit E hereto (letter dated May 25, 2006 from Attorney Theodor J. Holmberg to the

undersigned). Needless to say, the proffered extension of two business days is neither adequate

nor fair. The conduct of the plaintiffs (or their counsel) is surprising because in 2005, the

defendants assented to the plaintiffs' request for eighteen additional days to respond to the

defendants' considerably simpler motion to dismiss Counts 2-5 from the original complaint. See

docket entries of May 11, 27 and 31, 2005.

WHEREFORE, the defendants respectfully request that the Court extend to June 15,

2006, the deadline for the defendants to respond to the plaintiffs' motions (a) for leave to file an

amended complaint (docket entry 40) and (b) to impound (docket entry 42).

PATRICK TREADO AND CHEMIMAGE CORP.

By their attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO # 564324)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 617.289.9220
Fax: 617.289.9201
e-mail: ajfitzpatrick@duanemorris.com

Paul D. Weller (admitted *pro hac vice)*
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5530
eFax: 215.963.5001
e-mail: pweller@morganlewis.com

May 26, 2006

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to 7.1(A)(2), the undersigned certifies that counsel for the defendants have conferred with counsel for plaintiffs regarding the issues raised in the foregoing motion. Counsel for plaintiffs have refused to grant the requested extension of time.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 26, 2006.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

DM2\709546.1

6

# EXHIBIT A

## To

## Defendants' Motion for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint and (B) to Impound

Dated: May 26, 2006

## Fitzpatrick, Anthony J.

| | |
|---|---|
| **From:** | Tidge Holmberg [THolmberg@cplplaw.com] |
| **Sent:** | Thursday, May 18, 2006 6:50 PM |
| **To:** | Fitzpatrick, Anthony J. |
| **Cc:** | Martin B. Pavane; pweller@morganlewis.com; Nancy M. Gonsalves; Delphine Puybareau-Manaud |
| **Subject:** | RE: Miller, et al. v. Treado, et al. |
| **Importance:** | High |

Mr. Fitzgerald:

The basis for our LR 7.1(a)(2) certification is explained in the redacted version of the memo electronically filed with the Court, to wit (p. 2):

> Because no substantive discovery had taken place as of March of this year, plaintiffs and defendants jointly moved this Court to extend the deadlines in the scheduling order, which the Court granted on March 30, 2006. At the time, plaintiffs had asked defendants to agree to extend the deadline for amending the pleadings, inasmuch as all other scheduling deadlines were being extended, but defendants refused.

You will note that LR 7.1(a)(2) does not require that we confer "concerning the *motion*", but rather that we confer "to resolve or narrow the *issue*". When we proposed extending the amended pleading dateline, you responded in your e-mail of March 10, 2006: "We see no reason for an extension of the deadline for joinder of parties and amendment of pleadings, and will not agree to any such extension."

We would be happy to withdraw this motion, if you have changed your mind and would now agree to extending the deadline for amending the pleadings. Let us know if you would like to discuss this.

Please find the unredacted copies of the Memo in Support and the [Proposed] Amended Complaint attached. You will note that all of the exhibits are from the documents we have already produced to you, and are each identified both in the [Proposed] Amended Complaint and in the Index to the Motion to Impound by their bates numbers.

Best Regards,
Tidge Holmberg

> -----Original Message-----
> **From:** Fitzpatrick, Anthony J. [mailto:AJFitzpatrick@duanemorris.com]
> **Sent:** Thursday, May 18, 2006 5:51 PM
> **To:** Tidge Holmberg
> **Cc:** Martin B. Pavane; pweller@morganlewis.com
> **Subject:** Miller, et al. v. Treado, et al.
>
> Mr. Holmberg:
>
> This afternoon, we learned (via the Court's ECF system) that the plaintiffs have filed (i) a motion to amend their complaint and (ii) a motion to impound related papers. We further understand, from your certificates of service, that unredacted copies of the motion papers are being served on counsel for the defendants only by regular mail. Given the likelihood that we will not receive those documents by mail until early next week, we request that a complete set of the unredacted motion papers be hand-delivered by your local Boston counsel to me today or no later than tomorrow morning.
>
> Further, we note that the plaintiffs' Motion for Leave to File an Amended Complaint includes a Local Rule 7.1 (A)(2) Certification, certifying that counsel for plaintiffs' counsel have conferred with counsel for the defendants concerning the motion. Counsel for the defendants have not received any communication from plaintiffs' counsel regarding this motion. Accordingly, we ask that you explain the basis for this certification.

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9220 (phone)
617-289-9201 (fax)
ajfitzpatrick@duanemorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

# EXHIBIT B

## To

## Defendants' Motion for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint and (B) to Impound

Dated: May 26, 2006

**Fitzpatrick, Anthony J.**

| | |
|---|---|
| From: | Tidge Holmberg [THolmberg@cplplaw.com] |
| Sent: | Tuesday, March 07, 2006 7:24 PM |
| To: | Fitzpatrick, Anthony J.; pweller@morganlewis.com |
| Cc: | Martin B. Pavane |
| Subject: | CRi et al. v. ChemImage et al. :: Draft Joint Motion to Extend Deadlines |

Importance:      High

Attachments:      525_1.DOC



525_1.DOC (45 KB)

      Tony:
Here is a draft of the joint motion for extending the current deadlines.  As we previously stated, we
would like to filed it before next week.
Tidge


 <<525_1.DOC>>
-------------------------------------------------
Teodor J. Holmberg
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
Phone: 212-687-2770
Fax: 212-972-5487
e-mail: tidge@cplplaw.com
CONFIDENTIALITY NOTICE
The information contained in this message is legally privileged and/or confidential information
intended only for the use of the individual or entity named above.  If you are not the intended
recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message
or its content is strictly prohibited.  If you have received this message in error, please immediately
notify us and erase it without making a copy.  Thank you.

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation, Plaintiffs, v. PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation, Defendants. | | Civil Action No. 05-10367-RWZ |

## JOINT MOTION TO AMEND
## SCHEDULING ORDER

Counsel for plaintiffs Cambridge Research and Instrumentation, Inc., Peter J. Miller, and Clifford Hoyt (collectively, "CRI"), and counsel for defendants ChemImage Corporation and Patrick Treado (collectively, "ChemImage") jointly move to amend the October 28, 2005 Scheduling Order (Docket Entry, "D.E.", 28) for this case in order to provide sufficient time to complete discovery, which has just started, before trial. In most cases, the amendments would result in a 90 day extension.

Specifically, the parties request the following amendments:

Joint Motion
To Amend Scheduling Order

| Event | Previously Scheduled Dates | Proposed Dates |
|---|---|---|
| Joinder of Parties/Amendment of Pleadings | October 1, 2005 | June 1, 2006 |
| Completion of fact discovery: deadline for:<br>  - completion of non-expert depositions<br>  - responses to all discovery requests | May 1, 2006 | August 1, 2006 |
| Identification of Experts<br>                    (FRCP 26(a)(2)(A)) | May 15, 2006 | August 15, 2006 |
| Opening Expert Reports - i.e., for which the party has the burden of proof<br>                    (FRCP 26(a)(2)(B)) | June 15, 2006 | September 15, 2006 |
| Rebuttal Expert Reports<br>                    (FRCP 26(a)(2)(B)) | July 15, 2006 | October 15, 2006 |
| Completion of Expert Depositions | August 15, 2006 | November 15, 2006 |
| Exchange proposed claim constructions | n/a | December 1, 2006 |
| Submit joint statement on claim construction | n/a | December 15, 2006 |
| File memoranda in support of any disputed claim terms | n/a | January 10, 2007 |
| File opposition to claim construction memoranda | n/a | January 24, 2007 |
| Filing and service of<br>Motions for Summary Judgment | September 15, 2006 | February 1, 2007 |
| Filing and service of oppositions to Motions for Summary Judgment | October 6, 2006 | February 22, 2007 |
| Filing and service of replies to oppositions (5 page limit) | October 13, 2006 | March 1, 2007 |
| Define the issues by | October 13, 2006 | March 5, 2007 |

**PETER J. MILLER,**
**CLIFFORD HOYT, and**
**CAMBRIDGE RESEARCH AND**
**INSTRUMENTATION, INC.**

By their attorneys,

_____/s/ Teodor Holmberg_____
Martin B. Pavane
Teodor J. Holmberg (BBO #634708)
Cohen, Pontani, Lieberman, and Pavane
551 Fifth Avenue
New York, NY 10176
Tel. (212) 687-2770
Fax. (212) 972-5487
e-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201

**PATRICK TREADO, and**
**CHEMIMAGE CORPORATION**

By their attorneys,

_____/s/ Anthony J. Fitzpatrick_____
Anthony J. Fitzpatrick (BBO #564324)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel. 617-289-9220
Fax 617-289-9201
e-mail: ajfitzpatrick@duanemorris.com

Paul D. Weller
(to be admitted pro hac vice)
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
Tel. (215) 963-5530
eFax (215) 963-5001

DATED:  May 26, 2006

525_1.DOC

– 3 –

# EXHIBIT C

## To

## Defendants' Motion for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint and (B) to Impound

Dated: May 26, 2006

**Fitzpatrick, Anthony J.**

| | |
|---|---|
| **From:** | Fitzpatrick, Anthony J. |
| **Sent:** | Friday, March 10, 2006 4:21 PM |
| **To:** | 'Tidge Holmberg' |
| **Cc:** | 'Martin B. Pavane'; 'pweller@morganlewis.com' |
| **Subject:** | RE: CRi et al. v. ChemImage et al. :: Draft Joint Motion to Extend Deadlines |

Tidge:

Thank you for drafting the motion for extension of time. However, we are somewhat dismayed that your draft goes far beyond the parties' agreement (which your clients proposed), namely to move existing, future deadlines back three months.

1.    We see no reason for an extension of the deadline for joinder of parties and amendment of pleadings, and will not agree to any such extension.

2.    Similarly, we do not see a reason for the insertion of a separate claim construction briefing schedule after discovery and before summary judgment briefing. Judge Zobel did not contemplate or provide for such briefing in her scheduling order, and we believe that it would be redundant in view of the summary judgment briefing. Thus, again, we will not agree to such a schedule. Instead, we would agree to move each summary judgment deadline back 3 months.

3.    We do not understand what is meant by your final entry, "define issues by." Please clarify.

Tony

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9220 (phone)
617-289-9201 (fax)
ajfitzpatrick@duanemorris.com

-----Original Message-----
From: Tidge Holmberg [mailto:THolmberg@cplplaw.com]
Sent: Tuesday, March 07, 2006 7:24 PM
To: Fitzpatrick, Anthony J.; pweller@morganlewis.com
Cc: Martin B. Pavane
Subject: CRi et al. v. ChemImage et al. :: Draft Joint Motion to Extend Deadlines
Importance: High

Tony:
Here is a draft of the joint motion for extending the current deadlines. As we previously stated, we would like to filed it before next week.
Tidge


  <<525_1.DOC>>
-------------------------------------------------
Teodor J. Holmberg

1

Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
Phone: 212-687-2770
Fax: 212-972-5487
e-mail: tidge@cplplaw.com
CONFIDENTIALITY NOTICE
The information contained in this message is legally privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message or its content is strictly prohibited. If you have received this message in error, please immediately notify us and erase it without making a copy. Thank you.

# EXHIBIT D

## To

Defendants' Motion for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint and (B) to Impound

Dated: May 26, 2006

**Fitzpatrick, Anthony J.**

| | |
|---|---|
| **From:** | Tidge Holmberg [THolmberg@cplplaw.com] |
| **Sent:** | Friday, March 10, 2006 6:28 PM |
| **To:** | Fitzpatrick, Anthony J. |
| **Cc:** | Martin B. Pavane; pweller@morganlewis.com; Raymond Torres |
| **Subject:** | RE: CRi et al. v. ChemImage et al. :: Draft Joint Motion to Extend Deadlines |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |
| | |
| **Attachments:** | DRAFT Scheduling Order.pdf; DRAFT Motion to Modify the Scheduling Order.pdf |




DRAFT Scheduling    DRAFT Motion to
Order.pdf (6 ...      Modify the Sch...     Tony:

Please see attached revised motion, with all of the sections you discuss removed, and the corresponding order. We made the filing of oppositions to summary judgment motions January 12, 2007 rather than January 6, 2007, to take into account the holiday season. We don't understand "define issues by" either; it was in the Judge's October 28, 2005 Scheduling Order. We've removed it from the proposed schedule.

It is our assumption that, because this is a joint motion, a memorandum is unnecessary. Do you agree?

Please provide your assent to filing by this Monday (13 March 2006) as we would like to file it on that day.

Tidge

-----Original Message-----
From: Fitzpatrick, Anthony J. [mailto:AJFitzpatrick@duanemorris.com]
Sent: Friday, March 10, 2006 4:21 PM
To: Tidge Holmberg
Cc: Martin B. Pavane; pweller@morganlewis.com
Subject: RE: CRi et al. v. ChemImage et al. :: Draft Joint Motion to
Extend Deadlines


Tidge:

Thank you for drafting the motion for extension of time. However, we are somewhat dismayed that your draft goes far beyond the parties' agreement (which your clients proposed), namely to move existing, future deadlines back three months.

1.    We see no reason for an extension of the deadline for joinder of parties and amendment of pleadings, and will not agree to any such extension.

2.     Similarly, we do not see a reason for the insertion of a separate claim construction briefing schedule after discovery and before summary judgment briefing.  Judge Zobel did not contemplate or provide for such briefing in her scheduling order, and we believe that it would be redundant in view of the summary judgment briefing.  Thus, again, we will not agree to such a schedule.  Instead, we would agree to move each summary judgment deadline back 3 months.

3.     We do not understand what is meant by your final entry, "define issues by."  Please clarify.

Tony

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9220 (phone)
617-289-9201 (fax)
ajfitzpatrick@duanemorris.com

-----Original Message-----
From: Tidge Holmberg [mailto:THolmberg@cplplaw.com]
Sent: Tuesday, March 07, 2006 7:24 PM
To: Fitzpatrick, Anthony J.; pweller@morganlewis.com
Cc: Martin B. Pavane
Subject: CRi et al. v. ChemImage et al. :: Draft Joint Motion to Extend Deadlines
Importance: High

Tony:
Here is a draft of the joint motion for extending the current deadlines. As we previously stated, we would like to filed it before next week.
Tidge

 <<525_1.DOC>>
--------------------------------------------------
Teodor J. Holmberg
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
Phone: 212-687-2770
Fax: 212-972-5487
e-mail: tidge@cplplaw.com

CONFIDENTIALITY NOTICE
The information contained in this message is legally privileged and/or confidential information intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message or its content is strictly prohibited.  If you have received this message in error, please immediately notify us and erase

it without making a copy.  Thank you.
Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual,<br>CLIFFORD HOYT, an individual, and<br>CAMBRIDGE RESEARCH AND<br>INSTRUMENTATION, INC.,<br>a Delaware corporation,<br><br>            Plaintiffs,<br><br>              v.<br><br>PATRICK TREADO, an individual, and<br>CHEMIMAGE CORP., a Delaware<br>corporation,<br><br>            Defendants. | Civil Action No. 05-10367-RWZ |

# JOINT MOTION TO AMEND
# SCHEDULING ORDER

Counsel for plaintiffs Cambridge Research and Instrumentation, Inc., Peter J. Miller, and Clifford Hoyt (collectively, "CRI"), and counsel for defendants ChemImage Corporation and Patrick Treado (collectively, "ChemImage") jointly move to amend the October 28, 2005 Scheduling Order [Docket Entry, "D.E.", 28] for this case in order to provide sufficient time to complete discovery. The amendments will result in moving each deadline forward by ninety days. The proposed scheduling order is attached (**Exhibit A**).

Specifically, the parties request the following amendments:

- 1 -

| Event | Previously Scheduled Dates | Proposed Dates |
|---|---|---|
| Completion of fact discovery: deadline for: <br> - completion of non-expert depositions <br> - responses to all discovery requests | May 1, 2006 | August 1, 2006 |
| Identification of Experts <br> (FRCP 26(a)(2)(A)) | May 15, 2006 | August 15, 2006 |
| Opening Expert Reports - i.e., for which the party has the burden of proof <br> (FRCP 26(a)(2)(B)) | June 15, 2006 | September 15, 2006 |
| Rebuttal Expert Reports <br> (FRCP 26(a)(2)(B)) | July 15, 2006 | October 15, 2006 |
| Completion of Expert Depositions | August 15, 2006 | November 15, 2006 |
| Filing and service of <br> Motions for Summary Judgment | September 15, 2006 | December 15, 2006 |
| Filing and service of oppositions to <br> Motions for Summary Judgment | October 6, 2006 | January 12, 2007 |
| Filing and service of replies to oppositions <br> (5 page limit) | October 13, 2006 | January 19, 2007 |

Respectfully submitted,

**PETER J. MILLER,**
**CLIFFORD HOYT, and**
**CAMBRIDGE RESEARCH AND**
**INSTRUMENTATION, INC.**

By their attorneys,

_____/s/ Teodor Holmberg_____
Martin B. Pavane (admitted pro hac vice)
Teodor J. Holmberg (BBO #634708)
Cohen, Pontani, Lieberman, and Pavane
551 Fifth Avenue
New York, NY 10176
Tel. (212) 687-2770
Fax. (212) 972-5487
e-mail: tidge@cplplaw.com

**PATRICK TREADO, and**
**CHEMIMAGE CORPORATION**

By their attorneys,

_____/s/ Anthony J. Fitzpatrick_____
Anthony J. Fitzpatrick (BBO #564324)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel. 617-289-9220
Fax 617-289-9201
e-mail: ajfitzpatrick@duanemorris.com

Brian L. Michaelis (BBO# 555159)          Paul D. Weller (admitted pro hac vice)
Erin E. McLaughlin (BBO# 647750)          Morgan, Lewis & Bockius, LLP
Brown Rudnick Berlack Israels LLP         1701 Market Street
One Financial Center                      Philadelphia, PA 19103
Boston, MA 02111                          Tel. (215) 963-5530
Tel. (617) 856-8200                       eFax (215) 963-5001
Fax (617) 856-8201

 DATED:  March 10, 2006

525_1.DOC

Joint Motion
To Amend Scheduling Order

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiffs certifies that counsel for plaintiffs has conferred with counsel for defendants in a good faith attempt to resolve or narrow the issue presented in this motion, and that counsel for defendants agrees with the requested relief.

_/s/ Teodor Holmberg_____
Teodor J. Holmberg (BBO# 634708)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a copy will be e-mailed to those indicated as non-registered participants on March 10, 2006.

_/s/ Teodor Holmberg_____
Teodor J. Holmberg (BBO# 634708)

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual,<br>CLIFFORD HOYT, an individual, and<br>CAMBRIDGE RESEARCH AND<br>INSTRUMENTATION, INC.,<br>a Delaware corporation,<br><br>       Plaintiffs,<br><br>       v.<br><br>PATRICK TREADO, an individual, and<br>CHEMIMAGE CORP., a Delaware<br>corporation,<br><br>       Defendants. | Civil Action No. 05-10367-RWZ |

## [PROPOSED] AMENDED SCHEDULING ORDER

It is hereby ordered that the following schedule will replace and supersede the Court's October 28, 2005 Scheduling Order [Docket Entry, "D.E.", 28]:

| Event | Dates |
|---|---|
| Completion of fact discovery: deadline for:<br>  - completion of non-expert depositions<br>  - responses to all discovery requests | August 1, 2006 |
| Identification of Experts<br>            (FRCP 26(a)(2)(A)) | August 15, 2006 |
| Opening Expert Reports - i.e., for which the party has the burden of proof<br>            (FRCP 26(a)(2)(B)) | September 15, 2006 |
| Rebuttal Expert Reports<br>            (FRCP 26(a)(2)(B)) | October 15, 2006 |
| Completion of Expert Depositions | November 15, 2006 |
| Filing and service of<br>Motions for Summary Judgment | December 15, 2006 |
| Filing and service of oppositions to<br>Motions for Summary Judgment | January 12, 2007 |
| Filing and service of replies to oppositions<br>(5 page limit) | January 19, 2007 |

Dated: _____, 2006

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

# **EXHIBIT E**

## To

## Defendants' Motion for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint and (B) to Impound

Dated: May 26, 2006



**COHEN PONTANI LIEBERMAN & PAVANE**

551 Fifth Avenue, New York, NY 10176  *phone* 212.687.2770  *fax* 212.972.5487  www.cplplaw.com

Myron Cohen (1927-2005)
Thomas C. Pontani, Ph.D.
Lance J. Lieberman
Martin B. Pavane
Thomas Langer
Michael C. Stuart
William A. Alper
Edward M. Weisz
Kent H. Cheng, Ph.D.

_____

Sidney R. Bresnick
Of Counsel

_____

Julia S. Kim
Mindy H. Chettih
Vincent M. Fazzari
Alfred W. Froebrich
Alfred H. Hemingway, Jr.
Roger S. Thompson
Teodor J. Holmberg
Lisa A. Ferrari
Richard D. Margiano
Darren S. Mogil
David P. Badanes
Mher Hartoonian
Alphonso A. Collins
Douglas D. Zhang
Edward V. DiLello
Edward M. Reisner

_____

Enshan Hong
Technical Advisor

May 25, 2006

***VIA E-MAIL (CONFIRMATION BY MAIL)***

Anthony J. Fitzpatrick, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Re:    Extension of time to file Defendants' Opposition to
       Plaintiffs' Motion for leave to file an Amended Complaint  in
       Cambridge Research & Instrumentation, Inc., Peter J. Miller
       and Clifford Hoyt  v. ChemImage Corporation and Patrick Treado
       Civ. No. 05-10367-RWZ (D.Mass.)
       <u>Our File No.: 34250-60L</u>

Dear Mr. Fitzpatrick:

Concerning your telephone call to Martin Pavane yesterday, in which you asked for an extension of time to reply to our motion for leave to file an amended complaint [D.E. 40], we will not agree to extend the deadline for your response until June 15th.  However, in light of the Memorial Day holiday, we will agree to extend the time for your opposition from June 1st until June 5th.

Very truly yours,
COHEN, PONTANI, LIEBERMAN & PAVANE

Teodor J. Holmberg

MBP/TJH/tdg

cc: Paul D. Weller, Esq.

6560_1.DOC