IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>Defendants. | Civil Action No. 05-10367-RWZ |

[ASSENTED-TO] COMBINED MOTION
AND MEMORANDUM IN SUPPORT THEREOF
TO IMPOUND PURSUANT TO LOCAL RULE 7.2
PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR A FOURTEEN-DAY EXTENSION [D.E. 43],
AND SEVERAL EXHIBITS THERETO

Plaintiffs Cambridge Research and Instrumentation, Inc. ("CRI"), Peter J. Miller, and Clifford Hoyt, by their attorneys COHEN, PONTANI, LIEBERMAN & PAVANE, hereby move the Court under LR 7.2 to impound the attached materials; namely, Plaintiffs' Opposition to Defendants' Motion [D.E. 43] for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint [D.E. 40] and (B) to Impound [D.E. 42], and Exhibits 3-4 thereto.

This motion includes the memorandum of reasons, including citation of supporting authorities, why this motion should be granted, pursuant to LR 7.1(b)(1).

**Exhibit 1** to this motion is a list of exhibits and filings and how each was filed with the Court.

[Assented-To] Motion/Memo to Impound under LR 7.2
Plaintiffs' Opp. to Defendants' Mot. For 14-day Ext. [D.E. 43],
and Several Exhibits thereto

In support, plaintiffs state as follows:

1.     Plaintiffs have filed via ECF [D.E. 45] a redacted version of their Opposition to Defendants' Motion [D.E. 43] for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint [D.E. 40] and (B) to Impound [D.E. 42], and a blank page in place of Exhibits 3-4 thereto.

2.     The attached complete unredacted copies of the Opposition to Defendants' Motion [D.E. 43] for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint [D.E. 40] and (B) to Impound [D.E. 42] and Exhibits 3-4 thereto describe and/or characterize subject matter which plaintiffs and defendants had previously agreed would not be disclosed publicly.  See pp. 5-7, Plaintiffs' Opposition attached hereto; and ¶2 on p. CRI004143, Ex. X to Amd. Complt, Ex. 1 to [D.E. 41].

4.     Thus, plaintiffs request, with defendants' assent, that the Court order the impoundment of the attached documents pursuant to LR 7.2, which impoundment shall last until further order of the Court.

5.     Pursuant to LR 7.1(a)(2), plaintiffs have sought to narrow or resolve the issue, and defendants have indicated their assent, as is further described in Plaintiffs' Opposition, pp. 5-7.

6.     Pursuant to LR 7.2(a), plaintiffs suggest the attached documents be returned to plaintiffs' custody after the period of impoundment.

[Assented-To] Motion/Memo to Impound under LR 7.2<br>
Plaintiffs' Opp. to Defendants' Mot. For 14-day Ext. [D.E. 43],<br>
and Several Exhibits thereto

**WHEREFORE**, plaintiffs respectfully request, with defendants' assent, that the Court:

A. Issue an order impounding the attached documents, namely:

- Plaintiffs' Opposition to Defendants' Motion [D.E. 43] for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint [D.E. 40] and (B) to Impound [D.E. 42]; and

- Exhibits 3-4 thereto.

B. Grant such further and other relief as this Court deems just, equitable and proper.

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

By their attorneys:

Dated: June 9, 2006

/s/ Teodor Holmberg
Martin B. Pavane
Teodor J. Holmberg (BBO# 634708)
COHEN, PONTANI, LIEBERMAN AND PAVANE
551 Fifth Avenue
New York, New York 10176
Tel. (212) 687-2770
E-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
E-mail: BMichaelis@brownrudnick.com

[Assented-To] Motion/Memo to Impound under LR 7.2
Plaintiffs' Opp. to Defendants' Mot. For 14-day Ext. [D.E. 43],
and Several Exhibits thereto

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Impound Pursuant to LR 7.2 (identified in the top right-hand corner of this page) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 9, 2006.

    /s/ Teodor Holmberg

The foregoing Motion to Impound requests that the following documents be sealed:
- Plaintiffs' Opposition to Defendants' Motion [D.E. 43] for a Fourteen-Day Extension of Time to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint [D.E. 40] and (B) to Impound [D.E. 42]; and
- Exhibits 3-4 thereto.

I hereby further certify that **redacted** copies of the listed documents have been filed with the Court separately via ECF at [D.E. 45].

I hereby also certify that complete, **unredacted** copies of the documents listed above are being served, by hand, with a copy of the foregoing Motion to Impound, with the Court.

I hereby lastly certify that **unredacted** copies are also being served by first class mail, postage prepaid, on June 9, 2006 on:

Anthony J. Fitzpatrick, Esq.
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9220 (phone)
617-289-9201 (fax)
ajfitzpatrick@duanemorris.com

Paul D. Weller, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5530 (phone)
215-963-5001 (fax)
pweller@morganlewis.com

    /s/ Teodor Holmberg

**CRI et al. v. ChemImage et al.**
D.Mass. 05-10367-RWZ

INDEX of EXHIBITS for
Plaintiffs' Opp. [D.E. 45]
to Defendants' Mot. For 14-day Ext. [D.E. 43],
and
[Assented-To] LR 7.2 Motion to Impound [D.E. 46] therewith

# INDEX OF EXHIBITS
## FOR

- **PLAINTIFFS' OPPOSITION [D.E. 45] TO DEFENDANTS' MOTION [D.E. 43] FOR A FOURTEEN-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTIONS (A) FOR LEAVE TO FILE AN AMENDED COMPLAINT [D.E. 40] AND (B) TO IMPOUND [D.E. 42]**

- **COMBINED [ASSENTED-TO] MOTION/MEMO TO IMPOUND UNDER LR 7.2**

| Ex. No. | Docket Entry/ Bates No. | Brief Description | Filing? |
|---|---|---|---|
| - | [D.E. 46] | **COMBINED MOTION/MEMO TO IMPOUND UNDER LR 7.2** All papers listed as being filed BY HAND will be filed with a copy of this motion/memo by hand with the clerk of the court | ECF |
| 1 | n/a | Copy of this Index | ECF |
| - | [D.E. 45] | **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION [D.E. 43] FOR A FOURTEEN-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTIONS (A) FOR LEAVE TO FILE AN AMENDED COMPLAINT [D.E. 40] AND (B) TO IMPOUND [D.E. 42]** | **ECF: Redacted BY HAND: complete** |
|  | **Exhibits to the Plaintiffs' Opposition** | | |
| 1 | n/a | 3:35 PM e-mail from defendants to plaintiffs providing advance warning of their motion to extend on Friday, May 26, 2006 | ECF |
| 2 | n/a | 3:48 PM Notice of Electronic Filing for the motion to extend on Friday, May 26, 2006 | ECF |
| 3 | n/a | June 1, 2006 letter from counsel for plaintiffs to counsel to defendants | **BY HAND** |
| 4 | n/a | June 7, 2006 letter from counsel for plaintiffs to counsel to defendants | **BY HAND** |

7500_2