IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____
:
PETER MILLER, CLIFFORD HOYT, and             :
CAMBRIDGE RESEARCH AND                       :
INSTRUMENTATION, INC.                        :
                                             :
        Plaintiffs,                          :
                                             :    Case No. 05-10367 RWZ
        v.                                   :
                                             :
PATRICK TREADO and CHEMIMAGE CORP.           :
                                             :
        Defendants.                          :
_____:


**DEFENDANTS' MOTION FOR AN ADDITIONAL FOUR-DAY EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTIONS (A) FOR LEAVE TO FILE
AN AMENDED COMPLAINT AND (B) TO IMPOUND**

   Defendants Patrick Treado and ChemImage Corp. respectfully move for an additional four-day extension of time (to June 19, 2006) to file their responses to the plaintiffs' motions (a) for leave to file an amended complaint (docket entry 40) and (b) to impound (docket entry 42). The defendants have previously requested a fourteen-day extension of time to respond to these motions (docket entry no. 43), which the plaintiffs have opposed (docket entry no. 45). A total extension of eighteen days is the same length of time the plaintiffs requested (with the defendants' assent) for their response to the defendants' motion to dismiss Counts 2-5 from the original complaint. See docket entries of May 11, 27 and 31, 2005.

   This request is not made for purposes of delay, but rather to permit the defendants to address adequately the myriad issues raised by the plaintiffs' motions; the proposed 36-page, 10-count amended complaint; and the 34 exhibits appended thereto.

WHEREFORE, the defendants respectfully request that the Court extend to June 19, 2006, the deadline for the defendants to respond to the plaintiffs' motions (a) for leave to file an amended complaint (docket entry 40) and (b) to impound (docket entry 42).

PATRICK TREADO AND CHEMIMAGE CORP.

By their attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO # 564324)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 617.289.9220
Fax: 617.289.9201
e-mail: ajfitzpatrick@duanemorris.com

Paul D. Weller (admitted *pro hac vice)*
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5530
eFax: 215.963.5001
e-mail: pweller@morganlewis.com

June 15, 2006

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to 7.1(A)(2), the undersigned certifies that counsel for the defendants have conferred with counsel for plaintiffs regarding the issues raised in the foregoing motion. Counsel for plaintiffs have indicated that they will oppose the requested extension of time.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 15, 2006.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

DM2\719420.1