IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.<br><br>Defendants. | Case No. 05-10367 RWZ |

**ASSENTED-TO MOTION OF DEFENDANTS FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY PAGES IN LENGTH IN RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(B)(4), defendants Patrick Treado and ChemImage Corp. respectfully move for leave to file a brief of forty-one pages in length in response to the plaintiffs' motion for leave to file an amended complaint (docket entry 40). The proposed amended complaint is thirty-six pages long (twenty-four pages longer than the original complaint); contains nine entirely new counts (including complex counts such as RICO and civil conspiracy); and has 34 exhibits appended thereto. An opposition brief in excess of the twenty-page limit is necessary to address the many and complex issues raised by the motion for leave to amend.

The plaintiffs have assented to this motion.

WHEREFORE, the defendants respectfully request that the Court grant leave to file a brief of 41 pages in length in response to the plaintiffs' motion for leave to file an amended complaint (docket entry 40).

        PATRICK TREADO AND CHEMIMAGE CORP.

        By their attorneys,

        /s/ Anthony J. Fitzpatrick
        Anthony J. Fitzpatrick (BBO # 564324)
        Duane Morris LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        Telephone: 617.289.9220
        Fax: 617.289.9201
        e-mail: ajfitzpatrick@duanemorris.com

        Paul D. Weller (admitted *pro hac vice*)
        Morgan, Lewis & Bockius, LLP
        1701 Market Street
        Philadelphia, PA  19103
        Telephone:  215.963.5530
        eFax:  215.963.5001
        e-mail:  pweller@morganlewis.com

June 19, 2006

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to 7.1(A)(2), the undersigned certifies that counsel for the defendants have conferred with counsel for plaintiffs regarding the issue raised in the foregoing motion. Counsel for plaintiffs have assented to the request.

        /s/ Anthony J. Fitzpatrick
        Anthony J. Fitzpatrick

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 19, 2006.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

DM2\718888.1