### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Delaware corporation,

               Plaintiffs,

               v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

               Defendants.

**Civil Action No. 05-10367-RWZ**

## PLAINTIFFS' OPPOSITION TO
## DEFENDANTS' MOTION FOR A *SECOND* EXTENSION OF TIME [D.E. 49]

Plaintiffs Cambridge Research and Instrumentation, Inc., Peter J. Miller, and Clifford Hoyt (collectively, "plaintiffs" or "CRI") hereby respond to defendants ChemImage Corporation's and Patrick Treado's (collectively, "defendants" or "ChemImage") Motion [D.E. 49] for Extension of Time to June 19, 2006 to Respond to Plaintiffs' Motions (A) for Leave to File an Amended Complaint [D.E. 40] and (B) to Impound [D.E. 42]. This is defendants' *second* request for an extension of time for these responses, originally due on June 1st (see defendants' first request at [D.E. 43]).

As required by LR 7.1(b)(2), plaintiffs hereby present, in the same document, a memorandum of reasons, including citation of supporting authorities, in opposition to defendants' second request for an extension of time [D.E. 49].

In general, plaintiffs rely on same arguments as stated in their opposition [D.E. 45] to defendants first request for an extension of time [D.E. 43], and need not repeat them here, except

to note that, despite defendants' complaints of prejudice due to the upcoming fact discovery deadline, defendants have deliberately made the remaining time shorter by repeatedly delaying the filing of their opposition.

In terms of discovery prejudice, it should be noted that defendants have refused to reply to plaintiffs' second set of interrogatories, informing plaintiffs on the day the response was due, June 14, 2006, that "Patrick Treado has been traveling out of the country, and is not available to sign the responses.  Accordingly, we request an extension of time to serve the responses, to June 29.  Please let us know whether you will agree to this request." **Exhibit 1**, June 14, 2006 e-mail from Fitzpatrick to Holmberg.

After plaintiffs agreed to accept the response without certification, as long as defendants provided the appropriate certification by June 29th , defendants stated:

> As to the defendants' interrogatory responses, we cannot provide those without Dr. Treado's review and signature. As I indicated, he has been traveling out of the country. Until Dr. Treado is available to review and sign the responses, we are not in a position to serve them on you. In view of this, please advise as to whether you will agree to the requested extension of time.

**Exhibit 2**, e-mail chain.

To which plaintiffs pointed out:

> Defendants have had a month to prepare a response, regardless of Treado's travel plans.  You have provided no explanation as to why the response could not have been prepared in that time.  You have provided no explanation as to why the response could not be transmitted to Treado by facsimile, e-mail, or other means, for his review and signature, as is standard practice in this day and age.  Moreover, you did not ask for an extension of time until the day the response was due.  Besides the fact such an extension would cause undue prejudice against our client by limiting our ability to perform adequate discovery before the current deadline, the timing of your request, combined with the lack of rational explanation for its necessity, make your request completely unreasonable.

**Exhibit 3**, e-mail chain.

Defendants only further explanation was that Treado "has been out of the country for some time on an extended vacation and will remain so for almost the next two weeks. We have endeavored to reach him but to date have not been successful." **Ex. 3.** Because of our refusal to agree to an extension, defendants stated they would be filing a protective order, which, as of today, they have still not filed.

This further altercation between plaintiffs and defendants regarding timing highlights the inevitability that the current scheduling deadlines will have to be extended, regardless of whether CRI's Amended Complaint is entered in this case, and that defendants' claims of prejudice due to "near end of fact discovery" if the Amended Complaint is entered sound hollow in light of the fact that discovery has barely started, and defendants are further delaying the discovery process.

**THEREFORE**, plaintiffs respectfully request the Court to take into account defendants' delaying actions when considering plaintiffs' motion for leave to file an amended complaint [D.E. 40] if the Court does grant defendants' second motion for extension [D.E. 49], or, in the alternative, deny defendants' second motion for extension [D.E. 49].

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

Dated: June 9, 2006

   /s/ Teodor Holmberg
Martin B. Pavane
Teodor J. Holmberg (BBO# 634708)
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Avenue

New York, New York 10176
Tel. (212) 687-2770
E-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
E-mail:  BMichaelis@brownrudnick.com

## CERTIFICATE OF SERVICE

I also hereby certify that a **redacted** copy of the document identified in the top right-hand portion of this page and filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 9, 2006.

 /s/ Teodor Holmberg
Teodor J. Holmberg (BBO# 634708)

Miller, et al. v. Treado, et al.                                    Page 1 of 1

Case 1:05-cv-10367-RWZ     Document 57-2     Filed 06/29/2006     Page 1 of 1

## Tidge Holmberg

**From:** Fitzpatrick, Anthony J. [AJFitzpatrick@duanemorris.com]

**Sent:** Wednesday, June 14, 2006 10:01 AM

**To:** Martin B. Pavane; Tidge Holmberg

**Cc:** pweller@morganlewis.com; kracowski@morganlewis.com; Kroon, Christopher S.; bmichaelis@brownrudnick.com

**Subject:** Miller, et al. v. Treado, et al.

Counsel:

I write with two questions:

1.     The defendants' responses to the plaintiffs' second set of interrogatories are due today.  Patrick Treado has been traveling out of the country, and is not available to sign the responses.  Accordingly, we request an extension of time to serve the responses, to June 29.  Please let us know whether you will agree to this request.

2.     The defendants' opposition to the plaintiffs' motion for leave to amend will exceed 20 pages in length.  Accordingly, we intend to file a motion for leave to file a brief in excess of the 20-page limit. Please advise as to your position with respect to that motion.

Thank you.

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9220 (phone)
617-289-9201 (fax)
ajfitzpatrick@duanemorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Miller, et al. v. Treado, et al.                                                    Page 1 of 2

Case 1:05-cv-10367-RWZ     Document 57-3     Filed 06/29/2006     Page 1 of 2

## Tidge Holmberg

**From:** Fitzpatrick, Anthony J. [AJFitzpatrick@duanemorris.com]

**Sent:** Wednesday, June 14, 2006 9:01 PM

**To:** Tidge Holmberg

**Cc:** Martin B. Pavane; pweller@morganlewis.com; kracowski@morganlewis.com; Kroon, Christopher S.; bmichaelis@brownrudnick.com; Delphine Puybareau-Manaud; Nancy M. Gonsalves

**Subject:** RE: Miller, et al. v. Treado, et al.

Mr. Holmberg:

Thank you for your e-mail, and for your assent to our motion for leave to file a brief over 20 pages.

As to the defendants' interrogatory responses, we cannot provide those without Dr. Treado's review and signature. As I indicated, he has been traveling out of the country. Until Dr. Treado is available to review and sign the responses, we are not in a position to serve them on you. In view of this, please advise as to whether you will agree to the requested extension of time.

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617.289.9220 (phone)
617.289.9201 (fax)
ajfitzpatrick@duanemorris.com

---

**From:** Tidge Holmberg [mailto:THolmberg@cplplaw.com]
**Sent:** Wednesday, June 14, 2006 12:05 PM
**To:** Fitzpatrick, Anthony J.
**Cc:** Martin B. Pavane; pweller@morganlewis.com; kracowski@morganlewis.com; Kroon, Christopher S.; bmichaelis@brownrudnick.com; Delphine Puybareau-Manaud; Nancy M. Gonsalves
**Subject:** RE: Miller, et al. v. Treado, et al.
**Importance:** High

Counsel:

1. Regarding Treado's unavailability for providing certification, please serve the response by today without certification, and provide Treado's certification by June 29th.

2. Regarding the 20 page limit, we will assent to your motion to exceed that length.

---------------------------------------------------
Teodor J. Holmberg
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176

Miller, et al. v. Treado, et al.                                      Page 2 of 2

Case 1:05-cv-10367-RWZ     Document 57-3     Filed 06/29/2006     Page 2 of 2

Phone: 212-687-2770

Fax: 212-972-5487

e-mail: tidge@cplplaw.com

**CONFIDENTIALITY NOTICE**
**The information contained in this message is legally privileged and/or confidential information**
**intended only for the use of the individual or entity named above. If you are not the intended**
**recipient, you are hereby notified that any use, dissemination, distribution, or copying of this**
**message or its content is strictly prohibited. If you have received this message in error, please**
**immediately notify us and erase it without making a copy. Thank you.**

-----Original Message-----
**From:** Fitzpatrick, Anthony J. [mailto:AJFitzpatrick@duanemorris.com]
**Sent:** Wednesday, June 14, 2006 10:01 AM
**To:** Martin B. Pavane; Tidge Holmberg
**Cc:** pweller@morganlewis.com; kracowski@morganlewis.com; Kroon, Christopher S.;
bmichaelis@brownrudnick.com
**Subject:** Miller, et al. v. Treado, et al.

Counsel:

I write with two questions:

1.     The defendants' responses to the plaintiffs' second set of interrogatories are due today.
Patrick Treado has been traveling out of the country, and is not available to sign the
responses. Accordingly, we request an extension of time to serve the responses, to June 29.
Please let us know whether you will agree to this request.

2.     The defendants' opposition to the plaintiffs' motion for leave to amend will exceed 20
pages in length. Accordingly, we intend to file a motion for leave to file a brief in excess of
the 20-page limit. Please advise as to your position with respect to that motion.

Thank you.

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9220 (phone)
617-289-9201 (fax)
ajfitzpatrick@duanemorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended
only for the review of the party to whom it is addressed. If you have received this transmission in
error, please immediately return it to the sender. Unintended transmission shall not constitute waiver
of the attorney-client or any other privilege.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the
review of the party to whom it is addressed. If you have received this transmission in error, please immediately
return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other
privilege.

Miller, et al. v. Treado, et al.                                                    Page 1 of 4

Case 1:05-cv-10367-RWZ     Document 57-4     Filed 06/29/2006     Page 1 of 4

## Tidge Holmberg

| | |
|---|---|
| **From:** | Fitzpatrick, Anthony J. [AJFitzpatrick@duanemorris.com] |
| **Sent:** | Thursday, June 15, 2006 6:01 PM |
| **To:** | Tidge Holmberg |
| **Cc:** | Martin B. Pavane; pweller@morganlewis.com; kracowski@morganlewis.com; Kroon, Christopher S.; bmichaelis@brownrudnick.com; Delphine Puybareau-Manaud; Nancy M. Gonsalves |
| **Subject:** | RE: Miller, et al. v. Treado, et al. |

Mr. Holmberg:

The defendants will not agree to the condition that you seek to impose in exchange for our requested 15-day extension of time for interrogatory responses, namely a four-month extension of all deadlines in the current scheduling order.

You have not provided any explanation for such a long extension of all current deadlines. Presumably the reason for your request is that you hope that the Court will allow your motion to amend and you want additional time to conduct discovery on your newly-asserted claims. However, the fact remains that the plaintiffs did not seek leave to assert these new claims until 15 months after filing their original complaint; 2 months after you raised and then promptly dropped your proposal for extension of the deadline for amending pleadings; and 2.5 months before the deadline you suggested for completion of fact discovery. All this without any attempt to provide any reason, let alone a valid reason, for the undue delay. Thus, if anyone is being "completely unreasonable," it is the plaintiffs.

We do not understand how a relatively brief extension of time for the defendants' interrogatory responses could "limit[] [y]our ability to perform adequate discovery before the current deadline." No depositions are presently outstanding. Accordingly, we do not agree with your assertion that our requested extension would prejudice your clients. As to your assertions concerning Dr. Treado's travel and availability, he has been out of the country for some time on an extended vacation and will remain so for almost the next two weeks. We have endeavored to reach him but to date have not been successful.

In view of your response, we shall be filing a motion for a protective order to extend the date for the interrogatory responses to June 29. We assume that you will oppose that motion. Please confirm whether our assumption is correct.

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9220 (phone)
617-289-9201 (fax)
ajfitzpatrick@duanemorris.com

---

**From:** Tidge Holmberg [mailto:THolmberg@cplplaw.com]
**Sent:** Wednesday, June 14, 2006 10:01 PM

Miller, et al. v. Treado, et al.                                                   Page 2 of 4

Case 1:05-cv-10367-RWZ     Document 57-4     Filed 06/29/2006     Page 2 of 4

**To:** Fitzpatrick, Anthony J.
**Cc:** Martin B. Pavane; pweller@morganlewis.com; kracowski@morganlewis.com; Kroon, Christopher S.;
bmichaelis@brownrudnick.com; Delphine Puybareau-Manaud; Nancy M. Gonsalves
**Subject:** RE: Miller, et al. v. Treado, et al.
**Importance:** High

Mr. Fitzpatrick:

The only condition under which we will agree to an extension of time is if defendants agree to at least a
four month extension of all deadlines in the current scheduling order.  Barring that, we will not agree to the
requested extension of time.

Defendants have had a month to prepare a response, regardless of Treado's travel plans.  You have
provided no explanation as to why the response could not have been prepared in that time.  You have
provided no explanation as to why the response could not be transmitted to Treado by facsimile, e-mail, or
other means, for his review and signature, as is standard practice in this day and age.  Moreover, you did
not ask for an extension of time until the day the response was due.  Besides the fact such an extension
would cause undue prejudice against our client by limiting our ability to perform adequate discovery before
the current deadline, the timing of your request, combined with the lack of rational explanation for its
necessity, make your request completely unreasonable.

-------------------------------------------------
Teodor J. Holmberg
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
Phone: 212-687-2770
Fax: 212-972-5487
e-mail: tidge@cplplaw.com

**CONFIDENTIALITY NOTICE**
**The information contained in this message is legally privileged and/or confidential information**
**intended only for the use of the individual or entity named above.  If you are not the intended**
**recipient, you are hereby notified that any use, dissemination, distribution, or copying of this**
**message or its content is strictly prohibited.  If you have received this message in error, please**
**immediately notify us and erase it without making a copy.  Thank you.**

-----Original Message-----
**From:** Fitzpatrick, Anthony J. [mailto:AJFitzpatrick@duanemorris.com]
**Sent:** Wednesday, June 14, 2006 9:01 PM
**To:** Tidge Holmberg
**Cc:** Martin B. Pavane; pweller@morganlewis.com; kracowski@morganlewis.com; Kroon, Christopher
S.; bmichaelis@brownrudnick.com; Delphine Puybareau-Manaud; Nancy M. Gonsalves
**Subject:** RE: Miller, et al. v. Treado, et al.

Mr. Holmberg:

Thank you for your e-mail, and for your assent to our motion for leave to file a brief
over 20 pages.

As to the defendants' interrogatory responses, we cannot provide those without Dr.
Treado's review and signature.  As I indicated, he has been traveling out of the

Miller, et al. v. Treado, et al.                                    Page 3 of 4

Case 1:05-cv-10367-RWZ      Document 57-4      Filed 06/29/2006      Page 3 of 4

country.  Until Dr. Treado is available to review and sign the responses, we are not
in a position to serve them on you.  In view of this, please advise as to whether you
will agree to the requested extension of time.

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617.289.9220 (phone)
617.289.9201 (fax)
ajfitzpatrick@duanemorris.com

---

**From:** Tidge Holmberg [mailto:THolmberg@cplplaw.com]
**Sent:** Wednesday, June 14, 2006 12:05 PM
**To:** Fitzpatrick, Anthony J.
**Cc:** Martin B. Pavane; pweller@morganlewis.com; kracowski@morganlewis.com; Kroon,
Christopher S.; bmichaelis@brownrudnick.com; Delphine Puybareau-Manaud; Nancy M.
Gonsalves
**Subject:** RE: Miller, et al. v. Treado, et al.
**Importance:** High

Counsel:

1. Regarding Treado's unavailability for providing certification, please serve the response by
today without certification, and provide Treado's certification by June 29th.

2. Regarding the 20 page limit, we will assent to your motion to exceed that length.


-------------------------------------------------
Teodor J. Holmberg
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
Phone: 212-687-2770
Fax: 212-972-5487
e-mail: tidge@cplplaw.com

**CONFIDENTIALITY NOTICE**
**The information contained in this message is legally privileged and/or confidential**
**information intended only for the use of the individual or entity named above.  If you**
**are not the intended recipient, you are hereby notified that any use, dissemination,**
**distribution, or copying of this message or its content is strictly prohibited.  If you**
**have received this message in error, please immediately notify us and erase it without**
**making a copy.  Thank you.**

-----Original Message-----
**From:** Fitzpatrick, Anthony J. [mailto:AJFitzpatrick@duanemorris.com]
**Sent:** Wednesday, June 14, 2006 10:01 AM
**To:** Martin B. Pavane; Tidge Holmberg
**Cc:** pweller@morganlewis.com; kracowski@morganlewis.com; Kroon, Christopher S.;
bmichaelis@brownrudnick.com

Miller, et al. v. Treado, et al.                                                    Page 4 of 4

Case 1:05-cv-10367-RWZ     Document 57-4     Filed 06/29/2006     Page 4 of 4

**Subject:** Miller, et al. v. Treado, et al.

Counsel:

I write with two questions:

1.      The defendants' responses to the plaintiffs' second set of interrogatories are due today.  Patrick Treado has been traveling out of the country, and is not available to sign the responses.  Accordingly, we request an extension of time to serve the responses, to June 29.  Please let us know whether you will agree to this request.

2.      The defendants' opposition to the plaintiffs' motion for leave to amend will exceed 20 pages in length.  Accordingly, we intend to file a motion for leave to file a brief in excess of the 20-page limit.  Please advise as to your position with respect to that motion.

Thank you.

Anthony J. Fitzpatrick
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9220 (phone)
617-289-9201 (fax)
ajfitzpatrick@duanemorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.