IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.,<br><br>Defendants | CIVIL ACTION NO. 05 10367 RWZ |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as an attorney for Defendants Patrick Treado and ChemImage Corp. in the above entitled case.

                PATRICK TREADO AND CHEMIMAGE CORP.

                By their attorneys,

                /s/ Christopher S. Kroon
                Christopher S. Kroon
                (BBO # 660286)
                DUANE MORRIS LLP
                470 Atlantic Avenue, Suite 500
                Boston, MA 02210
                (617) 289-9200

Dated: June 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 29, 2006.

/s/ Christopher S. Kroon
Christopher S. Kroon