## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Delaware corporation,

                Plaintiffs,

                v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

                Defendants.

**Civil Action No. 05-10367-RWZ**

## PLAINTIFFS' MOTION TO EXTEND
## DISCOVERY SCHEDULE

Counsel for plaintiffs Cambridge Research and Instrumentation, Inc., Peter J. Miller, and Clifford Hoyt (collectively, "CRI") move to extend, by 90 days, the discovery schedule approved in the Court's March 30, 2006 minute entry (granting motion at [D.E. 29]).

Defendants, Patrick Treado and ChemImage Corp. (collectively, "ChemImage"), do not concur in the relief requested herein.

Submitted separately is a memorandum of reasons in support of this motion, pursuant to LR 7.1(b)(1).

Specifically, CRI requests the following amendments:

| Event | Previously Scheduled Dates | Proposed Dates |
|---|---|---|
| Completion of fact discovery: deadline for: <br> - completion of non-expert depositions <br> - responses to all discovery requests | August 1, 2006 | November 1, 2006 |
| Identification of Experts <br> (FRCP 26(a)(2)(A)) | August 15, 2006 | November 15, 2006 |
| Opening Expert Reports - i.e., for which the party has the burden of proof <br> (FRCP 26(a)(2)(B)) | September 15, 2006 | December 15, 2006 |
| Rebuttal Expert Reports <br> (FRCP 26(a)(2)(B)) | October 15, 2006 | January 15, 2007 |
| Completion of Expert Depositions | November 15, 2006 | February 15, 2007 |

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

Dated:  July 14, 2006

  /s/ Teodor Holmberg
Martin B. Pavane (admitted *pro hac vice*)
Teodor J. Holmberg (BBO# 634708)
COHEN PONTANI LIEBERMAN & PAVANE
551 Fifth Avenue
New York, New York 10176
E-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
E-mail:  BMichaelis@brownrudnick.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiffs certifies that counsel for plaintiffs has conferred with counsel for defendants in a good faith attempt to resolve or narrow the issue presented in this motion, and counsel for defendants did not concur with plaintiffs' requested relief.

/s/ Teodor Holmberg
Teodor J. Holmberg (BBO# 634708)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document (identified in the top right-hand corner) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 14, 2006, and a paper copy will be sent to the non-registered participant listed below:

Paul D. Weller, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215-963-5530 (phone)
215-963-5001 (fax)
pweller@morganlewis.com

/s/ Teodor Holmberg
Teodor J. Holmberg (BBO# 634708)

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Delaware corporation,

          Plaintiffs,

        v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

          Defendants.

**Civil Action No. 05-10367-RWZ**

## [PROPOSED] ORDER ADJUSTING DISCOVERY SCHEDULE

It is hereby ordered that the following discovery schedule will replace and supersede the discovery schedule approved in the Court's March 30, 2006 minute entry (granting motion at [D.E. 29]):

| Event | Date |
|---|---|
| Completion of fact discovery: deadline for:<br>  - completion of non-expert depositions<br>  - responses to all discovery requests | November 1, 2006 |
| Identification of Experts<br>               (FRCP 26(a)(2)(A)) | November 15, 2006 |
| Opening Expert Reports - i.e., for which the party has the burden of proof<br>               (FRCP 26(a)(2)(B)) | December 15, 2006 |
| Rebuttal Expert Reports<br>               (FRCP 26(a)(2)(B)) | January 15, 2007 |
| Completion of Expert Depositions | February 15, 2007 |

Dated: _____, 2006

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE