## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Delaware corporation,

                Plaintiffs,

                v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

                Defendants.

**Civil Action No. 05-10367-RWZ**

### [ASSENTED-TO] COMBINED MOTION
### AND MEMORANDUM IN SUPPORT THEREOF
### TO IMPOUND PURSUANT TO LOCAL RULE 7.2
### UNREDACTED COPY OF
### PLAINTIFFS' MEMORANDUM IN SUPPORT OF
### PLAINTIFFS' MOTION TO UNSEAL
### ALL PRESENTLY SEALED AND REQUESTED-TO-BE-SEALED DOCUMENTS
### AND EXHIBITS 1-3 THERETO

      Plaintiffs Cambridge Research and Instrumentation, Inc. ("CRI"), Peter J. Miller, and

Clifford Hoyt, by their attorneys COHEN, PONTANI, LIEBERMAN & PAVANE, hereby move the Court

under LR 7.2 to impound the unredacted copy of plaintiffs' memorandum in support of plaintiffs'

motion to unseal all presently sealed and requested-to-be-sealed documents ("plaintiffs' memo"), a

redacted copy of which was filed via ECF with the Court at [D.E. 81], and exhibits 1-3 thereto.

      Because defendants have agreed to the relief requested herein, the granting of the requested

relief is within the Court's discretion, and a memorandum under LR 7.1(b)(1) is not required.

- 1 -

[Assented-To] Motion/Memo to Impound under LR 7.2
Unredacted copy of Plaintiffs' Memorandum in Support of
Plaintiffs' Motion to Unseal All Sealed Documents,
and Exhibits 1-3 thereto

In support, plaintiffs state as follows:

1.  Plaintiffs have filed via ECF [D.E. 81] a redacted version of plaintiffs' memo, with a blank sheet for exhibits 1-3.

2.  The portions which have been redacted from the plaintiffs' memo, and exhibits 1-3 thereto, describe and/or characterize subject matter for which defendants had previously sought, and obtained from plaintiffs, a contractual stipulation not to disclose publicly.  See, e.g., Ex. 1 to plaintiffs' memo, ¶2 on p. CRI004143.

3.  Thus, plaintiffs request, with defendants' assent, that the Court order the impoundment of the complete unredacted copy of plaintiffs' memo and exhibits 1-3 thereto pursuant to LR 7.2, which impoundment shall last until further order of the Court.

4.  Pursuant to LR 7.1(a)(2), defendants have indicated their assent.

5.  Pursuant to LR 7.2(a), plaintiffs suggest the unredacted document and exhibits 1-3 thereto be returned to plaintiffs' custody after the period of impoundment.

6.  Pursuant to instructions from the Clerk of the Court, the complete ***unredacted*** copy of plaintiffs' memo will be filed with the Court upon entry of the instant motion to impound.


**WHEREFORE**, plaintiffs respectfully request, with defendants' assent, that the Court:

A.  Issue an order impounding:

- the unredacted copy of plaintiffs' memorandum in support of plaintiffs' to unseal all presently sealed and requested-to-be-sealed documents (redacted version filed at [D.E. 81]); and

- Exhibits 1-3 thereto.

[Assented-To] Motion/Memo to Impound under LR 7.2
Unredacted copy of Plaintiffs' Memorandum in Support of
Plaintiffs' Motion to Unseal All Sealed Documents,
and Exhibits 1-3 thereto

B.      Grant such further and other relief as this Court deems just, equitable and proper.


Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

By their attorneys:

Dated:  September 21, 2006                    _/s/ Teodor Holmberg_____
Martin B. Pavane
Teodor J. Holmberg (BBO# 634708)
COHEN, PONTANI, LIEBERMAN AND PAVANE
551 Fifth Avenue
New York, New York 10176
Tel. (212) 687-2770
E-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
E-mail:  BMichaelis@brownrudnick.com


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Impound Pursuant to LR 7.2 filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 21, 2006.

 /s/ Teodor Holmberg_____
Teodor J. Holmberg (BBO# 634708)