UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10367-RWZ
CIVIL ACTION NO. 06-11479-RWZ

PETER J. MILLER et al.

v.

PATRICK TREADO et al.
------------------------

CIVIL ACTION NO. 05-10367-RWZ

CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC. et al.

v.

CHEMIMAGE CORP. et al.
----------------------

CIVIL ACTION NO. 06-11479-RWZ

ORDER

September 29, 2006

ZOBEL, D.J.

This matter having come before the court at a status conference held on Wednesday, September 27, 2006, and Martin B. Pavane and Teodor Holmberg having participated via telephone as counsel for plaintiffs, Peter J. Miller, et al.; and Anthony J. Fitzpatrick and Paul D. Weller, having appeared as counsel for defendants, Patrick Treado, et al., the following action was taken:

1.  The parties stipulate that: (a) Plaintiffs' Motion to Amend the Complaint;

    (b) Plaintiffs' Motion to Consolidate the actions, Nos. 05-10367-RWZ and

> 06-11479-RWZ; and (c) the related action, No. 06-11479-RWZ are stayed pending resolution of the inventorship claim.

2. The parties have agreed to the following discovery schedule: (a) all fact discovery shall be competed by November 17, 2006; (b) experts shall be identified by December 1, 2006; (c) opening expert reports shall be exchanged by January 5, 2007; (d) rebuttal expert reports shall be exchanged by February 5, 2007; and (e) depositions of proposed expert witnesses shall be completed by March 5, 2007.

3. The parties have agreed to unseal as many documents as possible. The court thanks the parties for their efforts.

4. Plaintiffs' Motion to Compel Defendants to Produce Documents (Docket #50) is granted as to document requests relating to the inventorship claim and denied as to document requests relating to the remaining claims.

5. A further status conference will take place on March 15, 2007 at 2 PM.

| | |
|---|---|
| September 29, 2006 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |