UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10367-RWZ

PETER J. MILLER, et al.

v.

PATRICK TREADO, et al.

ORDER

October 27, 2006

ZOBEL, D.J.

Pending before the court in Civil Action No. 05-10367-RWZ is Plaintiffs' Motion to Unseal All Presently Sealed and Requested-to-Be-Sealed Documents (Docket #80). Defendants have filed a response in opposition, suggesting that the court stay action on the pending motion (Docket #84).

Given the defendants' apparently unopposed assertion that none of the presently sealed documents pertain to the issue of inventorship that is presently the subject of discovery pursuant to this court's September 29, 2006 Order (Docket #83), the court postpones decision on the matter of the sealing and unsealing of documents that relate to other claims pending resolution of the inventorship claim.

October 27, 2006
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE