# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., <br><br> Plaintiffs <br><br> v. <br><br> PATRICK TREADO and CHEMIMAGE CORP., <br><br> Defendants | CIVIL ACTION NO. 05-10367 RWZ |

## DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

Defendants ChemImage Corporation and Patrick Treado (collectively, "Defendants") hereby move the court to amend the Scheduling Order in this case. Pursuant to Local Rule 7.1(b)(1), a memorandum of reasons in support of this motion is being filed concurrently.

WHEREFORE, Defendants respectfully request that the Court amend the Scheduling Order to provide that Defendants' expert reports will be due thirty (30) days after Plaintiffs' provision of certain information outlined in Defendants' attached Memorandum.

        PATRICK TREADO AND CHEMIMAGE CORP.
        By their attorneys,

        /s/ Anthony J. Fitzpatrick
        Anthony J. Fitzpatrick (BBO #564324)
        Duane Morris LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210
        Telephone: 857.488.4220
        Fax: 857.488.4201
        e-mail: ajfitzpatrick@duanemorris.com

        Paul D. Weller (admitted *pro hac vice*)
        Kenneth L. Racowski (admitted *pro hac vice*)
        Morgan, Lewis & Bockius LLP
        1701 Market Street
        Philadelphia, PA 19103
        Telephone: 215.963.5000
        Fax: 215.963.5001
        e-mail: pweller@morganlewis.com
        e-mail: kracowski@morganlewis.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to 7.1(A)(2), the undersigned certifies that counsel for the defendants have conferred with counsel for plaintiffs regarding the issues raised in the foregoing motion and no agreement could be reached.

        /s/ Anthony J. Fitzpatrick
        Anthony J. Fitzpatrick

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 5, 2007.

        /s/ Anthony J. Fitzpatrick
        Anthony J. Fitzpatrick

DM2\956091.1