IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>                    Defendants. | **Civil Action No. 05-10367-RWZ** |

**ASSENTED -TO MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs Cambridge Research and Instrumentation, Inc. et al. move to extend the time limit to file their Opposition to Defendants' Motion to Amend the Scheduling Order [D.E. 100] ("the Opposition"). The present deadline for filing the Opposition is February 20, 2007, and this motion requests that the Court extend that deadline three days forward, so that the deadline for filing the Opposition will be Friday, February 23, 2007.

Counsel for defendants has agreed to this extension.

[2007 02 20] Assented To Motion for Extension of Time.DOC

ASSENTED TO MOTION FOR EXTENSION OF TIME
for filing Plaintiffs' Opposition to Defendants'
Motion to Amend the Scheduling Order[D.E. 100]

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

By their attorneys:

Dated:  February 20, 2007

 /s/ Teodor Holmberg
Martin B. Pavane
Teodor J. Holmberg (BBO# 634708)
COHEN, PONTANI, LIEBERMAN AND PAVANE
551 Fifth Avenue
New York, New York 10176
Tel. (212) 687-2770
Fax (212) 972-5487
E-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201
E-mail:  BMichaelis@brownrudnick.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiffs certifies that counsel for plaintiffs has conferred with counsel for defendants in a good faith attempt to resolve or narrow the issue presented in this motion, and that **counsel for defendants agreed to the three (3) day extension of time requested**.

 /s/ Teodor Holmberg
Teodor J. Holmberg (BBO# 634708)

ASSENTED TO MOTION FOR EXTENSION OF TIME
for filing Plaintiffs' Opposition to Defendants'
Motion to Amend the Scheduling Order[D.E. 100]

## CERTIFICATE OF SERVICE

      I hereby certify that the document identified in the top right-hand portion of this page and filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated as non-registered participants on February 20, 2007.


    /s/ Teodor Holmberg
Teodor J. Holmberg (BBO# 634708)