IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>                    v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>                Defendants. | Civil Action No. 05-10367-RWZ |

**ASSENTED-TO MOTION FOR A SECOND EXTENSION OF TIME
TO FILE PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER**

Plaintiffs Cambridge Research and Instrumentation, Inc. et al. previously moved to extend the time limit to file their Opposition to Defendants' Motion to Amend the Scheduling Order [D.E. 100] ("the Opposition") from February 20, 2007 to February 23, 2007. That motion [D.E. 104] was granted by the Court earlier today.

Plaintiffs Cambridge Research and Instrumentation, Inc. et al. presently move to extend the time limit to file the Opposition from February 23, 2007 to next Friday, March 2, 2007.

The first extension was sought because a family member of the plaintiffs' primary associate attorney (the undersigned Teodor J. Holmberg) went into the hospital last week; this second extension is sought because the family member died over the weekend, thereby requiring the main associate's absence for a longer time period.

Pursuant to LR 7.1(A)(2), counsel for plaintiffs has conferred with counsel for defendants, and counsel for defendants assented to this second extension of time.

ASSENTED-TO Motion For A Second Extension of Time
for filing Plaintiffs' Opposition to Defendants'
Motion to Amend the Scheduling Order [D.E. 100]

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

By their attorneys:

Dated: February 21, 2007

_/s/ Teodor Holmberg_____
Martin B. Pavane (admitted *pro hac vice*)
Teodor J. Holmberg (BBO# 634708)
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue
New York, New York 10176
Tel. (212) 687-2770
Fax (212) 972-5487
E-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201
E-mail: BMichaelis@brownrudnick.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiffs certifies that counsel for plaintiffs has conferred with counsel for defendants in a good faith attempt to resolve or narrow the issue presented in this motion, and counsel for defendants assented to this second extension of time.

_/s/ Teodor Holmberg_____
Teodor J. Holmberg (BBO# 634708)

## CERTIFICATE OF SERVICE

I hereby certify that the document identified in the top right-hand portion of this page and filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 21, 2007.

_/s/ Teodor Holmberg_____
Teodor J. Holmberg (BBO# 634708)