EXHIBIT 3

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000
Fax: 215.963.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Kenneth L. Racowski
215.963.5593
kracowski@morganlewis.com

January 23, 2007

**VIA E-MAIL**

Tidge Holmberg, Esquire
Cohen, Pontani, Lieberman and Pavane
551 Fifth Avenue
New York, NY 10176

RE: **Miller, et al. v. Treado, et al.,
No.: 05-10367 RWZ (D. Mass.)**

Dear Mr. Holmberg:

Pursuant to paragraph D of the Stipulated Protective Order entered by the court on April 27, 2006, we hereby provide written notice that Defendants intend to disclose Protected Material, as designated by Plaintiffs, to the following experts:

>Edward S. Yeung
>Department of Chemistry
>1605 Gilman Hall
>Iowa State University
>Ames, Iowa 50011

>Kristina M. Johnson
>Duke University
>Edmund T. Pratt, Jr. School of Engineering
>305 Teer Building
>Box 90271
>Durham, North Carolina 27708-0271

Tidge Holmberg, Esquire
January 23, 2007
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

Curriculum vitae for Mr. Yeung and Ms. Johnson are attached. Signed copies of Exhibit A will follow. Objections, if any, should be stated in writing by February 2, 2007.

Sincerely,

*[signature]*

Kenneth L. Racowski

1-PH/2572074.1