# EXHIBIT 7



**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue, New York, NY 10176  *phone* 212.687.2770  *fax* 212.972.5487  www.cplplaw.com

Myron Cohen (1927-2005)
Thomas C. Pontani, Ph.D.
Lance J. Lieberman
Martin B. Pavane
Thomas Langer
Michael C. Stuart
William A. Alper
Edward M. Weisz
Kent H. Cheng, Ph.D.
Julia S. Kim
Alfred W. Froebrich
Lisa A. Ferrari
Alan J. Morrison

Sidney R. Bresnick
Of Counsel

Mindy H. Chettih
Vincent M. Fazzari
Alfred H. Hemingway, Jr.
Roger S. Thompson
Teodor J. Holmberg
Richard D. Margiano
Darren S. Mogil
David P. Badanes
Mher Hartoonian
Alphonso A. Collins
Douglas D. Zhang
Edward V. DiLello
Edward M. Reisner
Bradley M. Marazas
F. Brice Faller
Marilyn Neiman

Enshan Hong
Technical Advisor

February 1, 2007

**VIA E-MAIL**

Kenneth L. Racowski, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Re:  Experts and Expert Reports in
     Miller et al. v. Treado et al.
     Civ. No. 05-10367-RWZ (D.Mass.)
     Our File No.: 34250-60L

Dear Ken:

Pursuant to Sect. D.4 of the Stipulated Protective Order in this action, plaintiffs object to Kristina M. Johnson being shown any Protected Material at least on the grounds that she is a "co-founder" of ColorLink, Inc., a competitor of plaintiffs. See Kristina M. Johnson's C.V., p. 3. Please indicate a convenient time to have a conference concerning this matter, pursuant to Sect. D.5 of the Stipulated Protective Order.

Regarding expert reports, if defendants had wished to file an expert report, they should have done so. Since neither party has filed an opening expert report, we see no need for agreeing to extend the deadline for rebuttal expert reports, since there is nothing to rebut. We do not agree to any extension of the deadline, nor to the filing of any "rebuttal" expert report.

Regarding your January 23, 2007 letter, plaintiffs may, or may not, rely on experts in this action. For example, if defendants obtain the Court's permission to file an opening expert report more than a month after the extended deadline, plaintiffs will have the right to file a rebuttal expert report, if plaintiffs deem it necessary.

Very truly yours,
COHEN PONTANI LIEBERMAN & PAVANE LLP

/s/ Tidge Holmberg

MBP/TJH/tdg

cc:  Paul D. Weller, Esq.
     Anthony J. Fitzpatrick, Esq.
     Christopher S. Kroon, Esq.

24428_1.DOC