IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Delaware corporation,

                Plaintiffs,

                v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

                Defendants.

**Civil Action No. 05-10367-RWZ**

## MOTION TO PERMIT COUNSEL TO APPEAR PRO HAC VICE

      Pursuant to Rule 83.5.3(b) of the Local Rules of this Court, Erin E. McLaughlin, counsel of record for the Plaintiff, hereby moves this Court to permit Mher Hartoonian to appear on the Plaintiff's behalf as counsel *pro hac vice* in the above-captioned case.

      In support of this motion, the undersigned counsel states the following:

      1.      Erin E. McLaughlin is a member in good standing of the bar of this Court.

      2.      Mher Hartoonian is a member in good standing of the bar of the State of New York.

      3.      Mr. Hartoonian is an associate in the law firm of Cohen Pontani Lieberman & Pavane LLP.

      4.      There are no disciplinary proceedings pending against Mr. Hartoonian as a member of the bar in any jurisdiction.

26412_1.DOC

5. Mr. Hartoonian has been provided with the Local Rules of the United States District Court for the District of Massachusetts and has indicated in his Certificate (attached hereto) that he is familiar with them.

6. The Certificate of Mher Hartoonian in Support of this Motion to Permit Counsel to Appear *Pro Hac Vice* is attached hereto as Exhibit A.

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

By their attorneys:

/s/ Erin E. McLaughlin
Brian L. Michaelis (BBO# 555159)
Erin E. McLaughlin (BBO# 647750)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
emclaughlin@brownrudnick.com


/s/ Teodor J. Holmberg
Martin B. Pavane (admitted *pro hac vice*)
Teodor J. Holmberg (BBO# 634708)
COHEN PONTANI LIEBERMAN AND PAVANE LLP
551 Fifth Avenue
New York, New York 10176
Tel. (212) 687-2770
tidge@cplplaw.com

Dated: February 28, 2007

26412_1.DOC

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

       Counsel for Plaintiffs conferred with Defense Counsel Anthony Fitzpatrick on February 23, 2007 prior to filing this motion. Attorney Fitzpatrick had no objections to the filing of this motion.

                                                /s/ Erin E. McLaughlin
                                                Erin E. McLaughlin

**CERTIFICATE OF SERVICE**

       I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 28, 2007. There are no non-registered participants.

                                                /s/ Teodor J. Holmberg
                                                Teodor J. Holmberg

26412_1.DOC

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

PETER J. MILLER, an individual,
CLIFFORD HOYT, an individual, and
CAMBRIDGE RESEARCH AND
INSTRUMENTATION, INC.,
a Delaware corporation,

        Plaintiffs,

        v.

PATRICK TREADO, an individual, and
CHEMIMAGE CORP., a Delaware
corporation,

        Defendants.

**Civil Action No. 05-10367-RWZ**

**CERTIFICATE OF MHER HARTOONIAN IN SUPPORT OF MOTION
TO PERMIT COUNSEL TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.5.3(b) of the Local Rules of this Court and in support of the attached Motion to Permit Counsel to Appear *Pro Hac Vice*, I, Mher Hartoonian, having been duly sworn, on my oath do say as follows:

1. I am a member in good standing of the bar of the State of New York.

2. I am an associate in the law firm of Cohen Pontani Lieberman & Pavane LLP.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

26023-1

4.  I have been provided with the Local Rules of the United States District Court for the District of Massachusetts and I am familiar with them.

_____
Mher Hartoonian

SWORN TO AND SUBSCRIBED before me this 28th day of February, 2007.

_____
Notary Public
My Commission Expires: February 28, 2010

ANITA WALDMAN
Notary Public, State of New York
No. 01WA4826997
Qualified in Kings County
Commission Expires Feb. 28, 20 10

26023-1