IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.<br><br>Defendants. | Case No. 05-10367 RWZ |

**ASSENTED-TO MOTION FOR AN EIGHT-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO DENY KRISTINA M. JOHNSON, AN EXPERT FOR THE DEFENDANTS, ACCESS TO PLAINTIFFS' PROTECTED MATERIAL**

Defendants Patrick Treado and ChemImage Corp. respectfully move, with the assent of plaintiffs, for an eight-day extension of time (to March 9, 2007) to file their response to plaintiffs' motion to deny defendants' expert, Kristina M. Johnson, access to plaintiffs' protected material (docket entry 102). In support thereof, defendants state as follows:

This request is not made for purposes of delay, but rather to permit defendants to address adequately the issues raised by plaintiffs' motion, the two declarations, and the nine exhibits appended thereto. Counsel for plaintiffs have indicated that they assent to the requested extension of time.im

WHEREFORE, defendants respectfully request that the Court extend to March 9, 2007, the deadline for defendants to respond to plaintiffs' motion to deny defendants' expert, Kristina M. Johnson, access to plaintiffs' protected material (docket entry 102).

PATRICK TREADO AND CHEMIMAGE CORP.

By their attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO # 564324)
Christopher S. Kroon (BBO# 660286)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 617.289.9220
Fax: 617.289.9201
e-mail:  ajfitzpatrick@duanemorris.com
            cskroon@duanemorris.com

Paul D. Weller (admitted *pro hac vice*)
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5530
eFax:  215.963.5001
e-mail:  pweller@morganlewis.com

March 1, 2007

### LOCAL RULE 7.1 CERTIFICATION

Pursuant to 7.1(A)(2), the undersigned certifies that counsel for defendants have conferred with counsel for plaintiffs regarding the issues raised in the foregoing motion. Counsel for plaintiffs have indicated that they assent to the requested extension of time.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 1, 2007.

                                                /s/ Anthony J. Fitzpatrick
                                                Anthony J. Fitzpatrick

DM2\1024851.1