# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.<br><br>Defendants. | Case No. 05-10367 RWZ |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE
## FOR SERVICE OF EXPERT REPORTS

Counsel for all parties hereby stipulate, and request that the Court order, that the deadline for service of defendants' expert reports shall be and hereby is extended for thirty (30) days, from April 30, 2007 to May 30, 2007.

This request is not interposed for purposes of delay, and will not lead to the postponement or delay of the final pretrial conference (August 15, 2007) or the trial itself (September 10, 2007), as scheduled in the Court's March 22, 2007 Order.

Respectfully submitted,

| | |
|---|---|
| **PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.** | **PATRICK TREADO, and CHEMIMAGE CORPORATION** |
| By their attorneys, | By their attorneys, |
| /s/ Teodor J. Holmberg<br>Martin B. Pavane (*pro hac vice*)<br>Teodor J. Holmberg (BBO #634708)<br>Cohen, Pontani, Lieberman & Pavane<br>551 Fifth Avenue<br>New York, New York 10176<br>Tel. (212) 687-2770<br>Fax (212) 972-5487<br>e-mail: tidge@cplplaw.com | /s/ Anthony J. Fitzpatrick<br>Anthony J. Fitzpatrick (BBO #564323)<br>Christopher S. Kroon (BBO #660286)<br>Duane Morris LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Tel. (857) 488-4200<br>Fax (857) 488-4201<br>e-mail: ajfitzpatrick@duanemorris.com |
| Brian L. Michaelis (BBO #555159)<br>Erin E. McLaughlin (BBO #647750)<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA 02111<br>Tel. (617) 856-8200<br>Fax (617) 856-8201 | Paul D. Weller (*pro hac vice*)<br>Kenneth L. Racowski (*pro hac vice*)<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel. (215) 963-5530<br>eFax   (215) 963-5001 |

DATED: April 30, 2007

SO ORDERED:

Dated: _____, 2007         _____
                                 RYA W. ZOBEL
                                 UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                     */s/ Anthony J. Fitzpatrick*
                      Anthony J. Fitzpatrick

DM2\1128609.1