## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC. | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| | : Case No. 05-10367 RWZ |
| v. | : <br> : |
| PATRICK TREADO and CHEMIMAGE CORP. | : <br> : |
| Defendants. | : <br> : |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE
### FOR SERVICE OF EXPERT REPORTS

Counsel for all parties hereby stipulate, and request that the Court order, that the deadline for service of defendants' expert reports shall be and hereby is extended for thirty (30) days, from April 30, 2007 to May 30, 2007.

This request is not interposed for purposes of delay, and will not lead to the postponement or delay of the final pretrial conference (August 15, 2007) or the trial itself (September 10, 2007), as scheduled in the Court's March 22, 2007 Order.

1

Respectfully submitted,

**PETER J. MILLER,**
**CLIFFORD HOYT, and**
**CAMBRIDGE RESEARCH AND**
**INSTRUMENTATION, INC.**

By their attorneys,

/s/ Teodor J. Holmberg
Martin B. Pavane (*pro hac vice*)
Teodor J. Holmberg (BBO #634708)
Cohen, Pontani, Lieberman & Pavane
551 Fifth Avenue
New York, New York 10176
Tel. (212) 687-2770
Fax (212) 972-5487
e-mail: tidge@cplplaw.com

Brian L. Michaelis (BBO #555159)
Erin E. McLaughlin (BBO #647750)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel. (617) 856-8200
Fax (617) 856-8201

DATED: April 30, 2007

**PATRICK TREADO, and**
**CHEMIMAGE CORPORATION**

By their attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO #564323)
Christopher S. Kroon (BBO #660286)
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel. (857) 488-4200
Fax (857) 488-4201
e-mail: ajfitzpatrick@duanemorris.com

Paul D. Weller (*pro hac vice*)
Kenneth L. Racowski (*pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Tel. (215) 963-5530
eFax   (215) 963-5001

SO ORDERED:

Dated: ___5/1___, 2007

RYAN W. ZOBEL
UNITED STATES DISTRICT JUDGE

2