IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>　　　　　　　　Defendants. | **Civil Action No. 05-10367-RWZ** |

**PLAINTIFFS' MOTION TO DISMISS THIS ACTION
WITHOUT PREJUDICE UNDER RULE 41(A)(2)**

Plaintiffs Cambridge Research and Instrumentation, Inc., Peter J. Miller, and Clifford Hoyt (collectively, "plaintiffs") move, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss this action without prejudice. This action has a single pending claim for correction of inventorship under 35 U.S.C. §256.

Pursuant to LR 7.1(b)(1), a memorandum of reasons, including citations of proper authorities, is being filed concurrently.

A proposed order is attached.

Plaintiff's Motion to Dismiss
This Action Without Prejudice

Respectfully submitted,

**PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**

By their attorneys:

Dated:  June 14, 2007        /s/ Teodor Holmberg
Martin B. Pavane (*pro hac vice*)
Teodor J. Holmberg (BBO# 634708)
David P. Badanes (*pro hac vice*)
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue
New York, New York 10176
E-mail: tidge@cplplaw.com

Erin E. McLaughlin (BBO# 647750)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
E-mail:  EMcLaughlin@brownrudnick.com


## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for plaintiffs certifies that counsel for plaintiffs has conferred with counsel for defendants in a good faith attempt to resolve or narrow the issue presented in this motion, as is described in the background section of the accompanying memorandum.

 /s/ Teodor Holmberg
Teodor J. Holmberg (BBO# 634708)


## CERTIFICATE OF SERVICE

I hereby certify that the document identified in the top right-hand portion of this page and filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the date indicated below.

Dated: June 14, 2007        /s/ Teodor Holmberg
Teodor J. Holmberg (BBO# 634708)

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, an individual, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>                v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware corporation,<br><br>                Defendants. | **Civil Action No. 05-10367-RWZ** |

**[PROPOSED] ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(2), this action is dismissed without prejudice.

Dated: _____, 2007

                                                                                        RYA W. ZOBEL
                                                                                       UNITED STATES DISTRICT JUDGE