## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PETER J. MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**PATRICK TREADO and CHEMIMAGE CORP.,**<br><br>**Defendants** | **CIVIL ACTION NO. 05 10367 RWZ** |

## DECLARATION OF ANTHONY J. FITZPATRICK, ESQUIRE, IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Anthony J. Fitzpatrick, Esquire, on my oath swear and depose as follows:

1.      I am an attorney admitted to practice in the Commonwealth of Massachusetts and before this Court, and I am a partner in the law firm of Duane Morris LLP, counsel for Defendants ChemImage Corporation and Patrick Treado (collectively, "Defendants").

2.      I am make this declaration in support of Defendants' Motion for Summary Judgment.

3.      **Exhibit A,** attached hereto, is a true and correct copy of U.S. Patent No. 6,734,962 (hereinafter, "the '962 patent").

4.      **Exhibit B,** attached hereto, is a true and correct copy of the April 11, 2005, Preliminary Amendment submitted to the United States Patent and Trademark Office (hereinafter, "PTO") during the reexamination of the '962 patent.

5.      **Exhibit C,** attached hereto, is a true and correct copy of the September 25, 2006, Official Action issued by the PTO during the reexamination of the '962 patent.

6.      **Exhibit D,** attached hereto, is a true and correct copy of October 16, 2006, Amendment submitted to the PTO in response to the September 25, 2006, Official Action issued by the PTO during the reexamination of the '962 patent.

7.      **Exhibit E,** attached hereto, is a true and correct copy of March 17, 2007, Notice of Allowability issued by the PTO during the reexamination of the '962 patent.

8.      **Exhibit F,** attached hereto, is a true and correct copy of the Small Business Innovation Research (SBIR) Phase II Report, CI-2570.

9.      **Exhibit G,** attached hereto, is a true and correct copy of the March 20, 2007, letter from Teodor J. Holmberg to Judge Rya W. Zobel.

10.     **Exhibit H,** attached hereto, is a true and correct copy of the Declaration of Edward S. Yeung.


Signed and sworn under the pains and penalties of perjury this 15th day of June, 2007.


/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

US006734962B2

## (12) United States Patent
Treado et al.

(10) Patent No.: **US 6,734,962 B2**
(45) Date of Patent: **May 11, 2004**

(54) **NEAR INFRARED CHEMICAL IMAGING MICROSCOPE**

(75) Inventors: **Patrick J. Treado**, Pittsburgh, PA (US);
**Matthew Nelson**, Pittsburgh, PA (US);
**Scott Keitzer**, Export, PA (US)

(73) Assignee: **ChemImage Corporation**, Pittsburgh, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 201 days.

(21) Appl. No.: **09/976,391**

(22) Filed: **Oct. 12, 2001**

(65) **Prior Publication Data**

US 2002/0113210 A1 Aug. 22, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/239,969, filed on Oct. 13, 2000.

(51) **Int. Cl.**[7] .................................................. G01J 3/44
(52) **U.S. Cl.** ........................ 356/301; 356/51; 356/326;
356/331; 250/339.05
(58) **Field of Search** ........................ 356/301, 51, 310,
356/326, 328, 330–334, 73; 250/339.05,
339.02, 339.01, 339.07, 339, 458.1, 459.1,
461.1, 462.2; 382/284

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,194,912 A | | 3/1993 | Batchelder et al. .......... 356/301 |
| 5,377,003 A | | 12/1994 | Lewis et al. ................ 356/300 |
| 5,377,004 A | | 12/1994 | Owen et al. ................ 356/301 |
| 5,442,438 A | | 8/1995 | Batchelder et al. .......... 356/301 |
| 5,493,443 A | * | 2/1996 | Simon et al. ................ 359/368 |
| 5,528,393 A | | 6/1996 | Sharp et al. ................ 359/53 |
| 5,623,342 A | | 4/1997 | Baldwin et al. ............ 356/301 |
| 5,689,333 A | | 11/1997 | Batchelder et al. .......... 356/301 |
| 5,710,626 A | | 1/1998 | O'Rourke et al. .......... 356/301 |
| 5,862,273 A | | 1/1999 | Pelletier .................... 385/12 |
| 5,901,261 A | | 5/1999 | Wach .......................... 385/38 |
| 5,911,017 A | | 6/1999 | Wach et al. ................ 385/12 |
| 5,943,122 A | * | 8/1999 | Holmes ........................ 356/73 |
| 6,002,476 A | | 12/1999 | Treado et al. ................ 356/301 |
| 6,088,100 A | * | 7/2000 | Brenan et al. .............. 356/346 |
| 6,483,641 B1 | * | 11/2002 | MacAulay .................... 359/385 |
| 6,571,117 B1 | * | 5/2003 | Marbach .................... 600/473 |

OTHER PUBLICATIONS

H. Skinner, T. Cooney, S. Sharma and S. Angel. "Remote Raman Microimaging Using an AOTF and a Spatially Coherent Microfiber Optical Probe". vol. 50 *Applied Spectroscopy* No. 8, pp. 1007–1014 (1996).

I. Lewis and P. Griffiths, "Raman Spectrometry with Fiber–Optic Sampling", vol. 50 *Applied Spectroscopy*, No. 10, pp. 12A–29A (1996).

Patrick J. Treado, Ira W. Levin, and E. Neil Lewis, Indium Antimonide (InSb) Focal Plane Array (FPA) Detection for Near–Infrared Imaging Microscopy. Applied Spectroscopy 48. (1994) 607.

(List continued on next page.)

*Primary Examiner*—Frank G. Font
*Assistant Examiner*—Layla Lauchman
(74) *Attorney, Agent, or Firm*—Buchanan Ingersoll, P.C.

(57) **ABSTRACT**

A chemical imaging system is provided which uses a near infrared radiation microscope. The system includes an illumination source which illuminates an area of a sample using light in the near infrared radiation wavelength and light in the visible wavelength. A multitude of spatially resolved spectra of transmitted, reflected, emitted or scattered near infrared wavelength radiation light from the illuminated area of the sample is collected and a collimated beam is produced therefrom. A near infrared imaging spectrometer is provided for selecting a near infrared radiation image of the collimated beam. The filtered images are collected by a detector for further processing. The visible wavelength light from the illuminated area of the sample is simultaneously detected providing for the simultaneous visible and near infrared chemical imaging analysis of the sample. Two efficient means for performing three dimensional near infrared chemical imaging microscopy are provided.

**16 Claims, 6 Drawing Sheets**



## US 6,734,962 B2
Page 2

### OTHER PUBLICATIONS

Treado et al. "A Thousand Points of Light: The Hadamard Transform" *Analytical Chemistry* 61 (1989) Jun. 1, No. 11, pp 723–734.

P. Treado et al., "High–Fidelity Raman Imaging Spectrometry: A Rapid Method Using an Acousto–Optic Tunable Filter". vol. 46 *Applied Spectroscopy*, No. 8, pp. 1211–(1992).

H. Morris, C. Hoyt, P. Miller and P. Treado, "Liquid Crystal Tunable Filter Raman Chemical Imging", vol. 50 *Applied Spectroscopy*, No. 6, pp. 805–811 (1996).

Patrick J. Treado, Ira W. Levin and E. Neil Lewis, Near–Infrared Acousto–Optic Filtered Spectroscopic Microscopy: A Solid–State Approach to Chemical Imaging, Applied Spectroscopy 46, (1992) 553–559.

Patrick J. Treado and Michael D. Morris, Infrared and Raman Spectroscopic Imaging (Marcell Decker, New York, 1992) pp. 71–108.

John F. Turner H and Patrick J. Treado, LCTF Raman Chemical Imaging in the Near–Infrared, Proc. SPIE 3061, (1997) 280–283.

Spectral Dimensions. NIR Systems Product Information, http://www.spectraldimensions.com/products/b–nir.html.

* cited by examiner



Figure 1

Visualization

Spatial
Analysis

Quantitative
Analysis

Qualitative
Analysis

Chemical
Image
Measurement

The Chemical
Image Analysis
Cycle

Preprocessing

Automated
Image
Analysis

Data Acquisition    SAMPLE
                    SOLUTION        Results

Figure 2



Figure 3                    Figure 4

Figure 5A          Figure 5B



Figure 5C          Figure 5D



A

B

C

Figure 6



655 μm

489 μm

874 μm

Figure 7

US 6,734,962 B2

1

# NEAR INFRARED CHEMICAL IMAGING MICROSCOPE

This application claims the benefit of U.S. Provisional Application No. 60/239,969, entitled "Near Infrared Chemical Imaging Microscope" filed Oct. 13, 2000.

This work is supported by the National Institute of Standards and Technology (NIST) under the Advanced Technology Program (ATP) award (Contract Number 70NANB8H4021)

## FIELD OF INVENTION

The present invention is related to near-infrared (NIR) microscopes for spectroscopic and image analysis, and, in particular, to microscopes useful for both NIR spectroscopy, NIR chemical imaging and NIR volumetric chemical imaging.

## BACKGROUND OF THE INVENTION

NIR spectroscopy is a mature, non-contact, non-destructive analytical characterization tool that has been widely applied to a broad range of materials. The NIR region of the electromagnetic spectrum encompasses radiation with wavelengths of 0.78 to 2.5 $\mu$m (12,800 to 4,000 cm$^{-1}$). NIR spectra result from the overtone and combination bands of fundamental mid-infrared (MIR) bands. Among the many desirable characteristics, NIR is used to rapidly obtain both qualitative and quantitative information about the molecular makeup of a material. Digital imaging, on the other hand, provides a means to obtain optical (i.e., spatial—morphological, topographical, etc.) information about a material. By combining the spatial information obtained from digital imagery and the spectral information obtained from NIR spectroscopy, the chemical makeup of complex material matrices can be mapped out in both two and three spatial dimensions. NIR chemical imaging combines NIR spectroscopy and digital imaging for the molecular-specific analysis of materials. A NIR chemical imaging microscope apparatus employing NIR absorption molecular spectroscopy for materials characterization is disclosed.

State-of-the-Art Instrumentation

NIR microscopes are used to obtain NIR absorption, transmittance or reflectance spectra (e.g., NIR microspectra) from samples ranging in size between 1 and 1000 $\mu$m. These instruments are typically equipped with a digital camera to visually locate a region of interest on a sample upon which a NIR light beam from a Fourier transform (FT) spectrometer is focused. Reflective optics are used to direct the transmitted or reflected light from the sample to a NIR detector. The output is a NIR absorption spectrum collected in transmittance or reflectance mode.

NIR chemical imaging can be considered an extension of NIR microspectroscopy. Much of the imaging performed since the development of the first NIR microprobes has involved spatial scanning of samples beneath NIR microscopes in order to construct NIR "maps" of surfaces. In point by point scanning with NIR microscopes, the NIR light beam is focused onto the surface of a sample or apertured to illuminate a small region of a sample and a spectrum from each spatial position is collected. Images are obtained by rastering the sample through the focused or apertured NIR light beam and the spectra recorded are then reconstructed to form an image. Although point scanning produces images based on NIR contrast, long experimental times are common since the duration of the experiment is proportional to the number of image pixels. As a direct result, point scan images

2

are captured at low image definition, which relates directly to the limited utility of the technique as an imaging tool for the routine assessment of material morphology. The spatial resolution of the image is limited by the size of the NIR illumination spot on the sample (no less than 1 $\mu$m) and the rastering mechanism, which requires the use of moving mechanical parts that are challenging to operate reproducibly.

NIR imaging cameras have been used in photography for decades. Until recently, however, it has not been easily accessible to those not versed in traditional photographic processes. By using optical filters (e.g., cold filters) that block the visible wavelengths (0.4–0.78 $\mu$m), charge-coupled devices (CCDs) used in digital cameras and camcorders can be used to sense NIR light out to around 1100 nm. Other regions of the NIR spectrum can be viewed using devices such as indium gallium arsenide (InGaAs—0.9 $\mu$m to 1.7 $\mu$m) and indium antimonide (InSb—1.0 $\mu$m to 5.0 $\mu$m) focal plane array (FPA) detectors. These integrated wavelength NIR imaging approaches allow one to study relative light intensities of objects over broad ranges of the NIR spectrum, but useful chemical information is unattainable without the use of some type of discrete wavelength filtering device.

The use of dielectric interference filters in combination with NIR FPAs is one method in which chemical information can be obtained from a sample. To form NIR chemical images, a NIR light beam is defocused to illuminate a wide field of view and the reflected or transmitted light from the illuminated area is imaged onto a two-dimensional NIR detector. A selection of discrete dielectric interference filters provided in a filter wheel, or a linearly variable or circularly variable format can be positioned in front of a broadband NIR light source, or in front of the NIR FPA itself in order to collect NIR wavelength resolved images. Typically, the use of several fixed bandpass filters is required to access the entire NIR spectrum. The spatial resolution of the NIR image approaches that of the optical microscope, while spectral resolution of several nanometers has been demonstrated. Key limitations of the dielectric filter approach include the need for a multitude of discrete filters to provide appreciable free spectral range, or the reliance on moving mechanical parts in employing continuously tunable dielectric interference filters as a requirement to form wavelength resolved images. While moving mechanical assemblies can be engineered they add cost and complexity to NIR chemical imaging systems. Alternatives to moving mechanical assemblies are generally more cost effective and provide performance advantages.

Acousto-optic tunable filters (AOTFs) have been employed as no-moving-parts imaging spectrometers for NIR imaging. The AOTF is a solid-state device that is capable of functioning from the UV to the mid-IR depending on the choice of the filter's crystal material. Operation of the AOTF is based on the interaction of light with a traveling acoustic sound wave in an anisotropic crystal medium. The incident light is diffracted with a narrow spectral bandpass when an rf signal is applied to the device. By changing the applied rf frequency under computer control the spectral passband can be tuned rapidly with the benefit of non-moving parts.

For use in NIR chemical imaging, AOTFs have distinct limitations. AOTFs have imaging performance that is degraded appreciably from diffraction-limited conditions due to dispersion effects and image shifting effects. Furthermore, AOTFs suffer from temperature instability and exhibit nonlinear properties that complicate their use as imaging spectrometers.

US 6,734,962 B2

3

An aim of NIR chemical imaging technology development has been to develop a NIR imaging technique that combines diffraction-limited spatial resolution with high spectral resolution. NIR chemical imaging techniques have only recently achieved a degree of technological maturity that allow the collection of high resolution (spectral and spatial) data with the advent of the liquid crystal (LC) imaging spectrometers. In general, LC devices provide diffraction-limited spatial resolution. The spectral resolution of the LC imaging spectrometer is comparable to that provided by dispersive monochromator and Fourier transform interferometers. In addition, LC technology provides high out of band rejection, broad free spectral range, moderate transmittance, high overall etendue and highly reproducible random access computer controlled tuning.

Under normal NIR imaging operation, LC imaging spectrometers allow NIR chemical images of samples to be recorded at discrete wavelengths (energies). A spectrum is generated corresponding to thousands of spatial locations at the sample surface by tuning the LC imaging spectrometer over a range of wavelengths and collecting NIR images systematically. Contrast is generated in the images based on the relative amounts of NIR absorption, transmittance or reflectance that is generated by the different species located throughout the sample. Since a high quality NIR spectrum is generated for each pixel location, a wide variety of chemometric analysis tools, both univariate and multivariate, can be applied to the NIR image data to extract pertinent information. Correlative multivariate routines are particularly powerful when applied to chemical images collected from samples intentionally seeded with a known standard material. This approach of incorporating calibration standards within an image field of view can be extended to quantitative chemical image analysis. In addition, digital image analysis procedures can also be applied to high image quality NIR chemical images to perform routine particle analysis in both two (2D) and three (3D) spatial dimensions. Volumetric 3D NIR chemical image analysis can be performed very effectively using numerical deconvolution computational strategies.

## SUMMARY OF THE INVENTION

To address the need for a device that can provide video imaging, NIR spectroscopy and high resolution (spatial and spectral) NIR chemical imaging in two and three spatial dimensions, a novel NIR chemical imaging microscope has been developed that is NIR chemical imaging capable.

The microscope design uses NIR optimized liquid crystal (LC) imaging spectrometer technology for wavelength selection. The NIR optimized refractive microscope is used in conjunction with infinity-corrected objectives to form the NIR image on the detector with or without the use of a tube lens. An integrated parfocal analog color CCD detector provides real-time sample positioning and focusing. The color image and the NIR image are fused in software. In one configuration, the NIR microscope may be used as a volumetric imaging instrument through the means of moving the sample through focus, collecting images at varying focal depths and reconstructing a volumetric image of the sample in software, or through the means of keeping the sample fixed and changing the wavelength dependent depth of penetration in conjunction with a refractive tube lens with a well characterized chromatic effect. The output of the microscope can be coupled to a NIR spectrometer either via direct optical coupling or via a fiber optic. A Chemical Imaging Addition Method seeds the sample with a material of known composition, structure and/or concentration and then generates the NIR image suitable for qualitative and quantitative analysis. The microscope generates NIR chemical image data that is analyzed and visualized using chemical image analysis software in a systematic and comprehensive manner. While this invention has been demonstrated on a microscope optic platform, the novel concepts are also applicable to other image gathering platforms, namely fiberscopes, macrolens systems and telescopes.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a schematic diagram of the near-infrared (NIR) chemical imaging microscope

FIG. 2 shows a diagram of the chemical imaging data analysis cycle performed in software.

FIG. 3 is a digital brightfield image of a CdZnTe semiconductor material decorated with tellurium inclusions.

FIG. 4 an NIR microscopic transmittance image of a CdZnTe semiconductor material decorated with tellurium inclusions.

FIG. 5A illustrates a raw NIR image frame of a CdZnTe wafer sample.

FIG. 5B illustrates an NIR image frame of the sample of FIG. 5A in which the threshold value for the image was set too low.

FIG. 5C illustrates an NIR image frame of the sample of FIG. 5A in which the threshold value for the image was set too high.

FIG. 5D illustrates an NIR image frame of the sample of FIG. 5A in which the threshold value for the image was set to an intermediate level.

FIG. 6A is the original raw image of four adjacent regions of interest on a CdZnTe wafer.

FIG. 6B is the background-corrected image corresponding to the four adjacent regions of interest of the CdZnTe wafer of FIG. 6A.

FIG. 6C is the binarized image corresponding to the four adjacent regions of interest of the CdZnTe wafer of FIG. 6A.

FIG. 7 is a three-dimensional view of tellurium inclusions in a CdZnTe wafer.

## DETAILED DESCRIPTION OF THE INVENTION

The NIR chemical imaging microscope combines in a single platform a NIR optimized refractive optical microscope base, which is equipped with NIR optimized infinity-corrected microscope objectives, an automated XYZ translational microscope stage and quartz tungsten halogen (QTH) lamps to secure and illuminate samples for NIR spectroscopy and imaging, an analog color charge-coupled device (CCD) detector for ordinary optical image collection and digital image collection, a NIR LC imaging spectrometer for NIR chemical image wavelength selection and a room temperature or optionally cooled NIR FPA for NIR image capture.

FIG. 1 is a schematic diagram of the NIR chemical imaging microscope. NIR illumination is directed to the sample in a reflected light configuration using a QTH source or other broadband white light source, including metal halide or Xe arc lamps 1 or a transmitted light configuration using QTH or suitable NIR source 2 of an NIR optimized refractive optical microscope platform 3. The reflected or transmitted NIR light is collected from the sample positioned on the automated XYZ translational microscope stage 4 through an infinity-corrected NIR optimized microscope objective 5.

US 6,734,962 B2

5

Ordinary optical imagery of the sample can be obtained using a mirror or beamsplitter or prism arrangement inserted into turret 6 and collecting an image with an analog or digital color or monochrome charge-coupled device (CCD) or CMOS detector 7. In NIR chemical imaging mode, the magnified NIR image is coupled through a NIR LC imaging spectrometer 8 and collected on a room temperature or cooled NIR focal plane array (FPA) detector 9. The FPA is typically comprised of indium gallium arsenide (InGaAs), but may be comprised of other NIR sensitive materials, including platinum silicide (PtSi), indium antimonide (InSb) or mercury cadmium telluride (HgCdTe). Using a beam-splitting element inserted into turret 6, NIR and ordinary optical imagery can be collected with an analog mono-chrome or color CCD detector 7 and NIR FPA 9 simulta-neously.

A central processing unit 10, typically a Pentium computer, is used for NIR chemical image collection and processing. The analog color CCD 7, NIR FPA 9, automated XYZ translational microscope stage 4 controlled via a controller 12 and NIR LC imaging spectrometer 8 (through LC imaging spectrometer controller 11) are operated with commercial software, such as Acquisition Manager (ChemIcon Inc.) in conjunction with ChemImage (ChemIcon Inc.).

By introducing a polarization sensitive beam splitting element in the optical path prior to the NIR LC imaging spectrometer 8 (not shown in schematic diagram), a portion of the NIR light from the sample may be coupled to a remote NIR spectrometer (also not shown in schematic diagram).

Preferably, NIR optimized liquid crystal (LC) imaging spectrometer technology is used for wavelength selection. The LC imaging spectrometer may be of the following types: Lyot liquid crystal tunable filter (LCTF); Evans Split-Element LCTF; Solc LCTF; Ferroelectric LCTF; Liq-uid crystal Fabry Perot (LCFP); or a hybrid filter technology comprised of a combination of the above-mentioned LC filter types or the above mentioned filter types in combina-tion with fixed bandpass and bandreject filters comprised of dielectric, rugate, holographic, color absorption, acousto-optic or polarization types.

One novel component of this invention, is that a NIR optimized refractive microscope is used in conjunction with infinity-corrected objectives to form the NIR image on the detector without the use of a tube lens. The microscope can be optimized for NIR operation through inherent design of objective and associated anti-reflective coatings, condenser and light source. To simultaneously provide high numerical apertures the objective should be refractive. To minimize chromatic aberration, maximize throughput and reduce cost the conventional tube lens can be eliminated, while having the NIR objective form the NIR image directly onto the NIR focal plane array (FPA) detector, typically of the InGaAs type. The FPA can also be comprised of Si, SiGe, PtSi, InSb, HgCdTe, PdSi, Ge, analog vidicon types. The FPA output is digitized using an analog or digital frame grabber approach.

An integrated parfocal analog CCD detector provides real-time sample positioning and focusing. An analog video camera sensitive to visible radiation, typically a color or monochrome CCD detector, but may be comprised of a CMOS type, is positioned parfocal with the NIR FPA detector to facilitate sample positioning and focusing with-out requiring direct viewing of the sample through conven-tional eyepieces. The video camera output is typically digi-tized using a frame grabber approach.

The color image and the NIR image are fused using software. While the NIR and visible cameras often generate

6

images having differing contrast, the sample fields of view can be matched through a combination of optical and software manipulations. As a result, the NIR and visible images can be compared and even fused through the use of overlay techniques and correlation techniques to provide the user a near-real time view of both detector outputs on the same computer display. The comparitive and integrated views of the sample can significantly enhance the under-standing of sample morphology and architecture. By com-paring the visible, NIR and NIR chemical images, additional useful information can be acquired about the chemical composition, structure and concentration of species in samples.

The NIR microscope can be used as a volumetric imaging instrument through the means of moving the sample through focus in the Z, axial dimension, collecting images in and out of focus and reconstructing a volumetric image of the sample in software. For samples having some volume (bulk materials, surfaces, interfaces, interphases), volumetric chemical imaging in the NIR has been shown to be useful for failure analysis, product development and routine quality monitoring. The potential also exists for performing quan-titative analysis simultaneous with volumetric analysis. Volumetric imaging can be performed in a non-contact mode without modifying the sample through the use of numerical confocal techniques, which require that the sample be imaged at discrete focal planes. The resulting images are processed and reconstructed and visualized. Computional optical sectioning reconstruction techniques based on a variety of strategies have been demonstrated, including nearest neighbors and iterative deconvolution.

An alternative to sample positioning combined with com-putation reconstruction is to employ a tube lens in the image formation path of the microscope which introduces chro-matic aberration. As a result the sample can be interrogated as a function of sample depth by exercising the LC imaging spectrometer, collecting images at different wavelengths which penetrate to differing degrees into bulk materials. These wavelength dependent, depth dependent images can be reconstructed to form volumetric images of materials without requiring the sample to be moved, again through application of computational optical sectioning reconstruc-tion algorithms.

The output of the microscope can be coupled to a NIR spectrometer either via direct optical coupling or via a fiber optic cable. This allows conventional spectroscopic tools to be used to gather NIR spectra for traditional, high speed spectral analysis. The spectrometers can be of the following types: fixed filter spectrometers; grating based spectrom-eters; Fourier Transform spectrometers; or Acousto-Optic spectrometers.

A novel method that is readily employed by the disclosed microscope invention is a method described as the Chemical Imaging Addition Method which involves seeding the sample with a material of known composition, structure and/or concentration and then generating the NIR image suitable for qualitative and quantitative analysis. The Chemical Imaging Addition Method is a novel extension of a standard analytical chemical analysis technique, the Stan-dard Addition Method. A common practice in quantitative chemical analysis is to construct a standard calibration curve which is a plot of analytical response for a particular technique as a function of known analyte concentration. By measuring the analytical response from an unknown sample, an estimate of the analyte concentration can then be extrapo-lated from the calibration curve. In the Standard Addition Method, known quantities of the analyte are added to the

US 6,734,962 B2

7

samples and the increase in analytical response is measured. When the analytical response is linearly related to concentration, the concentration of the unknown analyte can be found by plotting the analytical response from a series of standards and extrapolating the unknown concentration from the curve. In this graph, however, the x-axis is the concentration of added analyte after being mixed with the sample. The x-intercept of the curve is the concentration of the unknown following dilution. The primary advantage of the standard addition method is that the matrix remains constant for all samples.

While the Standard Addition Method is used specifically for quantitative analysis, the Chemical Imaging Addition Method can be used for qualitative and quantitative analysis. The Chemical Imaging Addition Method relies upon spatially isolating analyte standards in order to calibrate the Chemical Imaging analysis. In chemical imaging, thousands of linearly independent, spatially-resolved spectra are collected in parallel of analytes found within complex host matrices. These spectra can then be processed to generate unique contrast intrinsic to analyte species without the use of stains, dyes, or contrast agents. Various spectroscopic methods including near-infrared (NIR) absorption spectroscopy can be used to probe molecular composition and structure without being destructive to the sample. Similarly, in NIR chemical imaging the contrast that is generated reveals the spatial distribution of properties revealed in the underlying NIR spectra.

The Chemical Imaging Addition Method can involve several data processing steps, typically including, but not limited to:

1. Ratiometric correction in which the sample NIR image is divided by the background NIR image to produce a result having a floating point data type.

2. The divided image is normalized by dividing each intensity value at every pixel in the image by the vector norm for its corresponding pixel spectrum. Where the vector norm is the square root of the sum of the squares of pixel intensity values for each pixel spectrum. Normalization is applied for qualitative analysis of NIR chemical images. For quantitative analysis, normalization is not employed, but relies instead on the use of partial least squares regression (PLSR) techniques.

3. Correlation analysis, including Euclidian Distance and Cosine correlation analysis (CCA) are established multivariate image analysis techniques that assess similarity in spectral image data while simultaneously suppressing background effects. More specifically, CCA assesses chemical heterogeneity without the need for training sets, identifies differences in spectral shape and efficiently provides chemical image based contrast that is independent of absolute intensity. The CCA algorithm treats each pixel spectrum as a projected vector in n-dimensional space, where n is the number of wavelengths sampled in the image. An orthonormal basis set of vectors is chosen as the set of reference vectors and the cosine of the angles between each pixel spectrum vector and the reference vectors are calculated. The intensity values displayed in the resulting CCA images are these cosine values, where a cosine value of 1 indicates the pixel spectrum and reference spectrum are identical, and a cosine value of 0 indicates the pixel spectrum and reference spectrum are orthogonal (no correlation). The dimensions of the resulting CCA image is the same as the original image because the orthonormal basis set provides n reference vectors, resulting in n CCA images.

8

4. Principal component analysis (PCA) is a data space dimensionality reduction technique. A least squares fit is drawn through the maximum variance in the n-dimensional dataset. The vector resulting from this least squares fit is termed the first principal component (PC) or the first loading. After subtracting the variance explained from the first PC, the operation is repeated and the second principal component is calculated. This process is repeated until some percentage of the total variance in the data space is explained (normally 95% or greater). PC Score images can then be visualized to reveal orthogonal information including sample information, as well as instrument response, including noise. Reconstruction of spectral dimension data can then be performed guided by cluster analysis, including without PCs that describe material or instrument parameters that one desires to amplify or suppress, depending on the needs of the sensing application.

Effective materials characterization with the disclosed NIR chemical imaging microscope invention typically requires application of a multitude of software procedures to the NIR chemical image. A schematic of the chemical image analysis cycle is shown in FIG. 2. A fairly comprehensive description of the variety of steps used to process chemical images is described below.

Until recently, seamless integration of spectral analysis, chemometric analysis and digital image analysis has not been commercially available. Individual communities have independently developed advanced software applicable to their specific requirements. For example, digital imaging software packages that treat single-frame gray-scale images and spectral processing programs that apply chemometric techniques have both reached a relatively mature state. One limitation to the development of chemical imaging, however, has been the lack of integrated software that combines enough of the features of each of these individual disciplines to have practical utility.

Historically, practitioners of chemical imaging were forced to develop their own software routines to perform each of the key steps of the data analysis. Typically, routines were prototyped using packages that supported scripting capability, such as Matlab, IDL, Grams or LabView. These packages, while flexible, are limited by steep learning curves, computational inefficiencies, and the need for individual practitioners to develop their own graphical user interface (GUI). Today, commercially available software does exist that provides efficient data processing and the ease of use of a simple GUI.

Software that meets these goals must address the entirety of the chemical imaging process. The chemical imaging analysis cycle illustrates the steps needed to successfully extract information from chemical images and to tap the full potential provided by chemical imaging systems. The cycle begins with the selection of sample measurement strategies and continues through to the presentation of a measurement solution. The first step is the collection of images. The related software must accommodate the full complement of chemical image acquisition configurations, including support of various spectroscopic techniques, the associated spectrometers and imaging detectors, and the sampling flexibility required by differing sample sizes and collection times. Ideally, even relatively disparate instrument designs can have one intuitive GUI to facilitate ease of use and ease of adoption.

The second step in the analysis cycle is data preprocessing. In general, preprocessing steps attempt to minimize contributions from chemical imaging instrument response

US 6,734,962 B2

9

that are not related to variations in the chemical composition of the imaged sample. Some of the functionalities needed include: correction for detector response, including variations in detector quantum efficiency, bad detector pixels and cosmic events; variation in source illumination intensity across the sample; and gross differentiation between spectral lineshapes based on baseline fitting and subtraction. Examples of tools available for preprocessing include ratiometric correction of detector pixel response; spectral operations such as Fourier filters and other spectral filters, normalization, mean centering, baseline correction, and smoothing; spatial operations such as cosmic filtering, low-pass filters, high-pass filters, and a number of other spatial filters.

Once instrument response has been suppressed, qualitative processing can be employed. Qualitative chemical image analysis attempts to address a simple question, "What is present and how is it distributed?". Many chemometric tools fall under this category. A partial list includes: correlation techniques such as cosine correlation and Euclidean distance correlation; classification techniques such as principal components analysis, cluster analysis, discriminant analysis, and multi-way analysis; and spectral deconvolution techniques such as SIMPLISMA, linear spectral unmixing and multivariate curve resolution.

Quantitative analysis deals with the development of concentration map images. Just as in quantitative spectral analysis, a number of multivariate chemometric techniques can be used to build the calibration models. In applying quantitative chemical imaging, all of the challenges experienced in non-imaging spectral analysis are present in quantitative chemical imaging, such as the selection of the calibration set and the verification of the model. However, in chemical imaging additional challenges exist, such as variations in sample thickness and the variability of multiple detector elements, to name a few. Depending on the quality of the models developed, the results can range from semi-quantitative concentration maps to rigorous quantitative measurements.

Results obtained from preprocessing, qualitative analysis and quantitative analysis must be visualized. Software tools must provide scaling, automapping, pseudo-color image representation, surface maps, volumetric representation, and multiple modes of presentation such as single image frame views, montage views, and animation of multidimensional chemical images, as well as a variety of digital image analysis algorithms for look up table (LUT) manipulation and contrast enhancement.

Once digital chemical images have been generated, traditional digital image analysis can be applied. For example, Spatial Analysis and Chemical Image Measurement involve binarization of the high bit depth (typically 32 bits/pixel) chemical image using threshold and segmentation strategies. Once binary images have been generated, analysis tools can examine a number of image domain features such as size, location, alignment, shape factors, domain count, domain density, and classification of domains based on any of the selected features. Results of these calculations can be used to develop key quantitative image parameters that can be used to characterize materials.

The final category of tools, Automated Image Processing, involves the automation of key steps or of the entire chemical image analysis process. For example, the detection of well defined features in an image can be completely automated and the results of these automated analyses can be tabulated based on any number of criteria (particle size, shape, chemical composition, etc). Automated chemical

10

imaging platforms have been developed that can run for hours in an unsupervised fashion.

This invention incorporates a comprehensive analysis approach that allows user's to carefully plan experiments and optimize instrument parameters and should allow the maximum amount of information to be extracted from chemical images so that the user can make intelligent decisions.

EXAMPLE

Overview

As the demand for high quality, low cost X-ray, γ-ray and imaging detector devices increases, there is a need to improve the quality and production yield of semiconductor materials used in these devices. One effective strategy for improving semiconductor device yield is through the use of better device characterization tools that can rapidly and nondestructively identify defects at early stages in the fabrication process. Early screening helps to elucidate the underlying causes of defects and to reduce downstream costs associated with processing defect laden materials that are ultimately scrapped. The present invention can be used to characterize tellurium inclusion defects in cadmium zinc telluride (CdZnTe) semiconductor materials based on near infrared imaging. With this approach, large area wafers can be inspected rapidly and non-destructively in two and three spatial dimensions by collecting NIR image frames at multiple regions of interest throughout the wafer using an automated NIR imaging system. The NIR image frames are subjected to image processing algorithms including background correction and image binarization. Particle analysis is performed on the binarized images to reveal tellurium inclusion statistics, sufficient to pass or fail wafers. In addition, data visualization software is used to view the tellurium inclusions in two and three spatial dimensions.

Background

The present invention has been used to automatically inspect tellurium inclusions in CdZnTe. Compound semiconductors are challenging to fabricate. There are several steps along the manufacturing process in which defects can arise. The chemical nature associated with semiconductor defects often plays a vital role in device performance. Device fabrication and device processing defects can be difficult and time consuming to measure during manufacturing. Unfortunately, defective devices are often left undiagnosed until latter stages in the manufacturing process because of the inadequacy of the metrology tools being used. This results in low production yields and high costs which can be an impediment to growth in the semiconductor device market potential.

There is a general need in the semiconductor industry for metrology technologies that can nondestructively assess semiconductor material defects and ultimately increase manufacturing yields. A potential solution is to develop a high throughput screening system capable of fusing multiple chemical imaging modalities into a single instrument. Chemical imaging combines digital imaging and molecular spectroscopy for the chemical analysis of materials. A modality of based on near-infrared (NIR) chemical imaging can be used to inspect tellurium inclusions in CdZnTe compound semiconductor materials.

CdZnTe is a leading material for use in room temperature X-ray detectors, γ-ray radiation detectors and imaging devices. Applications for these devices include nuclear diagnostics, digital radiography, high-resolution astrophysical X-ray and γ-ray imaging, industrial web gauging and nuclear nonproliferation. These devices are often decorated with microscopic and macroscopic defects limiting the yield

11

of large-size, high-quality materials. Defects commonly found in these materials include cracks, grain boundaries, twin boundaries, pipes, precipitates and inclusions. CdZnTe wafers are often graded based on the size and number of Te inclusion defects present.

The definition used by Rudolph and Muhlberg for tellurium inclusions (i.e., tellurium-rich domains in the 1–50 $\mu$m size range that originate as a result of morphological instabilities at the growth interface as tellurium-rich melt droplets are captured from the boundary layer ahead of the interface) has been adopted and is used herein. There have been numerous studies on the composition and distribution of tellurium inclusions in CdZnTe material. It has been demonstrated that the presence of tellurium inclusions can impair the electronic properties of CdZnTe materials—consequently degrading the end-product device performance.

The current procedure used by low volume semiconductor manufacturers for characterizing tellurium inclusions in CdZnTe is labor intensive, susceptible to human error and provides little information on inclusions in the 1–5 $\mu$m size scale. Inclusions are viewed and counted manually by a human operator using an IR microscope platform. When an inclusion is identified that is suspected to exceed a specified size limit, a Polaroid film photograph is taken. An overlay of a stage micrometer is laid over the photograph to determine the size. This analysis is relatively time consuming, often taking several minutes to characterize a region of interest from a large wafer.

The present invention can be used for automated characterization of microscale tellurium inclusions in CdZnTe based on volumetric NIR chemical imaging. The system takes advantage of the fact that CdZnTe is transparent to infrared wavelengths (>850 nm). When viewing CdZnTe with an infrared focal plane array (IR-FPA) through a NIR LC imaging spectrometer, tellurium inclusions appear as dark, absorbing domains. The invention images wafers in two and three spatial dimensions capturing raw infrared images at each region of interest. Images are automatically background equilibrated, binarized and processed. The processed data provides particle statistical information such as inclusion counts, sizes, density, area and shape. The system provides a rapid method for characterizing tellurium inclusions as small as 0.5 $\mu$m while virtually eliminating the subjectivity associated with manual inspection.

Sample Description

Tellurium-rich CdZnTe samples were produced by a commercial supplier (eV Products) for analysis. Samples containing high tellurium inclusion densities were purposely acquired to effectively demonstrate the capabilities of the automated tellurium inclusions mapping system. The CdZnTe materials were grown by the Horizontal Bridgman (HB) method and contained a nominal zinc cation loading concentration of 4% and an average etch pit density of $4\times10^4$/cm$^2$. The materials displayed a face A <111> orientation and were polished on both sides. Sample thicknesses ranged from approximately 1 mm to 15 mm. No further sample preparation was necessary for the automated tellurium inclusion mapping analysis.

Data Collection

Volumetric maps of the tellurium inclusions in the CdZnTe samples were obtained by first placing the sample on the XYZ-translational stage of the automated mapping system. NIR image frames were then captured through the LC imaging spectrometer at a wavelength that maximized the Te precipitate contrast relative to the surrounding CdZnTe matrix in the X-Y direction at multiple regions of

12

interest across the samples. Depth profiling was achieved by translating the sample focus under the microscope at user-defined increments. This process was then repeated in an iterative fashion until the entire wafer was characterized.

Data Processing

Once imaging data was collected, ChemImage was used to process the data. For each wafer, the software generates a background-corrected grayscale image, a binarized image using the threshold value selected for each frame of the image, a montage view of the binarized image and particle statistics. The particle statistics table includes information such as particle counts, particle sizes, particles densities, and a number of geometrical parameters such as particle area and particle aspect ratios.

NIR Imaging

FIGS. 3 and 4, respectively, show a digital macro brightfield image and a raw NIR microscopic transmittance image of a CdZnTe semiconductor material with numerous tellurium inclusions. The left half of the wafer has been polished. The tellurium inclusions appear as dark spots in the microscopic NIR image. The raw NIR microscopic image was acquired using the automated near-infrared tellurium inclusion volumetric mapping system.

Background Correction and Image Binarization

The automated particle analysis begins by applying a background correction preprocessing routine to the raw image frames. One of the biggest problems with the raw images collected is the gradually varying background across each image frame. As a result, a particle in one area of a frame may have a higher intensity value than the background of another area of that frame.

FIGS. 5A–5D illustrate the difficulty associated with selecting a threshold value for an image with a widely varying background. In FIGS. 5A–5D, regions 1 and 2 have mean intensity values of approximately 2600 and 1950, respectively. The whole of region 1 is primarily a particle whereas region 2 is primarily background with a small particle in the center. FIG. 5A shows a raw NIR image frame collected from a single region of interest in a CdZnTe wafer. At wavelengths longer than approximately 850 nm, CdZnTe is transparent while tellurium inclusions remain opaque. A NIR image of the sample is light where there are no precipitates and dark where there are precipitates. In FIG. 5B, the threshold value is set low enough (value=1520) that the particle in region 2 is correctly identified, but most of the remaining particles are not found. In FIG. 5C, the threshold value is set high enough (value=2470) so that all particles are detected. Unfortunately, a large area of the frame is incorrectly identified as one very large particle. FIG. 5D displays the case in which the threshold is set to an intermediate value (value=1960). Many of the particles are correctly identified, but the particle in region 2 is identified as being larger than it actually is.

To address this issue, a background correction step is used to force the background to be essentially constant across a given image frame. The procedure applies a moving window across the image frame and smooths the resulting background before subtracting it from the frame. Other operations such as low pass filtering and selective removal of bad camera pixels are also applied.

The second step in the automated particle analysis is the selection of the threshold value resulting in the binarized image which best reflects the number and size of particles actually present in the sample being imaged. A human operator would typically approach this problem by trying multiple threshold values and comparing the resulting binarized images to the actual image to see which binarized

US 6,734,962 B2

13

image best matches their perception of the particles in the actual image. The algorithm employed by the NIR chemical imaging microscope system takes essentially the same approach. A series of threshold values are used to generate binarized images. Each binarized image is submitted to a routine that finds the particles present in the image. A set of particle morphology rules was developed to determine the point at which the threshold value identifies the particles consistent with results obtained by a trained human operator. This threshold value is then further refined with using derivative operations.

FIGS. 6A–6C show montage views of raw, background-corrected, and binarized NIR image frames, respectively, corresponding to four adjacent regions of interest from a CdZnTe wafer. A visual inspection of these images suggests that the particle analysis adequately identifies the particles in an automated fashion.

Volumetric Reconstruction and Visualization

It is of particular interest to the semiconductor manufacturing industry to view defects, including tellurium inclusions in this example, in a three dimensional volumetric view. Individual binarized image frames generated at discrete axial planes of focus have been reconstructed into a volumetric view allowing users to view tellurium inclusions in three-dimensional space.

FIG. 7 shows a 3D volumetric view of tellurium inclusions in CdZnTe generated from 50 individual image slices. FIG. 7 is constructed using a nearest neighbors computational approach for volume reconstruction. Improved results can be obtained using more sophisticated strategies that deconvolve the entire image volume using iterative deconvolution approaches. The staring time of the sensor used to gather the volumetric data was less than 1 sec. The total acquisition time for the data generated in this figure was well under a minute. Note how the inclusions tend to form in planes described as veils. These veils are believed to be subgrain boundaries within the CdZnTe material. Grain boundaries provide low energy nucleation sites for the inclusions to form during the growth process.

Table 1 provides tabulated statistical information on the volumetric data shown in FIG. 7.

14

titative information about tellurium inclusions present in CdZnTe wafers in two and three spatial dimensions. This system boasts improved spatial resolution (~0.5 $\mu$m) compared to systems currently used by many semiconductor manufacturers and it virtually eliminates the subjectivity associated with human counting and sizing measurements. Whole wafers are capable of being characterized in minutes.

While in the above example, the present invention has been demonstrated in connection with the characterization of semiconductors, it is to be expressly understood that the present invention can also be used in the characterization of other materials including, but not limited to, food and agricultural products, paper products, pharmaceutical materials, polymers, thin films and in medical uses.

Although present preferred embodiments of the invention have been shown and described, it should be distinctly understood that the invention is not limited thereto but may be variously embodied within the scope of the following claims.

We claim:

1. A near infrared radiation chemical imaging system comprising:

  a) an illumination source for illuminating an area of a sample using light in the near infrared radiation wavelength;

  b) a device for collecting a spectrum of near infrared wavelength radiation light transmitted, reflected, emitted or scattered from said illuminated area of said sample and producing a collimated beam therefrom;

  c) a near infrared imaging spectrometer for selecting a near infrared radiation image of said collimated beam; and

  d) a detector for collecting said filtered near infrared images.

2. The system of claim 1 wherein said illumination source is one of a quartz tungsten halogen lamp, a tunable laser, a metal halide lamp, and a xenon arc lamp.

3. The system of claim 1 wherein said device for collecting is one of a refractive type infinity-corrected near infrared optimized microscope objective, a refractive fixed tube length microscope objective, and a reflecting microscope objective.

TABLE 1

| | Particle Statistics Slice Number and Depth ($\mu$m) | | | | | |
|---|---|---|---|---|---|---|
| Parameters | 0 (0) | 10 (89.77) | 20 (189.52) | 30 (289.26) | 40 (389.01) | 50 (488.75) |
| # of Inclusions | 25 | 30 | 27 | 24 | 25 | 36 |
| Mean Diameter ($\mu$m) | 12.12 | 11.38 | 12.75 | 15.70 | 12.89 | 13.73 |
| Density (Inclusions/cm$^2$) | 4368 | 5241 | 4717 | 4193 | 4193 | 6289 |
| Area ($\mu$m$^2$) | 97.48 | 73.78 | 91.67 | 119.25 | 96.29 | 98.15 |
| Perimeter ($\mu$m) | 40.40 | 37.32 | 43.27 | 50.72 | 41.93 | 43.98 |
| Shape Factor | 0.60 | 0.60 | 0.58 | 0.53 | 0.60 | 0.55 |
| Maximum Chord Length | 12.12 | 11.38 | 12.75 | 15.70 | 12.89 | 13.73 |
| Feret 1 Diameter | 9.17 | 9.56 | 11.33 | 12.64 | 10.48 | 10.16 |
| Feret 2 Diameter | 10.26 | 9.01 | 10.10 | 12.18 | 10.37 | 11.60 |
| Aspect Ratio | 1.02 | 1.19 | 1.16 | 1.08 | 1.02 | 0.95 |

Defects such as tellurium inclusions affect the electrical properties in CdZnTe semiconductor materials, degrading end-product device performance. Having the ability to rapidly and non-invasively identify and quantify tellurium inclusion defects at critical stages in the fabrication process provides semiconductor manufacturers with information that will enable them to optimize the manufacturing process and reduce production costs. The Automated NIR Volumetric Mapping System described here is capable of providing such information. The system provides qualitative and quan-

4. The system of claim 1 wherein said near infrared imaging spectrometer is selected from the group consisting of Lyot liquid crystal tunable filters; Evans Split-Element liquid crystal tunable filters; Solc liquid crystal tunable filters; Ferroelectric liquid crystal tunable filters; Liquid crystal Fabry Perot filters; a hybrid filter formed from a combination of liquid crystal tunable filters; and a combination of a liquid crystal tunable filter and a fixed bandpass and bandreject filters.

US 6,734,962 B2

15

**5**. The system of claim **1** wherein said detector is a near infrared radiation focal plane array detector.

**6**. The system of claim **5** wherein said detector is selected from the group consisting of indium gallium arsenide, platinum silicide, indium antimonide, palladium silicide, indium germanide, and mercury cadmium telluride.

**7**. The system of claim **1** further comprising a visible wavelength imagery system.

**8**. The system of claim **7** wherein said visible imagery system comprises:

a) an illumination source for illuminating an area of said sample using light in the visible optical wavelengths; and

b) a device for detecting said visible wavelength light from said illuminated area of said sample.

**9**. The system of claim **8** wherein said device for detecting said visible wavelength light comprises an analog and digital detector based on at least one of a silicon charge-coupled device detector and a silicon CMOS detectors.

**10**. The system of claim **8** further comprising a processor for producing a near infrared radiation chemical image of said sample.

**11**. The system of claim **8** further comprising an algorithm for combining the near infrared and visible image data.

**12**. A chemical imaging system comprising:

a) an illumination source for illuminating an area of a sample using light in the near infrared radiation wavelength and light in the visible wavelength;

b) a device for collecting a spectrum of near infrared wavelength radiation light transmitted, reflected, emitted or scattered from said illuminated area of said sample and producing a collimated beam therefrom;

c) a near infrared imaging spectrometer for selecting a near infrared radiation image of said collimated beam;

d) detector for collecting said filtered near infrared images; and

e) a device for detecting said visible wavelength light from said illuminated area of said sample.

**13**. A chemical imaging method comprising the steps of:

a) illuminating an area of a sample using light in the near infrared radiation wavelength and light in the visible wavelength;

b) collecting a spectrum of near infrared wavelength radiation light transmitted, reflected, emitted or scattered from said illuminated area of said sample and producing a collimated beam therefrom;

c) filtering said collimated beam to produce a near infrared radiation image of said collimated beam while

16

simultaneously detecting said optical wavelength light from said illuminated area of said sample;

d) collecting said filtered near infrared images; and

e) processing said collected near infrared images to produce a chemical image of said sample.

**14**. A method for producing a volumetric image of a sample comprising the steps of:

a) incorporating a refractive image formation optic exhibiting a chromatic response in the optical path of the microscope before the near infrared detector;

b) collecting images of said sample at a plurality of near infrared wavelengths through said objective at a fixed focus condition; and

c) processing said collected images to reconstruct a depth resolved image of said sample.

**15**. A method for chemically analyzing a sample comprising the steps of:

a) seeding said sample with a plurality of analytes having at least one of a known composition, structure and concentration;

b) collecting a plurality of spatially-resolved spectra for said plurality of analytes;

c) producing a plurality of chemical images of said sample containing said plurality of anayltes; and

d) processing said plurality of chemical images to generate a chemical image of said sample.

**16**. The method of claim **15** wherein said processing step comprises at least one of:

a) correcting the image by dividing a near infrared image of said sample by a near infrared image of a background of said image to produce a resulting ratioed image;

b) normalizing the divided image by dividing each intensity value at every pixel in the image by the vector norm for its corresponding pixel spectrum, said vector norm being the square root of the sum of the squares of pixel intensity values for each pixel spectrum;

c) processing said image using a cosine correlation analysis method wherein each pixel spectrum is treated as a projected vector in n-dimensional space, wherein n is the number of wavelengths sampled in the image; and

d) processing said image using a principal component analysis method wherein a least squares fit is drawn through the maximum variance in the n-dimensional dataset.

* * * * *

PATENT
Attorney Docket No. 56751-5008RE

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | ) |
| U.S. Patent No. 6,734,962 | ) |
|     Issue Date: May 11, 2004 | ) |
|     Filing Date: October 12, 2001 | ) |
| | ) |
| Reissue Application No.: (Not Assigned) | ) |
| | ) |
| For:   NEAR INFRARED CHEMICAL IMAGING | ) |
|     MICROSCOPE | ) |

---

## PRELIMINARY AMENDMENT

---

Mail Stop Reissue
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

Prior to the examination of the above-identified application on the merits, please enter the following amendments.

Amendments to the Specification are reflected on page 2 of this paper.

Amendments to the Claims are reflected on page 3 of this paper.

Remarks begin on page 5 of this paper.

### EXPRESS MAIL CERTIFICATE (37 C.F.R. § 1.10)

Express Mail Label No. <u>EV260286646US</u>    Date of Deposit    4/11/05

I hereby certify that this paper, and the papers and/or fees referred to herein as transmitted, submitted or enclosed, are being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. § 1.10 on the date indicated above and is addressed to Mail Stop Reissue, Commissioner of Patents P.O. Box 1450 Alexandria, VA 22313-1450.

Name <u>Alison B. Weisberg</u>    Signature_____

Attorney Docket No. 56751-5008 RE
Page 2

## IN THE SPECIFICATION

Please replace the Abstract with the following:

A chemical imaging system is provided which uses a near infrared radiation microscope. The system includes an illumination source which illuminates an area of a sample using light in the near infrared radiation wavelength and light in the visible wavelength. A multitude of spatially resolved spectra of transmitted, reflected[,] or emitted [or scattered] near infrared wavelength radiation light from the illuminated area of the sample is collected and a collimated beam is produced therefrom. A near infrared imaging spectrometer is provided for selecting [a] near infrared radiation images of the collimated beam. The spectrometer comprises a liquid crystal tunable filter. The [filtered] selected images are collected by a detector for further processing. The visible wavelength light from the illuminated area of the sample is simultaneously detected providing for the simultaneous visible and near infrared chemical imaging analysis of the sample. Two efficient means for performing three dimensional near infrared chemical imaging microscopy are provided.

## IN THE CLAIMS

Please amend claims 1, 12, and 13.

1. (Amended) A near infrared radiation chemical imaging system comprising:

a) an illumination source for illuminating an area of a sample using light in the near infrared radiation wavelength;

b) a device for collecting a spectrum of near infrared wavelength radiation light transmitted, reflected[,] or emitted [or scattered] from said illuminated area of said sample and producing a collimated beam therefrom;

c) a near infrared imaging spectrometer for selecting [a] near infrared radiation images of said collimated beam, wherein the spectrometer comprises a liquid crystal tunable filter; and

d) a detector for collecting said selected [filtered] near infrared images.

12. (Amended) A chemical imaging system comprising:

a) an illumination source for illuminating an area of a sample using light in the near infrared radiation wavelength and light in the visible wavelength;

b) a device for collecting a spectrum of near infrared wavelength radiation light transmitted, reflected[,] or emitted [or scattered] from said illuminated area of said sample and producing a collimated beam therefrom;

c) a near infrared imaging spectrometer for selecting [a] near infrared radiation images of said collimated beam, wherein the spectrometer comprises a liquid crystal tunable filter;

d) detector for collecting said selected [filtered] near infrared images; and

e) a device for detecting said visible wavelength light from said illuminated area of said sample.

13. (Amended) A chemical imaging method comprising the steps of:

a) illuminating an area of a sample using light in the near infrared radiation wavelength and light in the visible wavelength;

b) collecting a spectrum of near infrared wavelength radiation light transmitted, reflected[,] or emitted [or scattered] from said illuminated area of said sample and producing a collimated beam therefrom;

c) filtering said collimated beam to produce [a] near infrared radiation images of said collimated beam while simultaneously detecting said optical wavelength light from said illuminated area of said sample, wherein the filtering is performed using a liquid crystal tunable filter;

d) collecting said filtered near infrared images; and

e) processing said collected near infrared images to produce a chemical image of said sample.

# REMARKS

The Abstract has been amended to secure substantial correspondence between the claims, the remainder of the specification and the drawings, in accordance with 37 C.F.R. § 1.173(f).

## Statements of Status/Support for Changes to the Claims under 37 C.F.R. §1.173(c)

The status of the claims is as follows. Claims 1-16 were allowed in the parent application leading to U.S. Patent No. 6,734,962 (the "'962 patent"). Claims 1, 12, and 13 are amended by way of this amendment. The basis for the amendment is as follows.

As issued, claims 1 and 12 of the '962 patent are directed to a near infrared radiation chemical imaging system that includes "a device for collecting a spectrum of near infrared wavelength radiation light transmitted, reflected, emitted or scattered from said illuminated area of said sample and producing a collimated beam therefrom". Similarly, claim 13 is directed to a chemical imaging method that includes "collecting a spectrum of near infrared wavelength radiation light transmitted, reflected, emitted or scattered from said illuminated area of said sample and producing a collimated beam therefrom."

Further, claims 1 and 12 of the issued '962 patent refer to a near infrared imaging spectrometer, without further description of the type of filter included in the spectrometer. Similarly, claim 13 includes a filtering step, without reference to the type of filter used to perform the step.

Two articles were submitted to the Patent and Trademark Office for consideration during the prosecution of the '962 patent: Patrick J. Treado, Ira W. Levin, and E. Neil Lewis, "Indium Antimonide (InSb) Focal Plan Array (FPA) Detection for Near-Infrared

Imaging Microscopy", Applied Spectroscopy 48, 607 (1994) ("Acousto-Optic Tunable Filter Reference"); and H. Morris, C. Hoyt, P. Filler and P. Treado, "Liquid Crystal Tunable Filter Raman Chemical Imaging", Vol. 50, Applied Spectroscopy, No. 6, pp. 805-811 (1996) ("Raman Spectroscopy Reference"). The Acousto-Optic Tunable Filter Reference and the Raman Spectroscopy Reference are referred to collectively herein as Prior Art.

The Acousto-Optic Tunable Filter Reference discloses near infrared spectroscopy using a refractive optical microscope and an acousto-optic tunable filter to display spectroscopic images of biological and polymeric systems. The Raman Spectroscopy Reference discloses use of a liquid crystal tunable filter suitable for high definition Raman chemical imaging. Raman chemical imaging involves Raman scattering and measures the energy (i.e., wavelength) difference between the known incident light and the light that is scattered upon striking a sample (i.e., inelastic scattering). The resulting Raman scattered light is referred to as inelastically scattered light.

As a result of the inclusion of the term "scattered", and failure to specify that the type of filter used is a "liquid crystal tunable filter" in claims 1, 12 and 13, it appears that the '962 patent claims more than the applicants were entitled to claim in claims 1, 12 and 13 in view of the Prior Art.

The applicants failed to appreciate this error during the prosecution of the patent application. However, the oversight was not a result of any deceptive intent. In fact, the Prior Art was submitted by the applicants during the prosecution of the '962 patent, was considered by the examiner, and is listed on the face of the '962 patent.

Attorney Docket No. 56751-5008 RE
Page 7

Claims 1, 12 and 13 of the present reissue application have been amended such that they claim subject matter that does not read on the Prior Art, as follows. Element (b) of claims 1 and 12, and step (b) of claim 13, include the term "scattered". Claims 1, 12 and 13 have been amended to delete this term. Support for this amendment can be found in the '962 patent at column 3, line 22 – 25, column 4, lines 57 – 67, and in the claims as originally filed in the application that matured into the '962 patent. Element (c) of claims 1 and 12 fails to specify the type of filter included in the spectrometer. Similarly, claim 13 fails to indicate the type of filter that performs the filtering step (c). Claims 1, 12 and claim 13 have been amended to specify, respectively, that the "spectrometer comprises a liquid crystal tunable filter" and the "filtering is performed using a liquid crystal tunable filter." Support for this amendment can be found in the '962 patent at column 4, lines 45 – 56 and in more detail at column 5, lines 31 – 41.

In addition, the reissue claims seek to remove the following apparent typographical errors which were discovered during the preparation of the present reissue application. The following amendments to the claims have thus been made in order to bring the claims into compliance with 35 U.S.C. § 112, second paragraph.

Element (d) of claim 1 recites "a detector for collecting said filtered near infrared images", referring back to element (c) which recites "a near infrared imaging spectrometer for selecting a near infrared radiation image" (emphasis added). Thus, element (c) of claim 1 has been amended to include the plural term "images" and element (d) of claim 1 has been amended to include the term "said selected near infrared images" rather than "said filtered near infrared images", thereby providing proper antecedent basis in this claim.

Attorney Docket No. 56751-5008 RE
Page 8

Element (d) of claim 12 recites "a detector for collecting <u>said filtered</u> near infrared <u>images</u>", referring back to element (c) which recites "a near infrared imaging spectrometer for <u>selecting a</u> near infrared radiation <u>image</u>" (emphasis added). Thus, element (c) of claim 12 has been amended to include the plural term "images" and element (d) of claim 12 has been amended to include the term "said selected near infrared images" rather than "said filtered near infrared images", thereby providing proper antecedent basis in this claim.

Step (d) of claim 13 recites "collecting said filtered near infrared images", referring back to element (c) which recites "filtering said collimated beam to produce a near infrared radiation image". Thus, step (c) of claim 13 has been amended to include the plural term "images", thereby providing proper antecedent basis for this claim.

Accordingly, claims 1, 12, and 13 have been amended to reflect these corrections. Claims 1-16 are now pending.

In accordance with 37 C.F.R. § 1.178(b), applicants hereby call to the attention of the Patent Office the following proceeding in which the '962 patent is currently involved: Cambridge Research & Instrumentation, Inc., et al. v. ChemImage Corporation et al., action no. 05 10367(RWZ) (D. Mass). This action is currently pending. A complaint has been filed, a copy of which is attached hereto. The applicants request that this reissue application be examined at this time and not be stayed pending the outcome of the litigation.

The applicants respectfully request consideration of the subject application in view of the above amendments and remarks. Applicants looks forward to a favorable Office Action on the merits.

Respectfully submitted,

Daniel H. Golub
Reg. No. 33,701
Alison B. Weisberg
Reg. No. 45,206
Sharon B. McCullen
Reg. No. 54,303
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215)963-5055 (Phone)
(215)963-5001 (Fax)

Dated: 4/11/05

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/103,423 | 04/11/2005 | Patrick J. Treado | 5675-5008RE | 2434 |

7590    09/25/2006

Daniel Golub
1701 Market Street
Philadelphia, PA 19103

| EXAMINER |
|---|
| LAUCHMAN, LAYLA G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2877 | |

DATE MAILED: 09/25/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| | Application No. | Applicant(s) |
|---|---|---|
| ***Office Action Summary*** | 11/103,423 | TREADO ET AL. |
| | Examiner | Art Unit |
| | L. G. Lauchman | 2877 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _____ MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☐ Responsive to communication(s) filed on _____.
2a)☐ This action is **FINAL**.           2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-16* is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) *12-16* is/are allowed.
6)☒ Claim(s) *1-6* is/are rejected.
7)☐ Claim(s) *7-11* is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All   b)☐ Some * c)☐ None of:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

| 1)☒ Notice of References Cited (PTO-892) | 4)☐ Interview Summary (PTO-413) |
|---|---|
| 2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) |     Paper No(s)/Mail Date. _____ . |
| 3)☒ Information Disclosure Statement(s) (PTO/SB/08) | 5)☐ Notice of Informal Patent Application |
|     Paper No(s)/Mail Date *See Continuation Sheet*. | 6)☐ Other: _____. |

Continuation of Attachment(s) 3). Information Disclosure Statement(s) (PTO/SB/08), Paper No(s)/Mail Date :05/09/2005;
05/18/2005;06/01/2005; 10/13/2005;11/04/2005.

Application/Control Number: 11/103,423                                    Page 2
Art Unit: 2877

### *Reissue Applications*

While there is a stay of the concurrent litigation related to this reissue application, action

in this reissue application will NOT be stayed or suspended because a stay of that litigation is in

effect for the purpose of awaiting the outcome of these reissue proceedings. Due to the related

litigation status of this reissue application, EXTENSIONS OF TIME UNDER THE

PROVISIONS OF 37 CFR 1.136(a) WILL NOT BE PERMITTED.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or
> described as set forth in section 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that the subject matter as a whole
> would have been obvious at the time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.  Patentability shall not be negatived
> by the manner in which the invention was made.

This application currently names joint inventors.  In considering patentability of the

claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various

claims was commonly owned at the time any inventions covered therein were made absent any

evidence to the contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to point out

the inventor and invention dates of each claim that was not commonly owned at the time a later

invention was made in order for the examiner to consider the applicability of 35 U.S.C. 103(c)

and potential 35 U.S.C. 102(e), (f) or (g) prior art under 35 U.S.C. 103(a).

Claims 1-6 are rejected under 35 U.S.C. 103(a) as being unpatentable over Hoyt et al (US

5,943,129) ("Hoyt"), and in view of Soenksen (US 6,711,283).

Application/Control Number: 11/103,423                                            Page 3
Art Unit: 2877

As to Claim 1, Hoyt discloses a an imaging system comprising: a) an illumination source (Fig. 15, reference 11) for illuminating an area of a sample (20) using light in the near infrared radiation wavelength (col. 16, lines 61-64); b) a device 16 for collecting a spectrum of near infrared wavelength radiation light emitted from said illuminated area of said sample; c) a near infrared imaging spectrometer (120) for selecting near infrared radiation images, wherein the spectrometer comprises a liquid crystal tunable filter (col. 5, line48 through col. 6, line 8); and d) a detector for collecting said selected near infrared images (25).

Hoyt is silent about the device being able to produce a collimated beam therefrom. Soenksen discloses an objective lens 16 being able to produce collimated light onto the light responsive elements of the scan camera 18 (see Fig. 1 and 2, col. 9, lines 12 - 50). It would have been obvious to one skilled in the art at the time the invention was made to provide the system of Hoyt with the device or a microscope objective that would collimate the light onto the spectrometer, in order to minimize chromatic aberration and maximize throughput.

As to Claim 2, the illumination source of Hoyt is a laser or a xenon lamp, or an arc lamp (see col. 5, lines 16-20).

As to Claim 3, the device for collecting in the invention of Hoyt is a not refractive type infinity-corrected optimized microscope objective. Soenksen discloses a microscope objective lens 16, which is of the infinity corrected type. It would have been obvious to one skilled in the art at the time the invention was made to provide the system of Hoyt with the infinity-corrected lens that would collimate the light onto the spectrometer, in order to minimize chromatic aberration, maximize throughput and reduce cost of the conventional tube lens.

Application/Control Number: 11/103,423                                    Page 4
Art Unit: 2877

As to Claim 4, the infrared imaging spectrometer of Hoyt is and a combination of a liquid

crystal tunable filter and a fixed bandpass and bandreject filters (see col. 6, lines 2 – 8).

As to Claims 5 and 6, the detector of Hoyt is a infrared radiation focal plane array

detector (col. 15, lines 16-24), and as to the detector being of indium gallium arsenide, the

InGaAs based charge-coupled devices are well known as sensitive to near-infrared radiation in

the range 900-1700 nm. (see US patent 6,373,567 to Wise et al).   It would have been obvious to

one skilled in the art at the time the invention was made to have an InGaAs based CCD detector

in the invention of Hoyt to provide multi-wavelength detection.


*Allowable Subject Matter*

Claims 7-11 are objected to as being dependent upon a rejected base claim, but would be

allowable if rewritten in independent form including all of the limitations of the base claim and

any intervening claims.  The following is a statement of reasons for the indication of allowable

subject matter: The prior art of record taken along or in combination, fails to disclose or render

obvious a visible wavelength imagery system, in combination with the rest of the limitations of

the claim 1.

Claims 12-16 are allowed.

As to Claim 12, the prior art of record taken along or in combination, fails to disclose or

render obvious a device for detecting said visible wavelength light from said illuminated area of

said sample, in combination with the rest of the limitations of the claim.

As to Claim 13, the prior art of record taken along or in combination, fails to disclose or

render obvious illuminating an area of a sample using light in the near infrared radiation

Application/Control Number: 11/103,423                                    Page 5
Art Unit: 2877

wavelength and light in the visible wavelength and processing said collected near infrared

images to produce a chemical image of said sample, in combination with the rest of the

limitations of the claim.

### Conclusion

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to L. G. Lauchman whose telephone number is (571) 272-2418.

The examiner's normal work schedule is 8:00am to 4:30pm (EST), Monday through Friday. If

attempts to reach examiner by the telephone are unsuccessful, the examiner's supervisor Gregory

J. Toatley, Jr. can be reached on (571) 272-2059, ext. 77.

The fax phone number for the organization where this application or proceeding is

assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Application/Control Number: 11/103,423                                    Page 6
Art Unit: 2877

    Any inquiry of a general nature or relating to the status of this application should be

directed to the TC receptionist whose telephone number is (571) 272-1562.

                                        L. G. Lauchman
                                        Primary Examiner
                                        Art Unit 2877

                                        September 11, 2006

FROM MORGAN LEWIS PHILADELPHIA NEC-9-3          (TUE)10. 31' 06 12:25/ST. 12:23/NO. 4862192576 P  4

PATENT
Attorney Docket No. 56751-5008RE

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Reissue Application No.: 11/103,423 )

Filed: April 11, 2005 )

For:  NEAR INFRARED CHEMICAL IMAGING )
MICROSCOPE )

Examiner: Lauchman, Layla G. )

**RECEIVED
CENTRAL FAX CENTER**

**OCT 3 1 2006**

---

## AMENDMENT

---

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

The following is submitted in response to the Official Action dated September 25, 2006.

Amendments to the Claims begin on page 2 of this paper.

Remarks begin on page 6 of this paper.

**CERTIFICATE OF FAX TRANSMISSION (37 C.F.R . § 1.8)**

I hereby certify that this paper, and the papers and/or fees referred to herein as transmitted, submitted or enclosed, are being faxed on the date shown below to the Commissioner for Patents ,P.O. Box 1450, Alexandria, VA 22313-1450, at fax number 571-273-8300.

Name   Daniel H. Golub          Signature                       Date of Deposit:  October 16, 2006

Attorney Docket No. 56751-5008 RE
Page 2

## IN THE CLAIMS

1-6. (Cancelled)

7. (Amended) <u>A near infrared radiation chemical imaging system comprising:</u>

<u>a) an illumination source for illuminating an area of a sample using light in the</u>
<u>near infrared radiation wavelength;</u>

<u>b) a device for collecting a spectrum of near infrared wavelength radiation light</u>
<u>transmitted, reflected or emitted from said illuminated area of said sample and</u>
<u>producing a collimated beam therefrom;</u>

<u>c) a near infrared imaging spectrometer for selecting near infrared radiation</u>
<u>images of said collimated beam, wherein the spectrometer comprises a liquid</u>
<u>crystal tunable filter; and</u>

<u>d) a detector for collecting said selected near infrared images;</u>

[The system of claim 1] further comprising a visible wavelength imagery system.

8. (Original) The system of claim 7 wherein said visible imagery system
comprises: a) an illumination source for illuminating an area of said sample using
light in the visible optical wavelengths; and b) a device for detecting said visible
wavelength light from said illuminated area of said sample.

Attorney Docket No. 56751-5008 RE
Page 3

9. (Original) The system of claim 8 wherein said device for detecting said visible wavelength light comprises an analog and digital detector based on at least one of a silicon charge-coupled device detector and a silicon CMOS detectors.

10. (Original) The system of claim 8 further comprising a processor for producing a near infrared radiation chemical image of said sample.

11. (Original) The system of claim 8 further comprising an algorithm for combining the near infrared and visible image data.

12. (Amended) A chemical imaging system comprising:

a) an illumination source for illuminating an area of a sample using light in the near infrared radiation wavelength and light in the visible wavelength;

b) a device for collecting a spectrum of near infrared wavelength radiation light transmitted, reflected[,] or emitted [or scattered] from said illuminated area of said sample and producing a collimated beam therefrom;

c) a near infrared imaging spectrometer for selecting [a] near infrared radiation images of said collimated beam, wherein the spectrometer comprises a liquid crystal tunable filer;

d) detector for collecting said selected [filtered] near infrared images; and

e) a device for detecting said visible wavelength light from said illuminated area of said sample.

Attorney Docket No. 56751-5008 RE
Page 4

13. (Twice amended) A chemical imaging method comprising the steps of:

a) illuminating an area of a sample using light in the near infrared radiation wavelength and light in the visible wavelength;

b) collecting a spectrum of near infrared wavelength radiation light transmitted, reflected[,] or emitted [or scattered] from said illuminated area of said sample and producing a collimated beam therefrom;

c) filtering said collimated beam to produce [a] near infrared radiation image_s of said collimated beam while simultaneously detecting said [optical] visible wavelength light from said illuminated area of said sample, wherein the filtering is performed using a liquid crystal tunable filter;

d) collecting said filtered near infrared images; and

e) processing said collected near infrared images to produce a chemical image of said sample.

14. (Original) A method for producing a volumetric image of a sample comprising the steps of: a) incorporating a refractive image formation optic exhibiting a chromatic response in the optical path of the microscope before the near infrared detector; b) collecting images of said sample at a plurality of near infrared wavelengths through said objective at a fixed focus condition; and c) processing said collected images to reconstruct a depth resolved image of said sample.

Attorney Docket No. 56751-5008 RE

Page 5

15. (Original) A method for chemically analyzing a sample comprising the steps of: a) seeding said sample with a plurality of analytes having at least one of a known composition, structure and concentration; b) collecting a plurality of spatially-resolved spectra for said plurality of analytes; c) producing a plurality of chemical images of said sample containing said plurality of anayltes; and d) processing said plurality of chemical images to generate a chemical image of said sample.

16. (Original) The method of claim 15 wherein said processing step comprises at least one of: a) correcting the image by dividing a near infrared image of said sample by a near infrared image of a background of said image to produce a resulting ratioed image; b) normalizing the divided image by dividing each intensity value at every pixel in the image by the vector norm for its corresponding pixel spectrum, said vector norm being the square root of the sum of the squares of pixel intensity values for each pixel spectrum; c) processing said image using a cosine correlation analysis method wherein each pixel spectrum is treated as a projected vector in n-dimensional space, wherein n is the number of wavelengths sampled in the image; and d) processing said image using a principal component analysis method wherein a least squares fit is drawn through the maximum variance in the n-dimensional dataset.

Attorney Docket No. 56751-5008 RE

Page 6

## REMARKS

The status of the claims is as follows. Claims 1-6 were rejected for obviousness in the last official action and have been cancelled. Claims 7-16 were allowed in the last official action and are pending.

Claim 7 has been amended to include all of the limitations of deleted claim 1. Support for the limitations added to claim 7 can be found, for example, in the Abstract of U.S. Patent No. 6,734,962.

Claim 13 has been amended to correct a formal error that Applicant identified when responding to the outstanding official action. As previously worded, step (c) of claim 13 included a reference to said "optical" wavelength light. However, there was no antecedent basis in the claim for this term. Applicant has replaced "optical" with "visible" in claim 13 to correct this informality. Support for this amendment to claim 13 can be found, for example, in claim 13 of U.S. Patent No. 6,734,962.

In view of the foregoing, Applicant submits that the application is in condition for allowance.

Respectfully submitted,

Daniel H. Golub
Reg. No. 33,701
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215)963-5055 (Phone)
(215)963-5001 (Fax)

Dated: October 16, 2006

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Notice of Allowability*** | 11/103,423 | TREADO ET AL. | |
| | Examiner | Art Unit | |
| | L. G. Lauchman | 2877 | |

-- **The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEPE 1308.

1. ☒ This communication is responsive to *1/31/07*.

2. ☒ The allowed claim(s) is/are *7-16*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*   c) ☐ None   of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____.

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

        Paper No./Mail Date _____.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date <u>See Continuation Sheet</u>

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

**Continuation Sheet (PTOL-37)**                                    **Application No.  11/103,423**

Continuation of Attachment(s) 3. Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date: 10/13/2006, 11/20/2006.

## DETAILED ACTION

### *Information Disclosure Statement*

The information disclosure statement filed on November 20, 2006 fails to comply with the provisions of 37 CFR 1.97, 1.98(C) § 609 because it is missing the date of the reference. It has been placed in the application file, but the information referred to therein has not been considered as to the merits. Applicant is advised that the date of any re-submission of any item of information contained in this information disclosure statement or the submission of any missing element(s) will be the date of submission for purposes of determining compliance with the requirements based on the time of filing the statement, including all certification requirements for statements under 37 CFR 1.97(e). See MPEP § 609.05(a).

The information disclosure statement filed with protest under 37 C.F.R. 1.291, submitted on 10/13/2006 by a third party, has been placed in the application file, but the information referred to therein has not been considered, since the information is not related to the prior art.

### *Allowable Subject Matter*

Claims 7-16 are allowed.

The following is an examiner's statement of reasons for allowance:

As to Claim 1, the prior art of record, taken alone or in combination, fails to disclose or render obvious a near infrared imaging spectrometer for selecting near

infrared radiation images of said collimated beam, wherein the spectrometer comprises a

liquid crystal tunable filter; and a detector for collecting said selected near infrared

images; further comprising a visible wavelength imagery system, in combination with the

rest of the limitations of the claim.

As to Claim 12, the prior art of record, taken along or in combination, fails to

disclose or render obvious a near infrared imaging spectrometer for selecting near

infrared radiation images of said collimated beam, wherein the spectrometer comprises a

liquid crystal tunable filter; detector for collecting said selected near infrared images; and

a device for detecting said visible wavelength light from said illuminated area of said

sample, in combination with the rest of the limitations of the claim.

As to Claim 13, the prior art of record, taken along or in combination, fails to

disclose or render obvious filtering said collimated beam to produce a near infrared

radiation images of said collimated beam while simultaneously detecting visible

wavelength light from said illuminated area of said sample, wherein the filtering is

performed using a liquid crystal tunable filter; collecting said filtered near infrared

images; and processing said collected near infrared images to produce and display a

chemical image of said sample, in combination with the rest of the limitations of the

claim.

As to Claim 14, the prior art of record, taken along or in combination, fails to

disclose or render obvious collecting images of said sample at a plurality of near infrared

wavelengths through said objective at a fixed focus condition and processing said

collected images to reconstruct and display a depth resolved image of said sample, in

combination with the rest of the limitations of the claim.

Application/Control Number: 11/103,423                                    Page 4
Art Unit: 2877

As to Claim 15, the prior art of record, taken along or in combination, fails to

disclose or render obvious producing a plurality of chemical images to generate a

chemical image of said sample containing said plurality of analytes and processing said

plurality of chemicals images to generate a chemical image of said sample and displaying

said chemical image, in combination with the rest of the limitations of the claim.


Any comments considered necessary by applicant must be submitted no later than

the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."


### Conclusion


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to L. G. Lauchman whose telephone number is (571) 272-

2418.  The examiner's normal work schedule is 8:00am to 4:30pm (EST), Monday

through Friday.  If attempts to reach examiner by the telephone are unsuccessful, the

examiner's supervisor Gregory J. Toatley, Jr. can be reached on  (571) 272-2059, ext. 77.

The fax phone number for the organization where this application or proceeding is

assigned is 571-273-8300.

Application/Control Number: 11/103,423                                            Page 5
Art Unit: 2877

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR. Status

information for unpublished applications is available through Private PAIR only. For

more information about the PAIR system, see http://pair-direct.uspto.gov. Should you

have questions on access to the Private PAIR system, contact the Electronic Business

Center (EBC) at 866-217-9197 (toll-free).

Any inquiry of a general nature or relating to the status of this application should

be directed to the TC receptionist whose telephone number is (571) 272-1562.

L. G. Lauchman
Primary Examiner
Art Unit 2877

3/13/2007

***



EXHIBIT 9
*Miller*
R. Grogan 10/17/06

# SMALL BUSINESS INNOVATION RESEARCH (SBIR) PHASE II REPORT COVER SHEET

| NSF AWARD NUMBER:<br>DMI-9703950 | DATE:<br>10 January 2000 |
|---|---|
| **PROJECT TITLE:**<br>High-Definition Raman Imaging Microscope | |
| **PERIOD COVERED BY THIS REPORT:**<br>Sept. 1, 1997 – Dec. 30, 1999 | **PRINCIPAL INVESTIGATOR:**<br>Peter J. Miller |
| **COMPANY NAME:**<br>Cambridge Research & Instrumentation, Inc. | |
| **COMPANY ADDRESS:**<br><br>80 Ashford Street<br>Boston, MA  02134 | |
| **TELEPHONE NUMBER:**<br>617-787-5700 | **FAX NUMBER:**<br>617-787-4488 |

Please check as appropriate:

☐ **Progress Report\***                    ☒ **Final Report\***
\* Report content requirements are identified in Article 5 of the SBIR Phase II Grant General Conditions
(9/95). This Cover Sheet is required for submission of all reports. Reports should be attached to this
Cover Sheet.

**Acknowledgment of NSF support and disclaimer:**
*"This material is based upon work supported by the National Science Foundation under Award Number:
_____. Any opinions, findings, and conclusions or recommendations expressed in this
publication are those of the author(s) and do not necessarily reflect the views of the National Science
Foundation."*

Certifications:

I certify that the Principal Investigator currently is☒ , is not☐ , "primarily employed" by the
grantee organization as defined in the SBIR Solicitation.

I certify that the work under this project has ☐ , has not☒ , been submitted for funding to another
Federal agency and that it has ☐ , has not☐ , been funded under any other Federal grant, contract,
or subcontract.

I certify that to the best of my knowledge the work for which payment is hereby requested was
performed in accordance with the award terms and conditions and that payment is due and has not
been previously requested.

I certify that to the best of my knowledge (1) the statements herein(excluding scientific hypotheses
and scientific opinions) are true and complete, and (2) the text and graphics in this report as well as
any accompanying publications or other documents, unless otherwise indicated, are the original
work of the signatories or individuals working under their supervision. I understand that the willful
provision of false information or concealing a material fact in this report or any other
communication submitted to NSF is a criminal offense (U.S. Code, Title 18, Section 1001).

Authorized Grantee Representative Signature: _____    Date: 1/10/00

P.I. Signature: _____    Date: 1/10/00

NSF Form 1372 (SBIR 11/96)

CONFIDENTIAL

CI 02559

**Final Report - DMI 9703950**

The project has been completed successfully at the end of December 1999, taking advantage of an unfunded extension period of up to six months beyond the nominal completion date of August 31st, 1999.

This report contains information on the final reporting interval of 1 March 1999 - 30 December 1999, followed by a summary of results for the entire project.

## Activity during the final reporting period

During this period, the number of person-months expended by the PI is 1.7, and 1.7 by other project personnel at CRI. Subcontractor services representing $5760 for research assistant support were provided by ChemIcon, and Dr. Patrick Treado consulted for 19 days at a total expense of $8064. This information is captured in the SBIR Phase II Semiannual Reporting Format on an attached sheet.

## Technical report (final reporting period)

During this period, the main technical objectives were to assess the filter design for improved off-axis performance, to bring the multispectral analysis software to comclusion, and to finish the application assessment. Also, the imaging spectrometers were repaired and reconfigured following the failure of one of the detector arrays involved.

<u>New filter design</u>

As noted in the previous report, a design was developed for use in Phase III, to achieve improved off-axis performance as well as improved transmission. The design utilized fewer split-element Evans stages, replacing them with simpler wide-field stages, constructed with achromatic half-wave plates made of z-compensated biaxial polycarbonate films. The same films are slated to replace Mylar as a retarder material throughout the filter, as they exhibit essentially no shift in retardance as a function of viewing angle.

There is a double benefit to this improved design. First, where Mylar was used as the central element in a split-element stage, its relatively poor off-axis response degraded off-axis contrast; this is eliminated by use of the z-compensated films, so off-axis reponse of these split-element stages appears to be essentially undegraded relative to that of a simple Lyot stage. Second, two stages which utilized $LiNbO_3$ as the central element in split-element Evans design were replaced with wide-field elements comprising equal-valued retarders sandwiched about an achromatic half-wave plate. Conventional three-layer Pancharatnam designs are sufficient to compensate either of the two spectral ranges involved: 500 - 750 nm, or 650 - 1050 nm. In this setting, where non-achromaticity is manifest as reduced filter efficiency rather than reduced filter contrast, a 2% ripple is permissible; this is readily attained using NRZ-300 material (visible) or NRZ-400 material (near-IR) oriented at angles of [-29°, +29°, -29°] . When constructed of z-compensated films, these have the property not only of achromaticity, but also of

CONFIDENTIAL

CI 02560

wideviewing angle. Finally, one low-order filter stage was eliminated as redundant.

The net effect of these changes is a decrease by three in the number of liquid crystal cells, and an increase by one in the number of polarizers. Since the optical loss per cell is approximately 2%, and the loss per polarizer is 4-6%, the net effect on overall transmission efficiency would be in the range 0% to +2%. In summary, the design appears to increase off-axis contrast, as intended, with a neutral to slightly positive impact on overall optical efficiency.

Multispectral analysis software
The package developed at CRI for this work, entitled "PCA Tool" has been brought to completion and provides all core features used for spectral discrimination, including principal component analysis and segmentation, along with data acquisition and display. This package is written for the Windows 95/98 environment in the high-level language Python. Support is included for popular digital cameras including Photometrics, Princeton Instruments, Apogee Instruments, and the Cooke SensiCam. Software development is inherently an ongoing process, in the sense that there is a continual pressure for new features, and a constant need to update to maintain currency with evolving standards such as the upcoming Windows 2000 platform. These factors, along with a desire for cross-platform support (for Linux and/or Mac users) will probably drive CRI to issue a new release of this software packasge sometime in the next 6-9 months.

Repair to imaging spectrometer
During this period, the circuitry that reads out the 2048 element linear photodiode array on the NIR spectrometer failed, apparently due to reasons of static electricity. This system, purchased in 1998, has been categorized as obsolete by the manufacturer (EG&G) and is no longer supported. Since the manufacturer would not repair it, CRI personnel worked to isolate and identify the particular component that had failed, and did so; unfortunately, the component is a custom-programmed gate-array logic (GAL) chip developed by EG&G, for which they could no longer locate the programming file. Thus there was no way to obtain a new chip, nor was there adequate documentation to develop programming to make a replacement GAL chip.

Since EG&G was no longer supporting the 2048 element photodiode array, this meant the NIR spectrometer could no longer be read. After prolonged discussions between CRI and EG&G, the latter firm agreed to supply a 1024 element photodiode array along with the appropriate read-out circuitry, in return for the broken 2048 element array and circuitry. A spare set was also purchased by CRI, in the event this latter system is scheduled for obsolescence as well. Finally, mechanical elements were designed and constructed to utilize the new, smaller array. These eliminated the previously-used 2x optical relay lens arrangement and placed the photodiode array directly at the focal plane of the spectrometer.

CONFIDENTIAL

The 1024 element array provides a lower resolution, which is sufficient for characterizing the materials used in filter construction and for assessing out-of-band leakage, but not for

CI 02561

making measurements of passband shape or peak transmission. This means that the Spex 0.5M conventional swept-grating spectrometer must be used for these measurements. Since the latter constitute only a small number of measurements, performed as acceptance tests after final filter assembly, the impact on work flow is not significant.

<u>Applications analysis</u>
Dr. Treado has been demonstrating the utility of Raman chemical imaging with LCTFs, in a range of applications. In addition to work ongoing in a variety of maturing application areas, including semiconductors, pharmaceuticals and polymers, Dr. Treado has been extending LCTF Raman chemical imaging to the analysis of corrosion, airborne particulate matter and fuel cells.

a)    Corrosion

Application to corrosion monitoring has been demonstrated, including the study of accelerated corrosion in tantalum (Ta) storage vessels exposed to actinide (plutonium and uranium) surrogates, including cerium oxide, under acidic conditions. Raman chemical imaging performed in combination with other microanalytical techniques including scanning electron microscopy (SEM) and infrared microscopy reveals the molecular composition of corrosion byproducts. This information is being used by materials scientists to design next generation storage vessels.

b)    Airborne particulate matter

Application to the characterization of small airborne particles has been demonstrated. Raman chemical imaging, enabled by LCTF technology, is well suited to the molecular characterization of particles smaller than 2.5 μ. Particles on this size scale are small enough to be aerodynamic and can be respirated. As a result, there are health effects associated with these materials. Understanding the molecular components found in these particles is important to a basic understanding of health effects associated with air quality.

c)    Fuel cells

Application to mixed oxide (MOX) fuel cells has been demonstrated. MOX fuel cells are mixtures of uranium oxide and plutonium oxide and are a candidate source of commercial nuclear fuel. LCTF Raman chemical imaging has been used to assess the molecular phase of a residual gallium component present at trace levels. Raman chemical imaging is a candidate metrology technique for the routine detection of this trace contaminant in commercial grade fuels.

CONFIDENTIAL

CI 02562

## SBIR PHASE II SEMIANNUAL REPORTING FORMAT

*(SEMIANNUAL REPORTS MUST BE ATTACHED TO A SMALL BUSINESS INNOVATIVE RESEARCH SBIR PHASE II REPORT COVER SHEET.)*

**Reporting Period:** *(From)* 3/1/99 _____ *(to)* 12/30/99 _____

**Total Estimated Expenditures\*** *this reporting period:* $ 80,072

**Cumulative Estimated Expenditures\*:** $ 296,753

| Principal Investigator/ Key Personnel (Identify) | Estimated Level of Effort/ Person Months |
|---|---|
| 1. P. Miller | 1.7 |
| 2. C. Kadamus | 1.8 |
| 3. _____ | _____ |
| 4. _____ | _____ |

**Subcontractor(s) Utilized and Services Provided:**

ChemIcon, research assistant support

_____

_____

_____

**Consultant(s) Utilized and Services Provided:**

Dr. Pat Treado, applications analysis consulting

_____

_____

_____

**Identification of Equipment Purchased:**

1. _____

2. _____

**CONFIDENTIAL**

Attach technical report covering accomplishments, milestone progress or
completion, and problems encountered this reporting period (report against
milestone tasks stated on project milestone chart).

CI 02563

\*"Estimated Expenditures" means a good faith estimate of actual expenditures for this award.

# Appendix 1. SBIR Phase II Milestone chart

| | Program start | 6 months | 12 months | 18 months | Phase II complete |
|---|---|---|---|---|---|

**Task**

**Spectrometer set-up**
objectives i) - iii)
100%
███████████
spectrometer operational

**Obtain all LCTF materials**
objective iii)
100%
███████████
all materials in-house

**Assemble two prototypes**
objective iii)
100%
███████████
VIS and NIR LCTF complete

**Assess applications**
objective iv)
100%
██████████████████████████
report on applications complete

**Beta-site activity**
objective v)
100%
███████████████
all filters returned

**Software/algorithm dev't**
objective vi)
100%
██████████████████
toolboxes complete

**Write Final Report**
general
100%
████████
deliver Phase II report

**CONFIDENTIAL**

**CI 02564**

## Summary of Phase II results

This SBIR had as its goal the commercialization of narrow-band liquid crystal tunable filters (LCTFs) for integration into microscopes for high-definition Raman imaging of samples. All project goals were met successfully, with notes on specific objectives (from the Phase II proposal) as follows:

Objective i)
to utilize improved designs to improve the transmission of Raman LCTF filters, resulting in a value at least twice that of the Phase I prototype

The improved design replaced 14 conventional Lyot stages with 7 split-element Evans stages, to achieve the same degree of filtration with twice the optical throughput. Evans stages place more stringent requirements on liquid crystal tuning elements, and on the characterization of the quartz and $LiNbO_3$ retarders: since there are a total of three such elements per stage, rather than one, tolerances are proportionally tighter.

The initial Phase II Evans stage barely met the requirement for tuning accuracy, until it was realized that the liquid crystal cells for the outer retarder elements could be built with a smaller tuning range (since two cells and retarders act in concert): by halving the tuning range, one might expect to reduce errors two-fold. Actually, a nearly four-fold reduction was achieved, because use of thinner cells produced correspondingly higher electrical capacitance, leading to improved signal-to-noise in the capacitance-based servo tuning circuitry. This, together with the halved optical tuning range, led to the nearly four-fold improvement overall.

Characterization of the $LiNbO_3$ elements to the required accuracy involved construction of a thermally controlled stage. This was built using a controlled water recirculator to define the temperature at two heatsinks, between which the optical retarder was mounted. Windows bonded to the heatsinks permit light to pass through the sample while eliminating convection or other thermal contact with the ambient environment. Scanning is typically done at 23.0 +/- 0.02C, to minimize the time needed for parts to reach scan temperature from ambient. Through use of this stage, characterization errors were reduced to the point of insignificance ($< 1/50 \lambda$).

Changing to the Evans design required considerable development of new software algorithms in the embedded microcontroller within the filter electronics. These changes were essential to insure that, in tuning, the outer elements of a given Evans stage undergo order hops from e.g. $(N+3/4)\lambda$ to $(N+1/4)\lambda$ in synchrony. New tuning rules were devised to insure that this and other tuning rules were met.

A visible-range filter (500 - 750 nm) was then constructed using the Evans design. It comprises two modules, the first with 4 Evans stages, and the second with 3 Evans stages and 3 Lyot stages. Each optics module thus had 12 liquid crystal cells, and the two smodules were controlled by separate electronics modules: the two modules were tuned together connected by a computer via a pair of RS-232 ports. This filter achieved 32% peak transmission at 630 nm, slightly besting the Phase II objective of 30%. The filter

CONFIDENTIAL

CI 02565

bandwidth, free spectral range, and image quality were unaffected by the use of the Evans design, as anticipated.

The Evans design is not without its limitations, however. Dr. Treado discovered that the contrast for off-axis rays is somewhat lower than for the previous design. While sufficient for most samples, the filter had inadequate contrast at off-center points when the sample exhibited high levels of background fluorescence. To deal with this, the PI developed a hybrid design for use in Phase III work, which restores essentially all of the lost contrast without a penalty in transmission efficiency. The hybrid design replaced the highest-order two Evans stages with wide-field retarder stages, utilizing achromatic half-wave plates made up of z-compensated laminate films. Further, Mylar is replaced with z-compensated laminate films throughout the design, and a redundant Lyot stage is removed.

Objective ii)
to develop a near-IR version of the Raman LCTF which extends the long-wavelength operating limit from the present value of 700 nm to a minimum of 1050 nm

A near-IR version was designed and constructed using suitable coatings, materials, and construction, exactly as described in the Phase II proposal. It performed successfully, with actual values of bandwidth, free spectral range meeting the design targets. The filter achieved 31% peak transmission at 900 nm.

Objective iii)
to construct and characterize a minimum of one visible and one NIR range Raman LCTF which incorporates these improvements

As noted above in discussion of objectives i) and ii), this was performed and the filters were observed to meet all performance targets.

Objective iv)
to assess experimentally the benefits of Raman LCTF imaging in key areas including semiconductor, biomedical, and pharmaceutical measurements

Dr. Treado has used the LCTFs to assess various chemical systems which benefit from Raman imaging. As per the Plan of Work, the systems selected for study have been drawn from a diverse range of applications. In addition, he has investigated a technique which exploits the continuously-tunable LCTF to resolve energy shifts well below the filter's FWHM, by making very fine adjustments to the center wavelength and performing numerical analyses of the resultant images.

CI 02566

a)     Semiconductors

In the semiconductor field, Dr. Treado has done extensive work on silicon wafers, which indicate that Raman imaging is well-suited to the characterization of silicon systems. Imaging techniques he has demonstrated include both lateral and surface characterization of wafers, using 3-D imaging techniques. Specific application examples include thin-film oxide quantitation, thermal annealing end-point detection, and defect identification

CONFIDENTIAL

and review. The results obtained in silicon systems have encouraged him to explore extending this work to other semiconductor systems, including wafers based on III-IV and II-VI materials. These appear especially fruitful, due to the greater complexity of these systems, and the fact that process technology for these materials is less advanced than it is for silicon.

b)    Biology and life sciences

In the life sciences, Dr. Treado has begun studying liver diagnostics, particularly the assessment of vitamin A toxicity. This work is still in a preliminary phase, but the first exploratory studies indicate that Raman imaging should permit visualization of vitamin A toxicity on structures in liver tissue.

c)    Pharmaceuticals

Pharmaceutical work has centered on the analysis of medicinal tablets. Much of Dr. Treado's effort has been directed towards compositional analysis of such tablets, which is of broad interest to pharmaceutical firms. This can be performed in a non-invasive fashion, either for research purposes or for in-plant off-line Q/A testing. Results to date indicate that Raman imaging can provide a powerful technique for visualizing heterogeneity, such as between active and binder components in tablets.

d)    Corrosion

Application to corrosion monitoring has been demonstrated, including the study of accelerated corrosion in tantalum (Ta) storage vessels exposed to actinide (plutonium and uranium) surrogates, including cerium oxide, under acidic conditions. Raman chemical imaging performed in combination with other microanalytical techniques including scanning electron microscopy (SEM) and infrared microscopy reveals the molecular composition of corrosion byproducts. This information is being used by materials scientists to design next generation storage vessels.

e)    Airborne particulate matter

Application to the characterization of small airborne particles has been demonstrated. Raman chemical imaging, enabled by LCTF technology, is well suited to the molecular characterization of particles smaller than 2.5 μ. Particles on this size scale are small enough to be aerodynamic and can be respirated. As a result, there are health effects associated with these materials. Understanding the molecular components found in these particles is important to a basic understanding of health effects associated with air quality.

f)    Fuel cells

Application to mixed oxide (MOX) fuel cells has been demonstrated. MOX fuel cells are mixtures of uranium oxide and plutonium oxide and are a candidate source of commercial nuclear fuel. LCTF Raman chemical imaging has been used to assess the molecular phase of a residual gallium component present at trace levels. Raman chemical imaging is a candidate metrology technique for the routine detection of this trace contaminant in commercial grade fuels.

CONFIDENTIAL

CI 02567

g)    Resolution of extremely fine energy shifts

The LCTFs have a resolution (FWHM) of approximately 8 cm$^{-1}$. However, they can be tuned in essentially continuous fashion, by means of the continuously-variable liquid crystal elements. By taking a series of images through the LCTF while it is tuned in fine steps, it should be possible to resolve energy shifts which are considerably below the FWHM. The limit for this type of observation is set by the spatial and spectral non-uniformities of the filter, by thermal drift in the LCTF, and by tuning errors in its spectral scale. The power of this approach may prove to be quite significant, in that a relatively broad LCTF can be employed, compared to the spectral shifts which must be resolved.

Alternative approaches to resolving energy shifts narrower than the instrumental FWHM are more complex than those based on LCTFs. For example, experiment based on spectrometers with fixed detectors such as CCDs, have no ready analogue to this technique and must resort to very high readout densities, or mechanical rocking mechanisms on the grating and/or optics. However, it is straightforward to do so with the LCTF.

Using this technique, Dr. Treado has resolved energy shifts of under 0.1 cm$^{-1}$, or 1/80th the LCTF bandpass. This level of spectral resolution, coupled with a high-definition spatial image, allows segmentation of features and structures with only the slightest of spectral differences. It is believed that this represents a significant advance in sensitivity for a Raman imaging experiment.

Objective v)
to make at least one of these LCTF instruments available to beta-site researchers for high-definition Raman imaging, on a revolving basis

This objective was accomplished, with two instruments made for use by beta-site researchers during Phase II. This exposure in turn led to at least one commercial order for an LCTF Raman filters, after the beta-site evaluation was concluded. The commercial filter has been built and delivered to the researcher team involved, and is in routine use.

Objective vi)
to develop data analysis methods which exploit the newly-available imaging spectroscopic information, and which render the large data sets tractable

A Windows 95/98 program was developed at CRI for the acquisition and analysis of imaging spectroscopic datasets, using the LCTF. This program, "PCA Tool", is the primary software package used in our laboratory for multispectral image analysis. It contains drivers for most popular digital cameras (Princeton, Photometrics, Cooke, and Apogee brands), and provides for PCA analysis, segmentation, and spectral analysis. Dr. Treado, as part of the present project and his ongoing research, has developed additional techniques for application-specific analyses of particular sample systems as noted above in the summary of application results.

CONFIDENTIAL

CI 02568

## Markets and commercial applications identified in the Phase II work

The applications developed by Dr. Treado represent clear indications of markets for a Phase III product, to researchers active in these areas. There may also be a market for turnkey instruments that address one or more of these application areas, although the costs of developing such an instrument (and the expertise base involved) place such an effort beyond reach for CRI. Rather, a firm such as ChemIcon would have to play the lead role in developing instruments for e.g. pharmaecutical or semiconductor quality control uses. In this case, CRI would act as a supplier of the enabling technology, the Raman LCTF component.

## Problems and remaining research objectives

There are no outstanding unresolved issues that were slated to be addressed in Phase II. Two topics were identified which may be pursued as part of CRI's ongoing work.

As noted above, the Evans design developed in Phase II solved nearly all problems, as hoped. However, its lower off-axis contrast led to a need for a yet-further optimized design when working with highly fluorescent samples. This design has been developed in Phase II and could be produced in Phase III, if there is a demand.

The other topic is to maintain, expand, and improve the PCA Tool software, since this appears to provide a broadly useful capability. It is clear, having developed such a package, that it is of enormous benefit in Raman LCTF imaging and other types of multispectral LCTF imaging. Many supposedly simple systems have been observed to yield a wealth of information when analyzed with these tools, and this area will certainly merit further exploration in the future.

## Publications

1. Jon R. Schoonover, Forrest Weesner, George J. Havrilla, Mark Sparrow, and Patrick Treado, **Integration of Elemental and Molecular Imaging to Characterize Heterogeneous Inorganic Materials**, *Appl. Spectrosc.* **52**, (1998) 1505-1514.
2. Hannah R. Morris, Branka Munroe, Rose A. Ryntz, and Patrick J. Treado, **Fluorescence and Raman Chemical Imaging of Thermoplastic Olefin (TPO) Adhesion Promotion**, *Langmuir 14* (1998) 2426-2434.
3. Christopher T. Zugates and Patrick J. Treado, **Raman Chemical Imaging of Pharmaceutical Tablet Content Uniformity**, *Internet J. Vib. Spect.* (www.ijvs.com) 2, 4, section 5, (1998).
4. Michael D. Schaeberle, Hannah R. Morris, John F. Turner II, and Patrick J. Treado, **Raman Chemical Imaging Spectroscopy**, *Anal. Chem.* **71**,(1999) 175A-181A
5. Hannah R. Morris, John F. Turner II, Branka Munroe, Rose A. Ryntz, and Patrick J. Treado, **Chemical Imaging of Thermoplastic Olefin (TPO) Surface Architecture**, *Langmuir.* **13**, (1999) 2961-2972.
6. Jon R. Schoonover, Andrew Saab, Jon S. Bridgewater, George J. Havrilla, Christopher T. Zugates, and Patrick J. Treado, **Raman/SEM Chemical Imaging of a Residual Gallium Phase in a Mixed Oxide Feed Surrogate**, *Inorg. Chem.* (2000) submitted.

CI 02569                    CONFIDENTIAL

## Commercialization report - DMI-9703950

This report covers the period from 1 September 1998 through the present.

### Patents
No inventions have been made during the Phase II project. No patents have been sought by CRI for the technology involved, nor for the use of the Raman LCTF system in particular applications. No licenses to this technology are contemplated.

### Sales
CRI has sold 3 Raman LCTF systems during this interval, and an order for a fourth is due imminently. These filters have a list price of $32,000 each, and are incorporated into larger, considerably more expensive ($200,000) instrumentation systems by our customers.

The technology used to achieve extremely narrow bandpass with high throughput in the Raman LCTFs, has led to a related product line of long-wavelength NIR filters for use over the range 850 -1700 nm. This product has enjoyed sales of approximately $200,000 in the last year, and demand appears to be growing.

### Spin-offs
CRI has not created any spin-off divisions or ventures during this interval.

### Changes in company employment levels
During this reporting interval, CRI employment rose from 20 full-time employees to 28 full-time and 2 part-time (co-op) student positions.

CONFIDENTIAL

CI 02570



**COHEN PONTANI LIEBERMAN & PAVANE LLP**

551 Fifth Avenue, New York, NY 10176  *phone* 212.687.2770  *fax* 212.972.5487  www.cplplaw.com

Myron Cohen (1927-2005)
Thomas C. Pontani, Ph.D.
Lance J. Lieberman
Martin B. Pavane
Thomas Langer
Michael C. Stuart
William A. Alper
Edward M. Weisz
Kent H. Cheng, Ph.D.
Julia S. Kim
Alfred W. Froebrich
Lisa A. Ferrari
Alan J. Morrison
_____

Sidney R. Bresnick
Of Counsel
_____

Mindy H. Chettih
Vincent M. Fazzari
Alfred H. Hemingway, Jr.
Roger S. Thompson
Teodor J. Holmberg
Richard D. Margiano
Darren S. Mogil
David P. Badanes
Mher Hartoonian
Alphonso A. Collins
Douglas D. Zhang
Edward V. DiLello
Edward M. Reisner
Bradley M. Marazas
F. Brice Faller
Marilyn Neiman
_____

Enshan Hong
Technical Advisor

March 20, 2007

*Filed via ECF*

Judge Rya W. Zobel
U.S. District Court of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     Docket No. 05-10367-RWZ
        Miller et al. v. Treado et al.
        <u>Our File No.: 34250-60L</u>

Dear Judge Zobel:

At the pretrial conference on the above-identified litigation scheduled for this Thursday, March 22, 2007, at 3:00 PM in Courtroom 12, counsel for plaintiffs would like to raise the following issues:

**(1)    Defendants' Reissue Proceeding**

On January 31, 2007, defendants filed an amendment in their pending proceeding before the Patent Office to reissue U.S. App. Ser. No. 6,734,962 ("the '962 patent-in-suit"), in which they ask the Patent Office to **completely delete** Claims 1-6. The inventorship claim currently being litigated in this action is based on Claims 1, 3, and 4 of the '962 patent-in-suit. *See, e.g.*, ¶¶31-32 of the Complaint [D.E. 1]. Defendants' motive is clear: to moot the present action by having the Patent Office reissue the '962 patent-in-suit without Claims 1, 3, and 4. Although the Court denied plaintiffs' previous motion to order defendants to stop their reissue proceeding [D.E. 11], defendants at that time had only slightly amended the claims of the '962 patent-in-suit. Because defendants have now asked the Patent Office to completely delete the basis for this lawsuit from the '962 patent-in-suit, plaintiffs believe it is appropriate for the Court to revisit the topic of defendants' reissue proceeding. If the Court decides it is acceptable, plaintiffs will file a second motion to order defendants to stop their reissue proceeding.

In this regard, it should be noted that defendants have apparently suggested to the Patent Office Examiner, in undocumented telephone interviews, that this Court has stayed all actions on the '962 patent-in-suit, which thereby requires, under Patent Office rules, that the Examiner hasten the examination and reissuance of the patent. At the least, plaintiffs ask that defendants be required to file a statement with the Patent Office, unambiguously informing the Patent Office that there is an inventorship claim concerning Claims 1, 3, and 4 of the '962 patent-in-suit actively being litigated in the District Court of Massachusetts.



Judge Rya Zobel
District Court of Massachusetts
March 20, 2007
Page 2

**(2) Discovery concerning Defendants' Malpractice Lawsuit on the '962 Patent-in-suit**

Plaintiffs have discovered that, before the complaint in the instant action was filed, the law firm that prosecuted the '962 patent-in-suit, Buchanan Ingersoll, had sued defendants in Pennsylvannia State Court for unpaid bills totaling $668,181.33. After the complaint in this action was filed, on May 23, 2005, defendants entered a single counter-claim for malpractice against Buchanan Ingersoll in the Pennsylvania case, on the sole basis that "Buchanan breached [the] duty to exercise reasonable care by drafting and prosecuting patent claims [in the '962 patent-in-suit] that were unnecessarily overbroad in light of the Prior Art" (the "Prior Art" consists of two articles, one of which was written by defendant Treado and plaintiffs Hoyt and Miller, and was the outcome of the collaboration between plaintiffs and defendants which is the factual basis of the present inventorship action).

The focus of the malpractice suit in Pennsylvannia is the breadth of the subject matter claimed in the '962 patent-in-suit—there can be no argument that the Pennsylvannia lawsuit is not "relevant to the subject matter involved in [this] action". Despite this, defendants have not produced a single document from that lawsuit (not even the publicly-disclosed documents, such as the original complaint), and have told plaintiffs that the "documents regarding [the] legal malpractice action between ChemImage and Buchanan Ingersoll have absolutely nothing to do with Plaintiffs' inventorship claim regarding the '962 Patent." Plaintiffs have complied with LR 37.1 concerning defendants' withholding of all documents from their malpractice lawsuit based on the claims in the '962 patent-in-suit, but it seems the Court might provide a quick answer on this matter at the conference, thereby obviating the need for motion practice.

**(3) Defendants' Noncompliance with the Stipulated Protective Order**

Plaintiffs have also fully complied with LR 37.1 on another issue, which seems too trivial to bring up with the Court, except for the fact that defendants have refused to respond in any way to our communications on the subject.

When the protective order in this case was originally being debated, the parties came up with a compromise to limit the access to material designated "CONFIDENTIAL" to only two people (besides the lawyers, experts, etc.)—two people for the defendants, two people for the plaintiffs:

> 4. Unless otherwise ordered by the court or permitted in writing by the designating party, a receiving party may disclose Protected Material only to:
> > (a) The receiving party's Outside Counsel …
> > (b) The receiving party's Experts (as defined and limited in this Order) …
> > (c) **Two individuals designated by the receiving party** from among the officers, directors, and employees of the receiving party who have signed the "Agreement to be Bound by the Protective Order" (Exhibit A);

Stipulated Protective Order [D.E. 38-2], p. 5, §E.4 (emphasis added)

Plaintiffs duly designated plaintiff Peter Miller as one of the two designated individuals under §E.4(c) of the Stipulated Protective Order, and, when defendants asked plaintiffs to



Judge Rya Zobel
District Court of Massachusetts
March 20, 2007
Page 3

provide any Agreements signed by any designated individuals, plaintiffs promptly forwarded Miller's signed Agreement. By contrast, plaintiffs have asked defendants for their signed Agreement(s) four times in the last three months, and defendants have not responded.

If defendants are obeying the Stipulated Protective Order, there are only two choices. One, defendants have a signed Agreement by one or both of the individuals designated under §E.4(c) of the Stipulated Protective Order, but are refusing to produce the signed Agreement(s) to plaintiffs for some unknown reason. Two, no one at ChemImage, including Patrick Treado, has signed the Agreement, as required under the Stipulated Protective Order, and thus no one at ChemImage, including Patrick Treado, has had access to any information designated "CONFIDENTIAL" by plaintiffs in this lawsuit.

Such a trivial matter as producing a signed Agreement should not require the Court's intervention; however, defendants' complete lack of response has made plaintiffs justifiably nervous about who, on defendants' side, has had access to plaintiffs' CONFIDENTIAL information. Plaintiffs seek the Court's assistance in directing defendants to produce the Agreements signed by their designated individuals, thereby obviating the need for motion practice.

**(4)  <u>Scope of Discovery</u>**

It is plaintiffs' understanding that discovery has been limited to the inventorship issue in this action. *See, e.g.*, this Court's Order [D.E. 83]; and Feb. 7, 2007 Elec. Order on Plaintiffs' Motion for a Protective Order [D.E. 92] on questions in Peter Miller's deposition. A deposition is scheduled for Friday, March 23, 2007, the day after the Court conference, and plaintiffs would like the Court's assistance in preventing defendants from "going off the reservation", so to speak. As plaintiffs have told defendants, plaintiffs believe that the deponent, Barry Logue, knows nothing substantive about who invented what in the collaboration between plaintiffs and defendants in the 1990's. However, as an ex-salesperson and a present investor with plaintiff CRI, a privately-held company, Mr. Logue may know sensitive business information completely unrelated to the inventorship issue in this case. Based on defendants' in-depth questioning concerning sensitive business information completely unrelated to the inventorship issue in past depositions, plaintiffs ask that the Court confirm the present scope of discovery is limited to the inventorship issue. Mr. Logue, a third party witness, should not have to endure hours of questions about the sensitive business information of plaintiff CRI.

**(5)  <u>Defendants' Motion [D.E. 100] to Amend the Scheduling Order</u>**

This pending motion has been completely briefed by the parties.



Judge Rya Zobel
District Court of Massachusetts
March 20, 2007
Page 4


Very truly yours,

**COHEN PONTANI LIEBERMAN & PAVANE LLP**

**for Plaintiffs Peter J. Miller, Clifford Hoyt,
and Cambridge Research & Instrumentation**

/s/ Teodor J. Holmberg

(BBO#634708)


cc (via ECF):   Paul D. Weller, Esq.
                Anthony J. Fitzpatrick, Esq.
                Christopher S. Kroon, Esq.

1    DECLARATION
2
3    Edward S. Yeung
4
5
6    *I. BACKGROUND*

7    1. QUALIFICATIONS

8        I, Edward Szeshing Yeung, received my A.B. in chemistry from Cornell

9    University in 1968 and my Ph.D. in Chemistry from the University of California at

10   Berkeley in 1972. Since then, I have been on the chemistry faculty at Iowa State

11   University, where I am currently Robert Allen Wright Professor and Distinguished

12   Professor in Liberal Arts and Sciences. My research interests span both spectroscopy and

13   chromatography. I have published in areas such as nonlinear spectroscopy, infrared

14   spectroscopy, Raman spectroscopy, laser-based detectors for chromatography, capillary

15   electrophoresis, trace gas monitoring, single-cell and single-molecule analysis, DNA

16   sequencing, and data treatment procedures in chemical measurements. I am an Associate

17   Editor of Analytical Chemistry, the top journal in the field. I served on the editorial

18   advisory board of Progress in Analytical Spectroscopy, Journal of Capillary

19   Electrophoresis, Mikrochimica Acta, Spectrochimica Acta Part A, Journal of

20   Microcolumn Separations, Electrophoresis, Journal of High Resolution Chromatography,

21   Chromatographia and Journal of Biochemical and Biophysical Methods. I was awarded

22   an Alfred P. Sloan Fellowship, was appointed Honorary Professors of Zhengzhou

23   University, Zhongshan University, Xiamen University and Hunan University, and was

24   elected Fellow of the American Association for the Advancement of Science and of the

25   Society for Applied Spectroscopy. I received the ACS Division of Analytical Chemistry

26   Award in Chemical Instrumentation, 4 separate R&D 100 Awards, the Lester W. Strock

1

1    Award, the Pittsburgh Analytical Chemistry Award, the L. S. Palmer Award, the ACS

2    Fisher Award in Analytical Chemistry, the Frederick Conference on Capillary

3    Electrophoresis Award, the Eastern Analytical Symposium Award in Analytical

4    Chemistry, the ACS Award in Chromatography, the International Prize of the Belgian

5    Society of Pharmaceutical Sciences, the Eastern Analytical Symposium Award in

6    Separation Science, the Ralph N. Adams Award in Bioanalytical Chemistry, the Golay

7    Award, and the Chicago Chromatography Discussion Group Merit Award.

8        I have substantial experience in the development of analytical instrumentation,

9    including but not restricted to spectroscopy, microscopy, and chemical imaging.  The

10   underlined items above are examples of peer-recognition of my many scientific

11   contributions in the fields relevant to the present declaration. I have been called by

12   numerous agencies to evaluate scientific proposals and scientific publications with

13   respect of merit and novelty in my capacity as editor of journals and as chair or member

14   of funding panels. In particular, I was a member of the National Academy of Sciences

15   Committee on Chemical Imaging in 2005 and coauthored the report "VISUALIZING

16   CHEMISTRY : THE PROGRESS AND PROMISE OF ADVANCED CHEMICAL

17   IMAGING" published in 2006 by the NATIONAL ACADEMIES PRESS Washington,

18   D.C. [www.nap.edu]. I have given approximately 700 invited lectures worldwide, many

19   of which were in the areas of spectroscopy and chemical imaging. I have published

20   approximately 400 articles in scientific journals dealing with analytical and physical

21   chemistry. Many of these involve chemical imaging (publications No. 40, 44, 59, 81, 92,

22   94, 109, 116, 151, 163, 164, 171, 173, 176, 184, 191, 208, 210, 215, 231, 232, 248, 284,

23   292, 293, 294, 313, 314, 323, 327, 329, 330, 331, 332, 334, 342, 358, 372, 377, 385, 392)

1    and/or microscopy (publications No. 234, 256, 262, 264, 267, 269, 271, 276, 281, 286,

2    290, 291, 295, 297, 303, 304, 308, 309, 315, 317, 322, 328, 340, 343, 344, 348, 349, 350,

3    354, 359, 360, 361, 362, 364, 365, 366, 367, 370, 371, 373, 374, 375, 379, 380, 382, 383,

4    384, 386, 387, 388, 389, 391, 395, 396). I have published in peer-reviewed international

5    journals on Raman (publications No. 8, 9, 10, 21, 28, 29, 39, 69, 90) and on infrared

6    (publications No. 11, 12, 13, 16, 17, 18, 23, 27, 45, 70, 111) spectroscopies. In addition, I

7    hold 22 issued U.S. patents on analytical instrumentation, some of which are in the area

8    of chemical imaging (U.S. Patents No. 5,192,407, 5,324,401, 5,498,324, 5,582,705,

9    5,741,411, 6,788,414). I have written, submitted, and have been successful in competing

10   for numerous scientific proposals to various funding agencies, including SBIR Phase I

11   and Phase II proposals and a NIST-ATP proposal. I have also served on numerous review

12   panels on behalf of various funding agencies, including panels that review SBIR Phase I

13   and Phase II proposals.

14        My curriculum vitae attached here as Schedule A, contains further statements of

15   my qualifications as an expert in the subject matter of this declaration. In addition, I have

16   previously served as an expert witness within the last four years in the case of Bio-Rad

17   Laboratories, Inc. v. Applera Corporation, Case No. C02-5946 JW.

18

19   2. PURPOSE AND SCOPE

20        I have been asked by counsel from Morgan, Lewis & Bockius, LLP, Philadelphia,

21   Pennsylvania, to offer my opinions on the following matters

22   (a) differences between U.S. Patent No. 6,734,962 ('962 patent)/reissue application No.

23   11/103,423 and the prior art; and

3

1    (b) the allegations of co-inventorship raised by plaintiffs in Miller, Hoyt, and Cambridge

2    Research and Instrumentation, Inc. v. Treado and ChemImage Corp., U.S. District Court

3    for the District of Massachusetts filed February 24, 2005.

4           In the above capacity, I have been compensated at a rate of $250.00 per hour.

5

6    3. REFERENCE MATERIALS

7           In preparing this report, I have examined the documents listed in the attached

8    Schedule B. In addition, I have interviewed the people listed in the attached Schedule C.

9           I hereby reserve the right to supplement this report as additional information

10   becomes available to me.

11

12   *II. DISCUSSION OF OPINIONS*

13   1. NEAR INFRARED CHEMICAL IMAGING

14          Imaging refers to the method of obtaining certain location-specific information

15   from an object. NIR chemical imaging is a specialized subset of imaging that allows one

16   to identify the chemical composition of an object based on the way the object absorbs

17   NIR light.  These absorption properties of the object are derived from molecular

18   vibrations and rotations that have well defined energy intervals, thereby creating

19   spectrally distinct fingerprints at NIR wavelengths. When NIR wavelengths are involved,

20   these features are generally associated with the vibrational overtones, or multiples of

21   vibrations, of the molecules. When middle infrared (IR) wavelengths are involved, the

22   features are generally associated with the fundamental vibrations plus rotations of the

4

1   molecule(s). When far infrared (FIR) wavelengths are involved, the features are generally

2   associated with rotations of the molecules.

3         Infrared chemical imaging, regardless of whether the wavelength is at NIR, IR or

4   FIR, is distinctly different from other types of chemical imaging such as Raman chemical

5   imaging. The former depends on exciting molecular vibrations and rotations by direct

6   absorption of light at specific wavelengths while the latter depends on exciting the

7   molecule to a higher electronic state (discrete or virtual) and relaxing back to an excited

8   molecular vibrational or rotational state to produce inelastically scattered light. The fact

9   that these two are completely different spectroscopic techniques is underscored by the

10  fact that infrared and Raman spectra are mutually exclusive, i.e., vibrational and

11  rotational features that show up in one mode is typically absent in the other mode.

12  Furthermore, while infrared intensities are isotropic, Raman intensities are generally

13  directional and are polarization dependent.

14        There is a form of Raman chemical imaging that involves radiation at NIR

15  wavelengths. That occurs when a red (e.g. 647-nm Kr ion laser, CRI SBIR Phase I final

16  report, p. 11, referenced as Document 1-3 p. 14) or NIR (e.g. 1,060 nm Nd:YAG laser)

17  light source is utilized for Raman excitation. The inelastically scattered Raman radiation

18  then occurs in the NIR region when energy is transferred to the molecules. The chemical

19  (molecular) information is different between NIR imaging and Raman imaging. The

20  radiation detected is different (*vide supra*) regarding directional and polarization

21  properties. The wavelength requirements of NIR chemical imaging and Raman chemical

22  imaging in the NIR are different. The former necessarily spans a broad spectral range

23  (typically 700 nm to 3,300 nm) to access all common vibrational bands while the latter

5

1    spans only a narrow spectral range immediately to the infrared side of the illuminating

2    radiation (typically 647-836 nm for 647 nm illumination and 1,060-1,685 nm for 1,060

3    nm illumination). The methods are also different operationally since the radiation

4    collected and analyzed is always at the SAME wavelength as the illuminating radiation in

5    NIR imaging but is always at DIFFERENT wavelengths from the illuminating radiation in

6    Raman imaging. The system requirements are different since the radiation collected and

7    analyzed is typically at a SIMILAR intensity range as the illuminating radiation in NIR

8    imaging but is MUCH WEAKER than the illuminating radiation in Raman imaging. Indeed,

9    suppression of the illuminating radiation that reaches the detector, e.g. by introducing

10   additional notch filters, is a major design concern for Raman imaging systems whereas in

11   NIR imaging it is the illuminating radiation that is specifically detected. It is my opinion

12   that people skilled in the art of Raman chemical imaging, including those people who are

13   familiar with Raman chemical imaging in the NIR wavelength region, around the time of

14   the '962 patent, would not necessarily be knowledgeable in NIR chemical imaging.

15

16   2. U.S. PATENT NO. 6,734,962

17        The '962 patent discloses a near infrared (NIR) chemical imaging system that

18   consists of 4 components [Claim 1, column 14, lines 20-33]. First, a light source in the

19   NIR wavelength region illuminates the sample. Second, an optical component collimates

20   the NIR light that is transmitted, reflected, emitted or scattered from the sample. Third, an

21   NIR imaging spectrometer selects a range of wavelengths in the beam. Fourth, a detector

22   collects and records the image that has been filtered. The '962 patent further discloses a

23   system that combines NIR imagery with visible wavelength imagery [Claim 12, column

1 · 15, lines 25-39]. Then, a variety of methods to process the collected NIR images are

2 disclosed [Claims 13-16, column 15, line 41 to column 16, line 48].

3

4 (i) Claims 1 Through 6 in the '962 Patent

5     Claim 1 of the '962 patent [column 14, lines 20-33] consists of 4 components. It

6 is my opinion that all 4 components as specified are present in the combined system

7 described in Lewis et al. (U.S. Patent No. 5,377,003). Lewis recites all 4 components in

8 his Claim 1. Lewis specifically recites "a source of broadband light" and "for use in near-

9 infrared absorption microscopy", which teaches component (a), followed by "collimation

10 means for directing said broad-band light", which teaches component (b), followed by

11 "selecting a near-infrared wavelength of the broadband light to be filtered by the acousto-

12 optic tunable filter (AOTF) and passed through the acousto-optic tunable filter", which

13 teaches component (c) since an acousto-optic tunable filter is one kind of near infrared

14 imaging spectrometer [column 2, lines 49-51], and "a focal plane array detector

15 comprising a two-dimensional array of charge coupled devices, wherein said charge

16 coupled devices of said focal plane array detector measure the intensity of light

17 transmitted or reflected from each of said plurality of spatial locations", which teaches

18 component (d) since an image comprises detection at a plurality of spatial locations. It is

19 my opinion that any differences between Claim 1 of the '962 patent and Claim 1 of the

20 '003 patent would have been obvious to a practitioner of ordinary skill in the relevant

21 field at that time. Claim 1 of the '962 patent is therefore not patentable over the '003

22 patent based on the existence of prior art. The dependent claims 2 through 6 in the '962

23 patent are also not patentable over the '003 patent. These differences would have been

7

1   obvious because they are nothing more than design choices that would have been within

2   the skills of persons in the art at that time. I was not able to identify other indicators of

3   non-obviousness such as a long-felt need for the invention, the failure of others to perfect

4   the invention, or commercial success.

5

6   (ii) Reissue Application No. 11/103,423

7          I understand that in view of the '003 patent, a reissue application was filed to

8   amend and to narrow the claims in the '962 patent. Two distinct aspects were included.

9   First, the word "scattered (light)" was eliminated. This clarifies the confusion between

10  "elastically scattered light" and "inelastically scattered light." The latter includes Raman

11  scattering and thus may conflict with Raman chemical imaging in the NIR that is already

12  known at the time of the filing of the '962 patent. Second, the NIR imaging spectrometer

13  is specifically defined to be a liquid crystal tunable filter (LCTF). Since the '003 patent

14  uses an AOTF and not an LCTF imaging spectrometer, conflict with the '003 patent no

15  longer exists.

16

17  (iii) Claims 1 Through 6 in Reissue Application

18         The examiner of the reissue application (office action dated 9/25/2006) rejected

19  Claims 1 through 6 of the reissue application, stating that all 4 components in Claim 1

20  were taught by U.S. Patent No. 5,943,129 in view of U.S. Patent No. 6,711,283. I agree

21  with the examiner that the '129 patent teaches components (a), (c) and (d) in Claim 1 of

22  the reissue application and the '283 patent teaches component (b) of the reissue

23  application. A person skilled in the art would have found the combination of the '129

8

1    patent and the '283 patent obvious for the reasons stated by the examiner. Claim 1 of the

2    reissue application is therefore not patentable. Consequently, the dependent claims 2

3    through 6 in the reissue application are also unpatentable over the '129 patent and the

4    '283 patent. In addition, the "illumination source" in Claim 2 is taught by the '129 patent

5    since several illumination sources were specified in the '129 patent, the "infinity-

6    corrected objective" in Claim 3 is taught by the '129 patent in view of the '283 patent

7    since the latter specified such an objective, the combination of LCTF and another filter in

8    Claim 4 is taught by the '129 patent, and the infrared array detectors in Claims 5 and 6

9    are taught by the '129 patent which specified one type of infrared array detector.

10

11   (iv) Inventions Allowed in the Reissue Application

12         Claim 7 and the associated dependent claims 8 through 11 as well as independent

13   claims 12 and 13 in the reissue application specify the combination of NIR chemical

14   imaging with a visible wavelength imagery system. This combination is not found in the

15   published literature on or before the date of the original patent application. In particular,

16   this combination is not taught by the '129 patent or by the '283 patent, or is it obvious to

17   those skilled in the art at the time of the original patent application. I agree with the

18   examiner that claims 7-13 describe a system that is novel and should therefore be

19   patentable.

20         The combination of the NIR image with the visible wavelength image offers

21   valuable information that the individual images cannot provide. Visible wavelength

22   imagery is the most common form of microscopy. It allows visualization of the

23   morphology and certain light-blocking properties of the sample. The latter includes

9

1    absorption, refraction and elastic scattering. The NIR image maps the spatial distributions

2    of chemical species in the sample based on the fact that NIR absorption wavelengths are

3    fingerprints of molecular structures. Features in the NIR image must be related to features

4    in the visible image to facilitate interpretation of the observations in either one. The

5    recognition of the added value of having both NIR imagery and visible wavelength

6    imagery is the essence of the inventions disclosed by claims 7-13 of the reissue

7    application. There is no evidence that any person other than defendant Treado, Matthew

8    Nelson and Scott Keitzer conceived of the combination of NIR imagery and visible

9    wavelength imagery in a single platform. On the other hand, there is no documentation

10.   that plaintiffs Miller and Hoyt recognized the salient features of the combination of NIR

11    imagery and visible wavelength imagery.

12

13    3. COMPLAINT IN MILLER, HOYT, AND CAMBRIDGE RESEARCH AND

14    INSTRUMENTATION, INC. V. TREADO AND CHEMIMAGE CORP., U.S.

15    DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS FILED

16    FEBRUARY 24, 2005

17          After the '962 patent was issued, a complaint was filed by Miller, Hoyt and CRI v.

18    Treado and ChemImage. It alleges, among others, that Miller and Hoyt should be named

19    co-inventors in the '962 patent. Cited in support of these allegations are:

20    (a)    the plaintiffs participated in SBIR Phase I and Phase II projects jointly with

21           the defendants;

22    (b)    the LCTF filter employed in the system was developed and manufactured by

23           CRI, including the final version of an Evans split-element LCTF; and

1     (c)     plaintiff Hoyt in knowledgeable in the use of infinity-corrected optics in a

2               Raman imaging microscope.

3        As explained *vide infra*, it is my opinion that each of these, even if true, did not

4     contribute significantly to the inventions in the '962 patent.

5

6     4. ANALYTICAL INSTRUMENTATION: SYSTEM VS. COMPONENT

7     (i) General Discussion

8        Analytical instrumentation, of which the chemical imaging microscope described

9     in the '962 patent is one example, consists of many parts and subcomponents. To achieve

10    its desired function, each of the parts and subcomponents must work in harmony with the

11    other parts and subcomponents. These parts and subcomponents may be standard

12    commercially available items or may be one-of-a-kind items that need to be specially

13    made for the system being assembled. In either case, the parts and subcomponents must

14    be fitted together in an integrated manner and typically with software to create the

15    complete system. It is also common that after the initial testing of the system certain parts

16    or subcomponents have to be substituted, deleted or added to achieve the desired function.

17    A person may develop one or more of the parts or components of a system without

18    recognizing the value of the part or component in the integrated system. In such cases,

19    the person cannot be considered to have contributed significantly to the idea of the

20    complete system. That is, a person must recognize the value of the combination of each

21    and every part or component and how each functions in an integrated manner before the

22    person can make a significant contribution to the development of the system.

11

1        Explicitly recited in the '962 patent is that "the NIR chemical imaging microscope

2    combines in a single platform" [column 4, lines 45-56] the four listed parts and

3    subcomponents of Claim 1 [column 14, lines 22-33]. In addition, the patent states that

4    "comparing the visible, NIR and NIR chemical images, additional useful information can

5    be acquired about the chemical composition, structure and concentration" [column 6,

6    lines 9-12], "the NIR microscope can be used as a volumetric imaging instrument through

7    the means of moving the sample through focus in the Z, axial dimension" [column 6,

8    lines 14-16], "depth dependent images can be reconstructed to form volumetric images of

9    materials without requiring the sample to be moved, again through application of

10    computational optical sectioning reconstruction algorithms" [column 6, lines 39-43], "a

11    novel method that is readily employed by the disclosed microscope invention is a method

12    described as the Chemical Imaging Addition Method" [column 6, lines 52-54], and "this

13    invention incorporates a comprehensive analysis approach that allows the users to

14    carefully plan experiments and optimize instrument parameters." [column 10, lines 3-5] It

15    is my opinion that the chemical imaging system described in the '962 patent provides

16    additional performance features that are not anticipated by or available through knowing

17    the characteristics of the individual parts and subcomponents alone. A corollary is that

18    the assembly of the parts and subcomponents cannot be arbitrary and must involve

19    judicious optimization to achieve the desired performance of the final system. Parts and

20    subcomponents that are designed or manufactured for other purposes may need to be re-

21    optimized when integrated into the final system.

22

23    (ii) Infinity-Corrected Near Infrared Optimized Objective

1    It is well known in the field of microscopy around the time of the '962 patent that

2    there is a class of lenses called "infinity-corrected objective". Operationally such optics

3    allows the collected light to be mostly collimated (parallel light rays) over a reasonable

4    distance in the instrument. The two main reasons for employing such objectives is to

5    allow placement of intervening optical components that mechanically require the longer

6    distance and to avoid distortion caused by intervening optical components that have

7    angular dependent properties. Examples of optical components that have angular

8    dependent properties include, but are not limited to, certain dielectric filters (bandpass

9    and bandreject) and notch filters, interferometers (Fabry Perot filters), birefringent

10   devices, prisms, liquid crystal tunable filters (LCTF), acousto-optic tunable filters

11   (AOTF), and optical fibers. Even for these optical components, the use of infinity-

12   corrected objectives is not mandatory but is rather preferred. This is because it is always

13   possible to produce mostly collimated light from any (positive) objective by adjusting the

14   working distance (distance between the objective and the object being imaged).

15       The deployment of an infinity-corrected objective, or any other optical component,

16   in an imaging system requires design and optimization. For a perfectly infinity-corrected

17   objective, the collected light forms truly parallel rays, but an image cannot be formed at

18   the detection plane, for example the focal plane array detector. In such a situation, a tube

19   lens may be introduced to refocus the light rays onto the detection plane. The "summary"

20   of the '962 patent teaches the use of a NIR optimized microscope with infinity-corrected

21   objectives to form the image with or without the use of a tube lens. [column 3, lines 50-

22   53] The "description" of the inventions in the '962 patent teaches the use of infinity-

23   corrected objectives to form an image without the use of a tube lens [column 5, lines 42-

1   45] "to minimize chromatic aberration, maximize throughput and reduce cost." [column 5,

2   lines 49-51]. This design resulted from work and discussions at ChemImage between

3   defendant Treado and Mr. Keitzer. [p. 67-69 of the transcript of the deposition of Scott

4   Keitzer on November 9, 2006] It is my opinion that an infinity-corrected, or any other,

5   objective is only relevant to the '962 patent in the context of the complete imaging

6   system. Without detailed, in-depth understanding of the entire near infrared radiation

7   chemical imaging system, a person would not be able to incorporate an infinity-corrected

8   objective into a microscope and achieve the desired function. It is also my opinion that a

9   person skilled in the art of deploying infinity-corrected objectives in Raman imaging

10  cannot be assumed to be someone also skilled in the art of deploying infinity-corrected

11  objectives in NIR imaging.

12          Referring to item 10 (p. 3) of the complaint, it alleges that in 1993 plaintiff Hoyt

13  conceived of the idea of using infinity-corrected optics in a Raman imaging microscope

14  and conveyed the idea to defendant Treado. It is my opinion that this item is completely

15  irrelevant to the '962 patent. First, Raman imaging is different from NIR imaging, as

16  elucidated *vide supra*. Even if plaintiff Hoyt conceived of the idea of an infinity-corrected

17  objective during the SBIR Phase I and Phase II work, it was in the context of Raman

18  imaging and not near infrared chemical imaging. Second, defendant Treado was already

19  aware of the use of infinity-corrective objectives in a NIR imaging system prior to 1993.

20  Specifically, on June 9, 1992, when defendant Treado was employed at the National

21  Institutes of Health, he placed a purchase order for an "infrared microscope objective",

22  "optimized in the near-infrared", "compatible with an existing laboratory microscope",

23  and "employed…in our ongoing spectroscopic imaging microscopy studies." [CRI 02913

14

1    and 02914]. Prior to that, in the research proposal Z01-DK-29001-19-LCP dated on or

2    before October 1, 1990, the incorporation of "infinity-corrected optics" into a microscope

3    so that "an increased microscope tube length affords intermediate placement of necessary

4    optics." [CI 02915 under item 6 of CI 02919]. Also, in another purchase order requested

5    by defendant Treado and sent to Optical Elements Corporation from the National

6    Institutes of Health dated March 14, 1991, items 1-LM530T, 1-LM540 and 1-LM550 are

7    specifically infinity-corrected objectives that are utilized in the microscope system being

8    purchased. [CI02924]

9         Defendant Treado is already fully knowledgeable in the use of infinity-corrected

10   objectives (optics) in a NIR imaging microscope prior to any contacts with plaintiff Hoyt

11   that allegedly occurred in 1993. Furthermore, any alleged conversation with plaintiff

12   Hoyt had been restricted to the use of infinity-corrected optics in a Raman imaging

13   microscope, as specified in the complaint. Item 10 in the complaint is thus irrelevant to

14   the '962 patent.

15        Referring to item 32 of the complaint, the infinity-corrected NIR optimized

16   microscope objective was stated as a part or subcomponent of the chemical imaging

17   system as described in the '962 patent. It has already been noted, *vide supra,* that

18   defendant Treado was someone already skilled in the art of infinity-corrected objectives

19   as applied to NIR imaging prior to any contacts with CRI and more specifically with

20   plaintiff Hoyt. Even disregarding that, the part was not designed or manufactured by CRI,

21   and the implementation of the part in the SBIR Phase I and Phase II project was

22   exclusively in a Raman chemical imaging microscope that may or may not operate in the

23   NIR. In connection with the SBIR Phase I and Phase II projects and during any

04/30/07  15:28 FAX 5152940266        E S YEUNG                          ☒017

1    discussions with defendant Treado in connection with such work, I have seen no evidence

2    that plaintiff Hoyt recognized the potential use of the part in a chemical imaging system

3    as described in the '962 patent or communicated information related to the ideas leading

4    to claim 3 of the '962 patent to defendant Treado.

5

6    (iii) Evans Split-Element LCTF

7          The concept behind this version of LCTF originated from a publication authored

8    by J. W. Evans in 1958 [J. Opt. Soc. Am., Vol. 48, p. 142]. The Evans design is one of

9    many possible versions of LCTF, some of which were listed in the '962 patent in column

10   5, lines 34- 41, and column 14, lines 60-67. The list recites Lyot, Evans, Sole,

11   ferroelectric, Fabry Perot, hybrids of the above, and combinations of one of the above

12   with other fixed filters. Any of these can serve as the "near infrared imaging

13   spectrometer" in the chemical imaging system [column 14, lines 29-31]. It is my opinion

14   that conception of the idea of incorporating any one type of LCTF in a near infrared

15   chemical imaging system does not imply conception of the idea of the complete infrared

16   chemical imaging system. In particular, referring to item 11 in the complaint, conception

17   of the idea of the Evans design, even if true, does not imply that plaintiff Miller made a

18   significant contribution to the chemical imaging system described in the '962 patent

19   [column 14, lines 20-21]. Furthermore, since the SBIR Phase I project and the SBIR

20   Phase II project [items 11, 13 and 18 in the complaint] were directed towards Raman

21   imaging and since Raman imaging is fundamentally different from NIR imaging

22   especially in their operational requirements, *vide supra*, any references in these proposals

16

04/30/07  15:29 FAX 5152940266          E S YEUNG                               ☑018

1    to the deployment of the Evans design are irrelevant to the deployment of the same in a

2    near infrared radiation chemical imaging system in the '962 patent.

3          Referring to item 31 of the complaint, it is alleged that plaintiff Miller conceived

4    of using an Evans split-element LTCF in a chemical imaging system using near infrared

5    radiation. The documents pertaining to the Phase I and Phase II SBIR projects at most

6    suggest that plaintiff Miller was involved in providing an Evans split-element LCTF that

7    was later used in Raman imaging in the NIR region. As argued *vide supra*, NIR chemical

8    imaging as represented in the '962 patent has completely different fundamental

9    mechanisms and requires completely different operational considerations compared to

10    Raman imaging in the infrared region. Furthermore, according to item 18 in the

11    complaint, plaintiff Miller and CRI "built and sold to defendant ChemImage or its

12    predecessor Evans split-element filters optimized for use in Raman imaging microscopes

13    using near infrared radiation." Throughout the project periods of the SBIR Phase I and

14    Phase II projects, the role of CRI with respect to Treado/ChemIcon was as a supplier of a

15    custom part [purchase order dated 11/12/96, CRI 000186, and another dated 12/10/96,

16    CRI 000465] that had since become commercially available. That part was originally

17    designed and developed for a different purpose (Raman imaging in the infrared vs.

18    infrared chemical imaging) and, being one type of LCTF, it is just one example of an NIR

19    imaging spectrometer. I have seen no evidence that plaintiff Miller recognized the

20    potential use of the part in an NIR chemical imaging system or conceived of the idea in

21    claim 4 of the '962 patent in connection with the Phase I and Phase II SBIR projects.

22    Finally, on p. 35 of Document 1-4 filed 2/24/2005, under section "patent status", it is

23    stated that the filters used were covered under separate patents from CRI and that "no

1    patents were filed as a result of the Phase I effort." In the same proposal (p. 31 of the

2    Phase II proposal and the Phase I final report), the Evans split-element LCTF was

3    described. Plaintiff Miller also stated the same in his own words [p. 250, line 14 of

4    deposition dated 10/17/06]. Therefore, even plaintiff Miller himself considered the Evans

5    split-element LCTF not patentable. Such a conclusion by plaintiff Miller is not surprising

6    in view of the publication of the specific description of the Evans split-element LCTF in

7    the Sharp patent (U.S. patent 5,528,393) prior to any documented mention of the Evans

8    split-element LCTF by plaintiff Miller.

9

10   5. SBIR PROPOSALS

11          Referring to item 7 in the complaint and subsequent items in the complaint that

12   refer to Phase I and Phase II SBIR proposals, it is my opinion that being a Principal

13   Investigator/Project Director does not imply that a person first conceived of the proposed

14   ideas. Furthermore, performing work in such a funded project does not imply that a

15   person is involved in any discovery or conception of new ideas that occurs during the

16   project period. Finally, being named as a coauthor in a scientific publication or having

17   contributed to the preparation of a report does not infer that a person is involved in any

18   discovery or conception of new ideas that is stated in the publication or report.

19          In the case of SBIR grants, it is a requirement of those funding agencies that the

20   Principal Investigator/Project Leader hold less than the equivalent of a half-time position

21   in an academic institution [e.g., Section 2 (p. 4) of NSF SBIR Solicitation Brochure,

22   CRI000270]. At the time of submission of the proposals cited in the complaint, defendant

23   Treado held more than the equivalent of a half-time position at the University of

04/30/07  15:30 FAX 5152940266          E S YEUNG                    ☑020

1    Pittsburgh [Treado deposition dated October 12, 2006, p. 34, lines 22-25] throughout the

2    project periods. Therefore, regardless of defendant Treado's contributions to the ideas

3    and discoveries in those projects, he cannot be designated as the Principal

4    Investigator/Project Leader. Furthermore, since defendant Treado was a full-time

5    employee of the University of Pittsburgh, he was precluded from participating in those

6    projects as a salaried employee of the "company." Defendant Treado's role as

7    "consultant" on the projects with a limited number of hours was the only type of formal

8    involvement that would be allowed by his employer, regardless the actual degree of effort

9    or hours spent by defendant Treado during the project period.

10          It is my experience with SBIR proposals that involve an academic consultant and

11   a small business, it is typically the former who conceives of the idea, solicits the

12   cooperation of a small business, and joins the project as a consultant in order to take

13   advantage of such types of funding and to perform work that is outside the scope of the

14   regular employment of the former. Often such proposals build on other research projects

15   that are performed in the laboratory of the former that have potential for

16   commercialization. In many cases, the latter is incorporated specifically to allow the

17   former access to such types of funding. An example is the use of a subcontract to the

18   academic institution to fund work that is performed in the laboratory of the former.

19

20   ***III. GENERAL CONCLUSIONS***

21          Having examined all the documents available to me and having interviewed

22   several key individuals in the dispute, it is my opinion that the plaintiffs' complaints are

23   not supported by the facts. At the very heart is the fact that a system contains multiple

19

1    components, as in Claims 1 and 7 of the '962 patent. In connection with the Phase I and

2    Phase II SBIR projects, plaintiff Miller did not conceive of the deployment of the Evans

3    split-element LCTF filter in view of the '393 patent (Sharp). Even if plaintiff Miller did,

4    it was in the context of Raman imaging in the near infrared wavelength region and not in

5    the context of NIR chemical imaging. Further, even if plaintiff Miller conceived of all

6    possible applications involving the Evans split-element LCFT in connection with the

7    Phase I and Phase II SBIR projects, it is my opinion that he did not recognize the value or

8    the technical modifications needed for deploying the same filter in the integrated platform

9    of a near-infrared chemical imaging system or of a combined near infrared/visible

10   imagery system. I also have seen no evidence that, in connection with the Phase I and

11   Phase II SBIR projects, plaintiff Hoyt conceived of the deployment of the infinity-

12   corrected objective in the chemical imaging system in the '962 patent or communicated

13   such concepts to defendant Treado. On the contrary, the documents show that defendant

14   Treado had prior experience in using such objectives. Even if plaintiff Hoyt did, it was in

15   the context of Raman imaging in the near infrared wavelength region and not in the

16   context of NIR chemical imaging. Further, even if plaintiff Hoyt conceived of all possible

17   applications involving the infinity-corrected objective, I have seen no evidence that in

18   connection with the Phase I and Phase II SBIR projects, he recognized the value or the

19   technical modifications needed for deploying the same objective in the integrated

20   platform of a near-infrared chemical imaging system or of a combined near

21   infrared/visible imagery system.

22         As for the '962 patent, I agree with the examiner that prior art exists for Claims 1

23   through 6, making them obvious over prior art. In contrast, Claims 7-13 of the reissue

04/30/07  15:30 FAX 5152940266          E S YEUNG                    ☒022

1    application contains all 4 elements of Claim 1 in the '962 patent plus a visible imagery

2    component. Such a combination is highly valuable but is not anticipated or taught in prior

3    art. Therefore, it is my opinion that claims 7-13 in the reissue application are novel and

4    non-obvious.

5

6

7    Respectfully submitted,

8

9    *Edward S. Yeung*

10   Dr. Edward S. Yeung
11   Distinguished Professor of Liberal Arts and Sciences
12   Iowa State University
13   Ames, Iowa 50011
14   Tel. (515)294-8062
15   Fax (515)294-0266
16

17

18

19   Dated: April 30, 2007

**SCHEDULE A**

PROFESSIONAL BIOGRAPHY

EDWARD S. YEUNG

## PERSONAL

| | |
|---|---|
| Name: | Edward Szeshing Yeung |
| Date of Birth: | February 17, 1948 |
| Place of Birth: | Hong Kong, B.C.C. |
| Marital Status: | Married - Anna (Seto) Yeung |
| Citizenship: | U.S. |

## EDUCATION

| | |
|---|---|
| High School: | St. Paul's Co-Ed, Hong Kong - 1965 |
| College: | A.B., 1968 - Cornell University, Ithaca, NY, magna cum laude (1965-1968) |
| | Ph.D., 1972 - University of California at Berkeley (1968-1972) |
| | Thesis:  Photochemistry of Single Vibronic Levels of Formaldehyde |
| | Research Advisor:  Prof. C. Bradley Moore |

## EXPERIENCE

| | |
|---|---|
| 1972-1974 | Instructor in Chemistry at Iowa State University and Assistant Chemist in the Ames Laboratory - AEC |
| 1974-1977 | Assistant Professor in Chemistry, Iowa State University and Associate Chemist in the Ames Laboratory - USAEC |
| 1977-1981 | Associate Professor in Chemistry, Iowa State University and Chemist in the Ames Laboratory - USDOE |
| 1981-1989 | Professor in Chemistry, Iowa State University and Senior Chemist in the Ames Laboratory - USDOE |
| 1989- | Distinguished Professor in Liberal Arts and Sciences, Iowa State University, and Senior Chemist in the Ames Laboratory – USDOE |
| 2003- | Robert Allen Wright Chair Professor, Iowa State University |

## HONORS AND AWARDS

Phi Eta Sigma
Sigma Xi
U.C. Berkeley Science Fellowship (1970-71)
U.C. Berkeley Chancellor Science Fellowship (1971-72)
Alfred P. Sloan Research Fellow (1974-76)
Honorary Professor, Zhengzhou University, P. R. China (1983)
Arthur D. Little Lecturer, Northeastern University (1987)
ACS Division of Analytical Chemistry Chemical Instrumentation Award (1987)
Mid-America State Universities Association Honor Lecturer (1987-88)
External Examiner, Chinese University of Hong Kong (1988-91)
Fellow, Japan Society for the Promotion of Science (1989)
Federal Laboratory Consortium Award for Excellence in Technology Transfer (1989)
1989 R&D 100 Award (most significant new technical product in 1988)
Honor Lectureship, National Science Council, Republic of China (1990)
Merck Academic Development Fellowship (1990-92)
Lester W. Strock Award, Society of Applied Spectroscopy (1990)
McElvain Seminar, University of Wisconsin (1991)
1991 R&D 100 Award (most significant new technical product in 1990)
Varian Lecturer (First), Centre for Analytical/Environmental Chemistry, Carleton University (1992)
Fellow, American Association for the Advancement of Science (1992)
Federal Laboratory Consortium Award for Excellence in Technology Transfer (1993)
Pittsburgh Analytical Chemistry Award (1993)
Elving Lecturer, University of Michigan (1993)
ACS Fisher Award in Analytical Chemistry (1994)
Centennial Lecturer, University of Texas, Austin (1994)
Dow Distinguished Lecturer, Indiana University (1994)
Research Frontiers Lecturer, University of Iowa (1994)
L. S. Palmer Award, Minnesota Chromatography Forum (1994)
Hach Lecturer, University of Wyoming (1994)
Phi Lambda Upsilon Lecturer, Purdue University (1994)
Distinguished Achievement Award, Chinese-American Chemical Society (1995)
Abbott Lecturer, University of North Dakota (1995)
Honorary Professor, Zhongshan University, P. R. China (1995)
Merck, Frosst, Sharp & Dohme Lecturer, University of British Columbia (1996)
Moses Gomberg Lecturer, University of Michigan (1996)
Frontiers in Chemical Research Lecturer, Texas A&M University (1996)
Henry Werner Lecturer, University of Kansas (1996)
Phi Lambda Upsilon Lecturer, Duke University (1997)
Raymond M. Castle Lecturer, Brigham Young University (1997)
Gary W. Griffin Lecturer, University of New Orleans (1997)
1997 R&D 100 Award (most significant new technical product in 1996)
Frederick Conference on Capillary Electrophoresis Award (1997)
Bayer Lecturer, University of New Hampshire (1998)
Eastern Analytical Symposium Award in Analytical Chemistry (1998)
Haines Lecturer, University of South Dakota (1999)
Honorary Professor, Xiamen University, P. R. China (1999)
Francis Clifford Phillips Lecturer, University of Pittsburgh (2000)

Conover Lecturer, Vanderbilt University (2000)
Kolthoff Lecturer, University of Minnesota (2001)
J. Clarence Karcher Lecturer, University of Oklahoma (2001)
2001 R&D 100 Award (Editor's Choice, most significant new technical product in 2000)
ACS Award in Chromatography (2002)
International Prize of the Belgian Society of Pharmaceutical Sciences (2002)
Honorary Professor (First ever), Hunan University, P. R. China (2002)
Burroughs Wellcome Distinguished Lecturer, East Carolina University (2003)
Eastern Analytical Symposium Award in Separation Science (2003)
Woodward Lecturer, Harvard University (2004)
Iowa Inventor of the Year (2004)
Ralph N. Adams Award in Bioanalytical Chemistry, inaugural (2005)
Habermann Lecturer, Marquette University (2006)
M.J.E. Golay Award (2006)
Merit Award, Chicago Chromatography Discussion Group (2006)
Chang Jiang Scholar, PRC (2007)
Fellow, Society for Applied Spectroscopy (2007)

CONFERENCE SYMPOSIA ORGANIZED
(*Denotes current activity)

Chairman, Electronic Spectra Session, XXIX Symposium on Molecular Structure and
       Spectroscopy, Columbus, Ohio, June 10-14, 1974
Chairman to organize Symposium on "Laser-Based Spectroscopic Detectors for HPLC", Fall
       1981 ACS Meeting, New York
Chairman to organize Symposium on "Laser-Based Ultrasensitive Spectroscopy and Detection",
       1983 SPIE Meeting, San Diego
Chairman to organize Symposium on "Laser Applications in Analytical Chemistry", Seventh
       International Conference on Lasers and Applications, San Francisco, November 1984
Program Chairman of 1988 ACS Summer Symposium in Analytical Chemistry
Chairman to organize Symposium on "Detectors for HPLC and SFC", 1987 Pittsburgh
       Conference and Exposition, Atlantic City
Chairman to organize Symposium on "Detectors in Liquid Chromatography", 1987 Spring ACS
       Meeting, Denver
Chairman to organize Symposium on "Laser Applications in Chemical Analysis", Third
       International Laser Science Conference, Atlantic City, 1987
Chairman to organize symposium on "Laser-based Measurements in Chemical Analysis", 27th
       Eastern Analytical Symposium, New York, 1988
Chairman to organize symposium on "Whither Spectrochemical Analysis", Fall National ACS
       Meeting, Los Angeles, September, 1988
Chairman-Elect, 1989, and Chairman, 1990, Gordon Research Conference in Analytical
       Chemistry
Chairman to organize symposium on "Analytical Spectroscopy", Sixth International Laser
       Science Conference, Minneapolis, 1990
Chairman to organize symposium on "Detectors in Chromatography", 29th Eastern Analytical
       Symposium, Somerset, NJ, 1990
Member, Technical Program Committee for the OSA Topical Meeting on Laser Applications to
       Chemical Analysis, Salt Lake City, UT, 1992
Member, Scientific Committee for the NCI Frederick Conference on Capillary Electrophoresis,
       1990-2004

Member, Scientific Committee, 1992 International Symposium on Column Liquid
    Chromatography, Baltimore, MD
Chairman, HPLC-2000 International Symposium on Column Liquid Chromatography, Seattle,
    WA
*Member, Permanent Scientific Committee, International Symposium on High Performance
    Capillary Electrophoresis, 1993-present
Chairman to organize symposium on "Capillary Electrophoresis", 1994 PharmAnalysis
    Conference, Atlantic City, NJ, 1994
Chairman to organize symposium on "DNA Probes and Sequencing", 1994 FACSS Conference,
    St. Louis, MO, 1994
Member, Scientific Committee, 1994 International Symposium on Column Liquid
    Chromatography, Minneapolis, MN
Member, Scientific Committee, 1996 International Symposium for Liquid Phase Separations,
    San Francisco, CA
Member, Scientific Committee, 1996 Asian Pacific Conference on Capillary Electrophoresis,
    Singapore
Member, Advisory Committee, Conference for Worldwide Chinese Young Scientists, 1997,
    2000
Member, Program Committee, BiOS '97, 1997
Member, Program Committee for Optical Society of America Spring Topical Meeting, 1998
Chairman, HPCE '99 International Conference on Capillary Electrophoresis, Palm Springs, 1999
Member, Scientific Committee, 1998 International Symposium for Liquid Phase Separations,
    St. Louis, MO
*Member, Permanent Scientific Committee, International Symposium for Liquid Phase
    Separations, 1998-present
Honorary Advisory Member, Second Worldwide Chinese Symposium on Applied Chemistry,
    Changchun, P. R. China, 1998
Member, Scientific Committee, II Asia Pacific International Symposium on Capillary
    Electrophoresis, Dalian, P. R. China, 1998
Vice Chairman, International Advisory Committee, Third International Symposium of
    Worldwide Chinese Scholars on Analytical Chemistry, Hong Kong, 1998
Member, Scientific Committee, III Asia Pacific International Symposium on Capillary
    Electrophoresis, Hong Kong, 2000
Conference Co-chair, SPIE BIOS 2000 Symposium, San Jose, CA
Member, Scientific Committee, IV Asia Pacific International Symposium on Capillary
    Electrophoresis, Shanghai, 2002
Member, International Scientific Committee, Asianalysis V, 2004
Member, International Scientific Committee, Asianalysis VI, 2005

NATIONAL AND INTERNATIONAL SERVICES
(*Denotes current activity)

Secretary and Treasurer for Ames Section ACS, 1976; Chair-Elect, 1977; Chair, 1978
External Reviewer, Pacific Northwest Laboratory, Analytical Division, Richland, Washington,
    February 1984
Editor, monograph on "Detectors in Liquid Chromatography", Chemical Analysis Series, 1986
Editor, Progress in Analytical Spectroscopy, 1985-1988
Member of Editorial Advisory Board of Spectrochimica Acta, 1985-1989
Member, NIH Metallobiochemistry Study Section, 1986-1990
Member, NIH Special Study Section for Small Business Innovation Research, 1986

Member of Editorial Advisory Board of Analytical Chemistry, 1987
Member of Editorial Advisory Board of Mikrochimica Acta, 1987-1993
Canvassing Committee of an ACS Award, 1986-1989
Member of Jury of an ACS Award, 1986-1988, 1999-2001
Member, Committee on Recommendations for U.S. Army Basic Scientific Research, National
    Research Council, 1987-1990
Member, Commission V-4 (Spectroscopy), International Union of Pure and Applied Chemistry,
    1987-1995
External Examiner, Chinese University of Hong Kong, 1988-1991
Member, Panel to review the human genome projects for the U.S. Department of Energy,
    1988-1991, 1993, 1994
*Associate Editor in charge of the area of spectroscopy, Analytical Chemistry, 1988-present
External Reviewer, Lawrence Berkeley Laboratories Instrumentation Program, 1988
External Reviewer, Oak Ridge National Laboratories Analytical Chemistry Program, 1988
Member, NIH Special Study Section for Shared Instrumentation Grant, 1988
Chairman, NIH Metallobiochemistry Study Section for Academic Research Enhancement
    Awards, 1988
Member of Editorial Advisory Board of Progress in Analytical Spectroscopy, 1989
Member, NSF Review Panel for Chemistry Postdoctoral Fellowships, 1989
Member, NIH Special Review Committee for Technology Development for Genomic Analysis,
    1989
Member, NIH Review Committee for Laser Microbeam Biotechnology Resource, 1989
Councilor (Elected), American Chemical Society, representing the Division of Analytical
    Chemistry, 1989-1992
Member, NIH Special Review Committee for Human Genome Initiative, 1989
Committee Associate, ACS Joint Board-Council Committee on Science, 1990-1992
Member, Advisory Panel, Analytical Chemistry Division of Oak Ridge National Laboratory,
    1990-1993
Member, National Academy of Science Panel on New Measurement Technologies for the Ocean,
    1990-1992
Member of Editorial Advisory Board of Spectrochimica Acta Reviews, 1990-1993
Member, NIH Special Study Section for Biomedical Research Technology Program, 1990
Member, Ad hoc NIH Metallobiochemistry Study Section, 1991, 1992, 1994, 1995
Member, Jury for E. O. Lawrence Memorial Award, 1991
Member, ACS Joint Board-Council Committee on Science, 1993-1995, 1996-1998, 1999-2001
Member, NSF Review Panel for Small Business Innovation Research, 1993
Member, Council of the Gordon Research Conferences, 1994-1996
Chairman, ACS Division of Analytical Chemistry, 1995-1996
Member, Editorial Advisory Board of Journal of Capillary Electrophoresis, 1994-present
Member, Editorial Advisory Board of Journal of High Resolution Chromatography, 1994-2001
Member, NIH Panel to Review Laser Microbeam Resource, 1994
Member, DOE Panel on Laser Instrumentation, 1995
Member, Editorial Advisory Board of Journal of Microcolumn Separations, 1996-2000
Member, DOE Human Genome Site Review Team, 1996, 1997
Member, Ad hoc Study Section for NIH Research Resources, 1996
Member, NIH ad hoc Reviewer Panel, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003
Member, Review Panel for Swedish Research in Analytical Chemistry, 1997
Member, NSF Review Panel for Small Business Innovation Research, 1997, 1998
Member, Review Panel for Separation Sciences in Japan, 1997

\*Member, Advisory Committee of the Institute of Chemistry, Academia Sinica, Taiwan, 1997-present

  Member, External Review Committee, National Taiwan University, Taipei, Taiwan, 1998, Chair, 2004

\*Member, Editorial Advisory Board of Electrophoresis, 1998-present

\*Member, Science Advisory Committee, Hong Kong University of Science and Technology, 1999-present

\*Member, Editorial Advisory Board of Chromatographia, 1998-present

  Member, Editorial Advisory Board of the Journal of Biochemical and Biophysical Methods, 1999-2003

  Member, National Research Council Board on Assessment of NIST Programs, 1999-2001

  External Advisor, University of Hong Kong, 2000-2002

  Member, Committee of Visitors, National Science Foundation, 2001

\*Member, Advisory Committee for the Institute of Atomic and Molecular Science, Academia Sinica, Taiwan, 2001-present

\*Member, Physical Sciences Panel, Research Grants Council, Hong Kong, 2001-2003, Chair, 2003-present

\*Member, International Editorial Board of the Chinese Journal of Chromatography, 2002-present

\*Member, Advisory Board of the Research Center for Micro-Proteomics Science and Technology, Taiwan, 2002-present

  Member, NSF Review Panel for CAREER Awards, 2003

  Member, National Academy of Sciences Committee on Chemical Imaging, 2005

\*Co-Editor, Annual Reviews of Analytical Chemistry, 2006-present

\*Member, External Review Committee, National Tsing Hua University, Hsinchu, Taiwan, 2007

U.S. PATENTS
E. S. Yeung

1.  E. S. Yeung and C. B. Moore, "Isotopic Separation by Photopredissociation"—U.S. Patent #3,983,020 (1976).
    (Patent rights also issued include Canadian Letters Patent No. 1,016,897, French Letters Patent No. 74.02436, Israeli Letters Patent No. 43900, and British Letters Patent No. 1,457,952.

2.  E. S. Yeung and S. D. Woodruff, "Refractive Index and Absorption Detector for Liquid Chromatography Based on Fabry-Perot Interferometry"—U.S. Patent #4,455,089 (1984).

3.  E. S. Yeung, L. E. Steenhoek, S. D. Woodruff and J. C. Kuo, "Micropolarimeter for High Performance Liquid Chromatography"—U.S. Patent #4,498,774 (1985).

4.  S. R. Spurlin and E. S. Yeung, "Sulfide Chemiluminescence Detection"—U.S. Patent #4,555,491 (1985).

5.  S. R. Spurlin and E. S. Yeung, "Method of Generating Chemiluminescent Light"—U.S. Patent #4,575,433 (1986).

6.  S. R. Spurlin and E. S. Yeung, "Apparatus for Use in Sulfide Chemiluminescence Detection"—U.S. Patent #4,634,574 (1987).

7.  R. E. Synovec and E. S. Yeung, "Method for Improving the Limit of Detection in a Data Signal"—U.S. Patent #4,875,169 (1989).

8.  E. S. Yeung and G. Chen, "Method and Means for a Spatial and Temporal Probe for Laser-generated Plumes based on Density Gradients"—U.S. Patent #4,921,348 (1990).

9.  E. S. Yeung and S. L. Chen, "Linearization of Scan Velocity of Resonant Vibrating-Mirror Beam Deflectors"—U.S. Patent #4,984,857 (1991).

10. E. S. Yeung and W. G. Kuhr, "Means and Method for Capillary Zone Electrophoresis with Laser-induced Indirect Fluorescence Detection"—U.S. Patent #5,006,210 (1991).

11. E. S. Yeung, L. B. Koutny, B. L. Hogan, K. C. Chan and Y. Ma, "Means and Method of Detection in Chemical Separation Procedures"—U.S. Patent #5,192,407 (1993).

12. E. S. Yeung and J. A. Taylor, "Multiplexed Fluorescence Detector System for Capillary Electrophoresis"—U.S. Patent #5,324,401 (1994).

13. E. S. Yeung and J. A. Taylor, "Multiplexed Fluorescence Detector System for Capillary Electrophoresis"—U.S. Patent #5,498,324 (1996).

14. E. S. Yeung and Y. Xue, "Noise Suppressing Capillary Separation System"—U.S. Patent #5,540,825 (1996).

15. E. S. Yeung, H-T. Chang, E. N. Fung, Q. Li and X. Lu, "Multiplexed Capillary Electrophoresis System"—U.S. Patent #5,582,705 (1996).

16.    E. S. Yeung, H-T. Chang and E. N. Fung, "Capillaries for Use in a Multiplexed Capillary Electrophoresis System"—U.S. Patent #5,695,626 (1997).

17.    E. S. Yeung, Q. Li and X. Lu, "Multiplexed Capillary Electrophoresis System"—U.S. Patent #5,741,411 (1998).

18.    E. S. Yeung, L. B. Koutny, B. L. Hogan, K. C. Chan and Y. Ma, "Means and Method of Detection in Chemical Separation Procedures"—U.S. Patent #5,879,528 (1999).

19.    E. S. Yeung and Y-C. Chang, "Laser Vaporization/Ionization Interface for Coupling Microscale Separation Techniques with Mass Spectrometry"—U.S. Patent #5,917,185 (1999).

20.    E. S. Yeung and H. Tan, "Integrated Multiplexed Capillary Electrophoresis System"—U.S. Patent #6,387,234 (2002).

21.    E. S. Yeung and X. Gong, "Method of Analyzing Multiple Samples Simultaneously by Detecting Absorption and Systems for Use in Such a Method"—U.S. Patent #6,788,414 (2004).

22.    E. S. Yeung and W. Wei, "Size Separation of Analytes using Monomeric Surfactants"—U.S. Patent #6,878,254 (2005).

# BOOK REVIEWS

## E. S. Yeung

1.  E. S. Yeung, "Laser Light Scattering", an invited Book Review of the monograph by B. Chu, J. Chem. Ed. *52*, A486 (1975).

2.  E. S. Yeung, "The Dynamics of Spectroscopic Transitions", an invited Book Review of the monograph by J. D. Macomber, J. Am. Chem. Soc. *98*, 6766 (1976).

3.  E. S. Yeung, "Liquid Chromatography Detectors", an invited Book Review of the monograph by R. P. W. Scott, 2nd Ed., LC-GC *5(11)*, 994 (1987).

4.  E. S. Yeung, "Laser Remote Chemical Analysis", an invited Book Review of the monograph by R. M. Measures, Appl. Spectrosc. *42(6)*, 20A (1988).

5.  E. S. Yeung, "Laser Microanalysis", an invited Book Review of the monograph by L. Moenke-Blankenburg, Appl. Spectrosc. *44(1)*, 18A (1990).

6.  E. S. Yeung, "Polarized Light in Optics and Spectroscopy", an invited Book Review of the monograph by D. S. Kliger, J. W. Lewis, and C. E. Randall, Spectrosc. *7(5)*, 50 (1992).

7.  E. S. Yeung, "A Practical Guide to HPLC Detection", an invited Book Review of the monograph by D. Parriott, J. Chromatogr. *641*, 203 (1993).

8.  E. S. Yeung, "Advances in Near-Infrared Measurements" an invited Book Review of the monograph by G. Patonay, J. Am. Chem. Soc. *116*, 9810 (1994).

TECHNICAL REPORTS

E. S. Yeung

1.   G. D. T. Tejwani and E. S. Yeung, "Calculated Pressure-Broadened Linewidths of Ozone", IS-3575 Technical Report (1975).

     This report summarizes the results in publication #11. This has already found use by air pollution researchers and atmospheric researchers.

2.   G. D. T. Tejwani and E. S. Yeung, "Calculated Pressure-Broadened Linewidths of $NO_2$", IS-3621 Technical Report (1975).

     This report summarizes the results in publication #12. This has already found use by air pollution researchers and atmospheric researchers.

3.   G. D. T. Tejwani and E. S. Yeung, "Calculated Pressure-Broadened Linewidths of Hydrogen Sulfide", IS-3904 Technical Report (1976).

     This report summarizes the results in publication #16. This has already found use by air pollution researchers and atmospheric researchers.

4.   G. D. T. Tejwani and E. S. Yeung, "Calculated Pressure-Broadened Linewidths of Formaldehyde", IS-4081 Technical Report (1977).

     This report summarizes the results in publication #18. This has already found use by air pollution researchers and atmospheric researchers.

5.   G. D. T. Tejwani and E. S. Yeung, "Calculated Pressure-Broadened Linewidths of $HNO_3$", IS-4256 Technical Report (1977).

     This report summarizes the results in publication #23. This has already found use by air pollution researchers and atmospheric researchers.

6.   G. D. T. Tejwani and E. S. Yeung, "Calculated Pressure-Broadened Linewidths of Ethylene", IS-4373 Technical Report (1978).

     This report summarizes the results in publication #27. This has already found use by air pollution researchers and atmospheric researchers.

LIST OF PUBLICATIONS

Edward S. Yeung

1.  R. F. Porter and E. S. Yeung, "Photochemistry of Borazine. Preparation and Characterization of Isotopically Substituted B-Monoaminoborazines", Inorg. Chem., *7*, 1306 (1968).

2.  E. S. Yeung and C. B. Moore, "Tunable Ultraviolet Laser Excitation of Formaldehyde. An Application of Nonlinear Optics in Chemistry", J. Am. Chem. Soc., *93*, 2059 (1971).

3.  E. S. Yeung and C. B. Moore, "Photochemistry of Single Vibronic States: An Application of Nonlinear Optics", in *Fundamental and Applied Laser Physics*; M. S. Feld, A. Javan and N. Kurnit, Eds.; Wiley: New York, 1973; p. 223.

4.  E. S. Yeung and C. B. Moore, "Isotopic Separation by Photopredissociation", Appl. Phys. Lett., *21*, 109 (1972).

5.  E. S. Yeung, "Radiative Pathways in Formaldehyde", J. Mol. Spectrosc., *45*, 142 (1973).

6.  E. S. Yeung and C. B. Moore, "Photochemistry of Single Vibronic Levels of Formaldehyde", J. Chem. Phys., *58*, 3988 (1973).

7.  E. S. Yeung and C. B. Moore, "Predissociation Model for Formaldehyde", J. Chem. Phys., *60*, 2139 (1974).

8.  E. S. Yeung, "Inverse Raman Effect: A Quantitative Spectroscopic Technique", J. Mol. Spectrosc., *53*, 379 (1974).

9.  E. S. Yeung, M. Heiling and G. J. Small, "Pre-resonance Raman Intensities", Spectrochim. Acta, *31A*, 1921 (1975).

10. G. J. Small and E. S. Yeung, "Non-Adiabatic Vibronic Interactions and the Raman Effect", Chem. Phys., *9*, 379 (1975).

11. G. D. T. Tejwani and E. S. Yeung, "Pressure-Broadened Linewidths of Ozone", J. Chem. Phys., *63*, 1513 (1975).

12. G. D. T. Tejwani and E. S. Yeung, "Pressure-Broadened Linewidths of Nitrogen Dioxide", J. Chem. Phys., *63*, 4562 (1975).

13. B. M. Golden and E. S. Yeung, "Analytical Lines for Long-Path Infrared Absorption Spectrometry of Air Pollutants", Anal. Chem., *47*, 2132 (1975).

14. H. L. Brod and E. S. Yeung, "Atomic Fluorescence Spectrometry using a Flashlamp-pumped Dye Laser", Anal. Chem., *48*, 344 (1976).

15. R. Pruiksma, J. Ziemer and E. S. Yeung, "Application of Interferometry to Simultaneous Multielement Atomic Emission Spectrometry", Anal. Chem., *48*, 667 (1976).

16. G. D. T. Tejwani and E. S. Yeung, "Pressure-Broadened Linewidths of Hydrogen Sulfide", J. Quant. Spectrosc. and Radiative Transfer, *17*, 323 (1977).

17. G. D. T. Tejwani, B. M. Golden and E. S. Yeung, "Pressure-Broadened Linewidths of Nitric Oxide", J. Chem. Phys., *65*, 5110 (1976).

18. G. D. T. Tejwani and E. S. Yeung, "Pressure-Broadened Linewidths of Formaldehyde", J. Chem. Phys., *66*, 4915 (1977).

19. V. SethuRaman, G. J. Small and E. S. Yeung, "Two-Photon Spectrometer based on Flashlamp-pumped Dye Lasers", Rev. Sci. Instruments, *48*, 1436 (1977).

20. M. J. Sepaniak and E. S. Yeung, "Laser Two-Photon Excited Fluorescence Detection for High Pressure Liquid Chromatography", Anal. Chem., *49*, 1554 (1977).

21. I. C. Khoo and E. S. Yeung, "The Possibility of Studying Molecular Homogeneous Linewidth using Coherent Anti-Stokes Raman Scattering", Optics Comm., *22*, 83 (1977).

22. K. M. Chen, I. C. Khoo, L. Steenhoek and E. S. Yeung, "Doppler-free Two-photon Absorption Spectroscopy of Naphthalene", Optics Comm., *23*, 90 (1977).

23. G. D. T. Tejwani and E. S. Yeung, "Pressure-Broadened Linewidths of $HNO_3$", J. Chem. Phys., *68*, 2012 (1978).

24. D. A. Goff and E. S. Yeung, "Atomic Fluorescence Spectrometry with a Wavelength-modulated Continuous Wave Dye Laser", Anal. Chem., *50*, 625 (1978).

25. K. M. Chen and E. S. Yeung, "Rovibronic Two-photon Transitions of Symmetric Top Molecules", J. Chem. Phys., *69*, 43 (1978).

26. G. A. Korba and E. S. Yeung, "Applications of Fabry-Perot Interferometry in Multi-element Flame Emission Analysis", Anal. Chim. Acta, *99*, 209 (1978).

27. G. D. T. Tejwani and E. S. Yeung, "Pressure-Broadened Linewidths of Ethylene", J. Quant. Spectrosc. and Radiative Transfer, *20*, 499 (1978).

28. L. J. Hughes, L. E. Steenhoek and E. S. Yeung, "Determination of Absolute Raman Cross-sections using the Inverse Raman Effect", Chem. Phys. Lett., *58*, 413 (1978).

29. E. S. Yeung, "Spectroscopy by Inverse Raman Scattering", in ACS Symposium Series; Ed., G. Hieftje; American Chemical Society, Washington, DC, *85*, p. 193 (1978).

30. K. M. Chen, L. E. Steenhoek and E. S. Yeung, "Resonance Enhanced Three-photon Absorption of Molecular Iodine", Chem. Phys. Lett., *59*, 222 (1978).

31. K. M. Chen and E. S. Yeung, "Two-photon Excited Fluorescence Spectroscopy", J. Chem. Phys., *70*, 1312 (1979).

32. K. M. Chen and E. S. Yeung, "Resonance Fluorescence as a Probe to Elucidate Mechanisms of Intramolecular Relaxation Processes", J. Chem. Phys., *71*, 4941 (1979).

33. K. M. Chen and E. S. Yeung, "Two-photon Photochemistry: Angular Distribution of Photofragments and Application to Isotope Separation", J. Chem. Phys., *72*, 4723 (1980).

34. M. J. Sepaniak and E. S. Yeung, "Determination of Adriamycin and Daunorubicin in Urine by HPLC with Laser Fluorometric Detection", J. Chromatogr., *190*, 377 (1980).

35.  E. S. Yeung, "Pattern Recognition by Audio Representation of Multivariate Analytical Data", Anal. Chem., *52*, 1120 (1980).

36.  E. S. Yeung, L. E. Steenhoek, S. D. Woodruff and J. C. Kuo, "Detector Based on Optical Activity for High Performance Liquid Chromatographic Detection of Trace Organics", Anal. Chem., *52*, 1399 (1980).

37.  E. S. Yeung and M. J. Sepaniak, "Laser Fluorometric Detection in Liquid Chromatography", Anal. Chem., *52*, 1465A (1980).

38.  E. S. Yeung, "Laser-based Detectors for Liquid Chromatography", in *Lasers and Chemical Analysis*; G. M. Hieftje, J. C. Travis, F. E. Lytle, Eds.; Humana Press: 1981; Ch. 14, p. 273.

39.  E. S. Yeung, "Applications of Inverse Raman Spectroscopy", in *Chemical Applications of Nonlinear Spectroscopy*, A. Harvey, Ed.; Academic Press: New York, 1981; Ch. 4, p. 171.

40.  L. E. Steenhoek and E. S. Yeung, "Spatial Mapping of Concentrations in Pulsed and Continuous Atom Sources", Anal. Chem., *53*, 528 (1981).

41.  J. C. Kuo and E. S. Yeung, "Determination of Carbohydrates in Urine by HPLC and Optical Activity Detection", J. Chromatogr., *223*, 321 (1981).

42.  M. J. Sepaniak and E. S. Yeung, "High Performance Liquid Chromatographic Studies of Coal Liquids by Laser-based Detectors", J. Chromatogr., *211*, 95 (1981).

43.  M. J. Sepaniak and E. S. Yeung, "Coal Classification by HPLC and Three-Dimensional Detection", Proceedings of the Symposium on Chromatography of Coal Derived Products, Fuel Preprints, *26*(2), 1 (1981).

44.  E. S. Yeung, L. E. Steenhoek, W. G. Tong and D. R. Bobbitt, "Spatially Resolved Temperature Profiles from Atomic Absorption at High Spectral Resolution", Anal. Chem., *53*, 1936 (1981).

45.  T. Y. Chang, R. N. Morris and E. S. Yeung, "Infrared Linewidth and Line Position Measurements using Diode Lasers with Internal Calibration", Appl. Spectrosc., *35*(6), 587 (1981).

46.  J. C. Kuo and E. S. Yeung, "Determination of Free and Esterified Cholesterol in Human Serum by HPLC and Optical Activity Detection", J. Chromatogr., *229*, 293 (1982).

47.  S. R. Spurlin and E. S. Yeung, "On-Line Chemiluminescence Detector for Hydrogen Sulfide and Methyl Mercaptan", Anal. Chem., *54*, 318 (1982).

48.  S. D. Woodruff and E. S. Yeung, "Refractive Index and Absorption Detector for Liquid Chromatography based on Fabry-Perot Interferometry", Anal. Chem., *54*, 1174 (1982).

49.  S. D. Woodruff and E. S. Yeung, "Double-beam Fabry-Perot Interferometry as a Refractive Index Detector in Liquid Chromatography", Anal. Chem., *54*, 2124 (1982).

50.  J. C. Kuo and E. S. Yeung, "Shale Oil Characterization by HPLC and Optical Activity Detection", J. Chromatogr., *253*, 199 (1982).

51.    E. S. Yeung, "Laser Spectroscopic Methods for Detection in Liquid Chromatography", in *Advances in Chromatography*; J. C. Giddings, E. Grushka, P. Brown, Eds.; Marcel Dekker: New York, 1984; *23*, p. 1.

52.    S. D. Woodruff and E. S. Yeung, "Sequential Differential Detection in Liquid Chromatography", J. Chromatogr., *260*, 363 (1983).

53.    B. C. Yip and E. S. Yeung, "Photoacoustic Spectroscopy in Gases based on Wavelength Modulation", Anal. Chem., *55*, 978 (1983).

54.    R. E. Synovec and E. S. Yeung, "Quantitative Analysis without Analyte Identification by Refractive Index Detection", Anal. Chem., *55*, 1599 (1983).

55.    R. E. Synovec and E. S. Yeung, "Quantitative Gel-permeation Chromatography without Standards", J. Chromatogr., *283*, 183 (1984).

56.    E. S. Yeung, A. Rougvie, D. R. Bobbitt, C. G. Venier, T. G. Squires and B. F. Smith, "Characterization of Coals and Coal Liquids by HPLC and Optical Activity Detection", Proceedings, 1983 International Conference on Coal Science, Philadelphia, PA, No. 141, 635 (1983).

57.    E. S. Yeung, "Ultrasensitive Optical Rotation and Refractive Index Measurements", Proceedings, 27th Annual SPIE International Technical Symposium, San Diego, CA, Vol. 426, p. 138 (1983).

58.    S. A. Wilson and E. S. Yeung, "Quantitative Ion Chromatography with an Ultraviolet Absorbance Detector without Standards", Anal. Chim. Acta, *157*, 53 (1984).

59.    C. W. Huie and E. S. Yeung, "Spatially Resolved Vibrational Temperature Profiles in Flames from Molecular Absorption Spectroscopy", Appl. Spectrosc., *38*, 660 (1984).

60.    E. S. Yeung, "Optical Detectors for Microcolumn Liquid Chromatography", in Microcolumn Separations and its Ancillary Techniques; M. Novotny, D. Ishii, Eds.; Elsevier: Amsterdam, 1985; p. 135.

61.    S. A. Wilson, E. S. Yeung and D. R. Bobbitt, "Quantitative Ion Chromatography without Standards using the Conductivity Detector", Anal. Chem., *56*, 1457 (1984).

62.    R. E. Synovec and E. S. Yeung, "Correlation of Elution Orders in LC without Identification for Components with Arbitrary Retention Properties", Anal. Chem., *56*, 1452 (1984).

63.    D. R. Bobbitt, B. H. Reitsma, A. Rougvie, E. S. Yeung, T. Aida, Y. Chen, B. F. Smith, T. G. Squires and C. G. Venier, "Characterization of Coals and Coal-derived Products by LC and Optical Activity Detection", Fuel, *64*, 114 (1985).

64.    D. R. Bobbitt and E. S. Yeung, "Direct and Indirect Polarimetry for Detection in Microbore LC", Anal. Chem., *56*, 1577 (1984).

65.    W. G. Tong and E. S. Yeung, "Stable Isotopic Ratio Analysis based on Atomic Hyperfine Structure and Optogalvanic Spectroscopy", Talanta, *31*, 659 (1984).

66.    R. E. Synovec and E. S. Yeung, "Characterization of Crude Oils using Liquid Chromatography without Standards", in Characterization of Heavy Crude Oils and Petroleum Residues; B. Tissot, Ed.; Editions Techniq: Paris, 1984; p. 268.

67.    K. J. Skogerboe and E. S. Yeung, "Quantitative Gas Chromatography without Analyte Identification by Ultrasonic Detection", Anal. Chem., *56*, 2684 (1984).

68.    E. S. Yeung, "New Detection Scheme in Liquid Chromatography", J. Pharmaceutical and Biomedical Analysis, *2*(2), 255 (1984).

69.    E. S. Yeung, "Raman and Related Methods in Chemical Analysis", in *Analytical Applications of Lasers*; E. H. Piepmeier, Ed.; Wiley; New York, 1986; p. 315.

70.    E. S. Yeung, "Infrared Absorption Spectroscopy", in *Analytical Applications of Lasers*; E. H. Piepmeier, Ed.; Wiley; New York, 1986; p. 187.

71.    E. S. Yeung, "Laser Spectroscopy for Detection in Chromatography", in *Analytical Applications of Lasers*; E. H. Piepmeier, Ed.; Wiley: New York, 1986; p. 557.

72.    D. R. Bobbitt and E. S. Yeung, "Absorption Detection in Microcolumn Liquid Chromatography via Indirect Polarimetry", Anal. Chem., *57*, 271 (1985).

73.    W. G. Tong and E. S. Yeung, "Polarization Spectroscopy for Elemental Analysis at Trace Concentrations", Anal. Chem., *57*, 70 (1985).

74.    B. C. Yip and E. S. Yeung, "Wavelength-Modulated Fabry-Perot Interferometry for Quantitation of Trace Gas Components", Anal. Chim. Acta, *169*, 385 (1985).

75.    S. R. Spurlin and E. S. Yeung, "Multiphoton Infrared Photochemistry for Trace Gas Analysis via Visible Chemiluminescence", Anal. Chem., *57*, 1223 (1985).

76.    E. S. Yeung, "New Developments in LC Detectors", in *Liquid Chromatography in Pharmaceutical Development*; I. W. Wainer, Ed.; Aster: Springfield, OR, 1985; p. 215.

77.    R. E. Synovec and E. S. Yeung, "Quantitation of Components in Crude Oils using LC without Identification", J. Chromatogr. Sci., *23*, 214 (1985).

78.    E. S. Yeung, "Signal-to-noise Optimization in Polarimetry", Talanta, *32*, 1097 (1985).

79.    E. S. Yeung, "Laser-based Polarimetry Enhances Biochemical Detection", Laser Focus, *1985(2)*, 30 (1985).

80.    R. E. Synovec and E. S. Yeung, "Improvement of the Limit of Detection in Chromatography by an Integration Method", Anal. Chem., *57*, 2162 (1985).

81.    C. W. Huie and E. S. Yeung, "Spatial Distribution of Sodium Dimers generated by a Laser Microprobe", Spectrochim. Acta *40B*, 1255 (1985).

82.    E. S. Yeung, "Polarimetric Detectors", in *Detectors for Liquid Chromatography*; E. S. Yeung, Ed.; Wiley: New York, 1986; p. 204.

83.    S. A. Wilson and E. S. Yeung, "Laser-based Simultaneous Absorbance, Fluorescence and Refractive-Index Detector for Microcolumn LC", Anal. Chem., *57*, 2611 (1985).

84. S. I. Mho and E. S. Yeung, "Detection Method for Ion Chromatography based on Double-beam Laser-excited Indirect Fluorometry", Anal. Chem., *57*, 2253 (1985).

85. E. S. Yeung, "Refractive Index Detector", in *Detectors for Liquid Chromatography*; E. S. Yeung, Ed.; Wiley: New York, 1986; p. 1.

86. R. E. Synovec and E. S. Yeung, "Laser-based Circular Dichroism Detector for Conventional and Microbore Liquid Chromatography", Anal. Chem., *57*, 2606 (1985).

87. E. S. Yeung, "New Detection Concepts in Flow Systems", Proc. Annual Meeting of the Instrument Society of America, Research Triangle Park, NC, 319 (1985).

88. E. S. Yeung, "Miscellaneous Methods", in *Detectors for Liquid Chromatography*; E. S. Yeung, Ed.; Wiley: New York, 1986; p. 331.

89. D. R. Bobbitt and E. S. Yeung, "Improvements in Detectabilities in Polarimeters using High-frequency Modulation", Appl. Spectrosc., *40*, 407 (1986).

90. D. R. Bobbitt and E. S. Yeung, "Analytical Applications of the Raman Induced Kerr Effect", Prog. Anal. Spectrosc., *9*, 145 (1986).

91. K. J. Skogerboe and E. S Yeung, "Single Laser Thermal Lens Detector for Microbore LC Based on High-frequency Modulation", Anal. Chem., *58*, 1014 (1986).

92. C. W. Huie and E. S. Yeung, "Spatial Mapping of Transient Atomic Concentrations Using Acousto-optic Deflection", Appl. Spectrosc., *40*, 863 (1986).

93. B. H. Reitsma and E. S. Yeung, "HPLC Determination of Enantiomeric Ratios of Amino Acids without Chiral Separation", J. Chromatogr., *362*, 353 (1986).

94. C. W. Huie and E. S. Yeung, "Spatial and Temporal Distributions of Particulates formed from Metallic Surfaces by Laser Vaporization", Anal. Chem., *58*, 1989 (1986).

95. E. S. Yeung, "Laser-based Spectroscopic Measurements in Liquids", Spectroscopy, *1(4)*, 24 (1986).

96. W. D. Pfeffer and E. S. Yeung, "Laser Two-Photon Excited Fluorescence Detector for Microbore Liquid Chromatography", Anal. Chem., *58*, 2103 (1986).

97. R. E. Synovec and E. S. Yeung, "Comparison of an Integration Procedure to Fourier Transform and Data Averaging Procedures in Chromatographic Data Analysis", Anal. Chem., *58*, 2093 (1986).

98. E. S. Yeung, "Advances in Optical Detectors for Micro HPLC", in Microbore Column Chromatography, F. J. Yang, Ed., Dekker, New York, 1988, p. 117.

99. R. E. Synovec and E. S. Yeung, "Fluorescence Detected Circular Dichroism as a Detection Principle in HPLC", J. Chromatogr., *368*, 85 (1986).

100. T. Takeuchi and E. S. Yeung, "Double-beam Laser-excited Indirect Fluorometric Detection of Nonelectrolytes in Reversed-phase HPLC", J. Chromatogr., *366*, 145 (1986).

101.  E. S. Yeung and R. E. Synovec, "Detectors for Liquid Chromatography", Anal. Chem., *58*, 1237A (1986).

102.  T. Takeuchi and E. S. Yeung, "Separation of Inorganic Anions on Silica Gel Column Modified with a Quaternary Ammonium Salt in HPLC", J. Chromatogr., *370*, 83 (1986).

103.  M. C. Yappert and E. S. Yeung, "Selectivity in the Laser-induced Photochemistry of $I_2 + C_2H_2$ in the Gas Phase", J. Am. Chem. Soc., *108*, 7529 (1986).

104.  T. Takeuchi and E. S. Yeung, "Signal Enhancement in On-column Fluorometric Detection in Open-Tubular Capillary Liquid Chromatography", J. Chromatogr., *389*, 3 (1987).

105.  R. E. Synovec and E. S. Yeung, "Effect of Ultrasonic Agitation in High Performance Size Exclusion Chromatography", J. Chromatogr., *388*, 105 (1987).

106.  B. H. Reitsma and E. S. Yeung, "Optical Activity and Ultraviolet Absorbance Detection of Dansyl-L-amino Acids Separated by Gradient HPLC", Anal. Chem., *59*, 1059 (1987).

107.  K. C. Chan and E. S. Yeung, "Comments on Enhanced Peak Response Due to Solvent Interaction", J. Chromatogr., *391*, 465 (1987).

108.  K. J. Skogerboe and E. S. Yeung, "Stray Light Rejection in Fiber-Optic Probes", Anal. Chem., *59*, 1812 (1987).

109.  M. C. Yappert, S. M. Kimbrell and E. S. Yeung, "Two-dimensional Spatial Imaging Based on Acoustooptical Deflectors", Appl. Optics, *26*, 3536 (1987).

110.  E. S. Yeung, "Recent Developments in the Application of HPLC to Xenobiochemistry", in *Metabolism of Foreign Compounds*, J. W. Gorrod, H. Oelschlager and J. Caldwell, Ed., Taylor and Francis, London, p. 161 (1987).

111.  J. Zhu and E. S. Yeung, "Factors Affecting Gas-Phase CW Infrared Laser Sensitized Pyrolysis", J. Phys. Chem., *92*, 2184 (1988).

112.  B. H. Reitsma and E. S. Yeung, "Reversed-Phase High-Performance Liquid Chromatography of Soybean Trypsin Inhibitor with Optical Activity and Ultraviolet Absorbance Detection", J. Chromatogr., *405*, 295 (1987).

113.  W. D. Pfeffer, T. Takeuchi and E. S. Yeung, "Anion Chromatography in Open Tubular Capillary Columns with Indirect Fluorometric Detection", Chromatographia, *24*, 123 (1987).

114.  Y. Ma and E. S. Yeung, "Indirect Fluorometric Detection of Anions in Thin Layer Chromatography", Anal. Chem., *60*, 722 (1988).

115.  A. E. Wroblewski, J. Applequist, A. Takaya, R. Honzatko, S. S. Kim, R. A. Jacobson, B. H. Reitsma, E. S. Yeung and J. G. Verkade, "An Experimental and Theoretical Study of the Structures and Optical Rotations of Chiral Bicyclic Ortho Esters", J. Am. Chem. Soc., *110*, 4144 (1988).

116.  S. M. Kimbrell and E. S. Yeung, "Spatial and Temporal Particle Distributions in a Laser Generated Plume", Spectrochim. Acta Part B, *43B*, 529 (1988).

117. G. Chen and E. S. Yeung, "A Spatial and Temporal Probe for Laser-Generated Plumes Based on Density Gradients", Anal. Chem., *60*, 864 (1988).

118. S. L. Chen and E. S. Yeung, "Linearization of Scan Velocity of Resonant Vibrating-Mirror Beam Deflectors", Rev. Sci. Instruments, *59*, 2393 (1988).

119. E. S. Yeung, "Polarization Spectroscopy in Analytical Measurements", in American Institute of Physics Proceedings Series, W. C. Stwalley, Ed., *172*, 764 (1988).

120. E. S. Yeung, "Serendipity, Technology and Challenges in Chemical Instrumentation", Anal. Chem., *60*, 441A (1988).

121. E. S. Yeung, "Applications of Lasers in Bioanalytical Chemistry", J. Res. Nat. Bureau Standards, *93*, 502 (1988).

122. W. G. Kuhr and E. S. Yeung, "Indirect Fluorescence Detection of Native Amino Acids in Capillary Zone Electrophoresis", Anal. Chem., *60*, 1832 (1988).

123. Y. Ma and E. S. Yeung, "Indirect Fluorometric Detection of Non-electrolytes in Thin Layer Chromatography", J. Chromatogr., *455*, 382 (1988).

124. E. S. Yeung, "Laser-Based Detectors in Capillary Chromatography", in Proceedings of IX International Symposium on Capillary Chromatography, Hüthig: Heidelberg, p. 32 (1988).

125. Y. Ma and E. S. Yeung, "Detection of Cations Separated by Thin-Layer Chromatography by Fluorescence Quenching of Ethidium Bromide", Mikrochimica Acta, *1988 III*, 327 (1988) *Advisory Board Honor Issue*.

126. H. Kawazumi and E. S. Yeung, "Resonant Cell Laser-based Photoacoustic Densitometer for Thin-Layer Chromatography", Appl. Spectrosc., *42*, 1228 (1988).

127. G. Chen and E. S. Yeung, "Acoustic Signal as an Internal Standard for Quantitation in Laser Generated Plumes", Anal. Chem. *60*, 2258 (1988).

128. P. L. Christensen and E. S. Yeung, "Improvements in Polarization Spectroscopy based on High-Frequency Modulation", Talanta, *36*, 179 (1989), *USA Honor Issue*.

129. W. G. Kuhr and E. S. Yeung, "Optimization of Sensitivity and Separation in Capillary Zone Electrophoresis with Indirect Fluorescence Detection", Anal. Chem. *60*, 2642 (1988).

130. J. Zhu and E. S. Yeung, "Quantitative Thin-Layer Chromatography by Laser Pyrolysis and Flame Ionization or Electron Capture Detection", J. Chromatogr., *463*, 139 (1989).

131. H. Kawazumi and E. S. Yeung, "Laser-based Photoacoustic Densitometer for Two-dimensional Scanning of Thin-Layer Chromatographic Plates", Appl. Spectrosc., *43*, 249 (1989).

132. K. C. Chan and E. S. Yeung, "Peak Identification in Liquid Chromatography by Optical Activity Detection", J. Chromatogr., *457*, 421 (1988).

133. B. L. Hogan and E. S. Yeung, "Indirect Fluorometric Detection in Gel Electrophoresis", Appl. Spectrosc., *43*, 349 (1989).

134. E. S. Yeung, "Chromatographic Detectors: Current Status and Future Prospects", LC/GC, *7(2)*, 118 (1989).

135. E. S. Yeung, "Indirect Detection Methods: Looking at What is Not There", Accounts of Chem. Res., *22*, 125 (1989).

136. P. L. Christensen and E. S. Yeung, "Fluorescence Detected Circular Dichroism for On-Column Detection in Capillary Electrophoresis", Anal. Chem., *61*, 1344 (1989).

137. Y. Ma and E. S. Yeung, "Determination of Components in Beverages by Thin-Layer Chromatography—An Undergraduate Analytical Chemistry Experiment", J. Chem. Ed., *67*, 428 (1990).

138. J. Zhu and E. S. Yeung, "Direct Coupling of Planar Chromatography to Gas Chromatography by Laser Desorption", Anal. Chem., *61*, 1906 (1989).

139. Y. Ma, L. B. Koutny and E. S. Yeung, "Laser-Based Indirect Fluorometric Detection and Quantification in Thin-Layer Chromatography", Anal. Chem., *61*, 1931 (1989).

140. S. M. Kimbrell and E. S. Yeung, "Real-Time Size Measurements in Laser-Generated Plumes by Mie Scattering", Appl. Spectrosc., *43*, 1248 (1989).

141. L. Gross and E. S. Yeung, "Indirect Fluorometric Detection and Quantitation in Capillary Zone Electrophoresis: Inorganic Anions and Nucleotides", J. Chromatogr., *480*, 169 (1989).

142. H. M. Pang and E. S. Yeung, "Laser Enhanced Ionization as a Diagnostic Tool in Laser Generated Plumes", Anal. Chem., *61*, 2546 (1989).

143. X. Xi and E. S. Yeung, "Optimization of Detectability in Laser-Based Polarimeters", Appl. Spectrosc., *43*, 1337 (1989).

144. W. D. Pfeffer and E. S. Yeung, "Indirect Fluorometric Detection in Open Tubular Capillary Column Chromatography", J. Chromatogr., *506*, 401 (1990).

145. J. Zhu and E. S. Yeung, "Elemental Analysis Based on Chemiluminescence in the Laser Microprobe", Anal. Chem., *61*, 2557 (1989).

146. B. L. Hogan and E. S. Yeung, "Indirect Fluorometric Detection of Tryptic Digests Separated by Capillary Zone Electrophoresis", J. Chromatogr. Sci., *28*, 15 (1990).

147. L. Gross and E. S. Yeung, "Indirect Fluorometric Detection of Cations in Capillary Zone Electrophoresis", Anal. Chem., *62*, 427 (1990).

148. T. W. Garner and E. S. Yeung, "Indirect Fluorescence Detection of Sugars Separated by Capillary Zone Electrophoresis with Visible Laser Excitation", J. Chromatogr., *515*, 639 (1990).

149. Y. Ma and E. S. Yeung, "The Effect of Ultrasound on the Separation of DNA Fragments in Agarose Gel Electrophoresis", Anal. Chem., *62*, 1194 (1990).

150.    H. M. Pang and E. S. Yeung, "Study of Distribution of Atoms in Laser-generated Plumes by Laser-enhanced Ionization Spectroscopy", Appl. Spectrosc., *44*, 871 (1990).

151.    E. S. Yeung, "Physical and Analytical Aspects of Laser-generated Plumes", CHEMTRACTS - Analytical and Physical Chemistry, *2*, 103 (1990).

152.    W. D. Pfeffer and E. S. Yeung, "Open-Tubular Liquid Chromatography with Surfactant-Enhanced Electroosmotic Flow", Anal. Chem., *62*, 2178 (1990).

153.    X. Xi and E. S. Yeung, "Axial-beam On-column Absorption Detection for Open Tubular Capillary Liquid Chromatography", Anal. Chem., *62*, 1580 (1990).

154.    E. S. Yeung and X. Xi, "Advances in Optical Detection Methods in Microcolumn Separations", Proceedings of XI International Symposium on Capillary Chromatography, Hüthig, Heidelberg, 1990, p. 182.

155.    H. M. Pang and E. S. Yeung, "Absorption Spectroscopy in Laser-Generated Plumes by Surface Reflection", Appl. Spectrosc., *44*, 1218 (1990).

156.    T. W. Garner and E. S. Yeung, "Absorption Detection in Capillary Electrophoresis by Fluorescence Energy Transfer", Anal. Chem., *62*, 2193 (1990).

157.    Y. W. Wang and E. S. Yeung, "Indirect Detection Method based on Electrogenerated Luminol Chemiluminescence in Liquid Chromatography", Chin. J. Chromatogr., *8*, 183 (1990).

158.    H. M. Pang, D. R. Wiederin, R. S. Houk and E. S. Yeung, "High Repetition Rate Laser Ablation for Elemental Analysis in an Inductively Coupled Plasma with Acoustic Normalization", Anal. Chem., *63*, 390 (1991).

159.    X. Xi and E. S. Yeung, "Universal Detector based on Magneto-optical Rotation for High Performance Liquid Chromatography", Anal. Chem., *63*, 490 (1991).

160.    E. S. Yeung and W. G. Kuhr, "Indirect Detection Methods in Capillary Separations", Anal. Chem., *63*, 275A (1991).

161.    T. Lee, E. S. Yeung and M. Sharma, "Micellar Electrokinetic Capillary Chromatographic Separation and Laser-induced Fluorescence Detection of Nucleotides of Normal and Modified Bases", J. Chromatogr., *565*, 197 (1991).

162.    J. A. Taylor and E. S. Yeung, "Axial-beam Absorbance Detection for Capillary Electrophoresis", J. Chromatogr., *550*, 831 (1991).

163.    S. M. Kimbrell and E. S. Yeung, "Spatial and Temporal Distributions of Large Molecules in Plumes generated by Laser Desorption", Appl. Spectrosc., *45*, 442 (1991).

164.    K. C. Chan, L. B. Koutny and E. S. Yeung, "On-Line Detection of DNA in Gel Electrophoresis by UV Absorption utilizing a CCD Imaging System", Anal. Chem., *63*, 746 (1991).

165.    W. D. Pfeffer and E. S. Yeung, "Electroosmotically Driven Electrochromatography of Anions having similar Electrophoretic Mobilities by Ion Pairing", J. Chromatogr., *557*, 125 (1991).

166.   N. H. Cheung and E. S. Yeung, "Pulsed Laser Photodissociation of Chromium Hexacarbonyl at 308 nm: Simultaneous Monitoring of Optical and Acoustic Emissions", Chem. Phys. Lett., *189*, 164 (1992).

167.   X. Xi and E. S. Yeung, "Axial-beam Absorption Detection for Capillary Electrophoresis with Conventional Light Source", Appl. Spectrosc., *45*, 1199 (1991).

168.   H. M. Pang and E. S. Yeung, "Monitoring of Formation Rates of Thin Films in Laser-Induced Chemical Vapor Deposition", Anal. Chem., *63*, 2402 (1991).

169.   E. S. Yeung, "New Approaches to Absorption Detection in Capillary Chromatography and Capillary Electrophoresis", J. Chin. Chem. Soc., *38*, 307 (1991).

170.   T. T. Lee and E. S. Yeung, "Facilitating Data Transfer and Improving Precision in Capillary Zone Electrophoresis with Migration Indices", Anal. Chem., *63*, 2842 (1991).

171.   D. A. McGregor and E. S. Yeung, "Interactive Control of Pulsed Field Gel Electrophoresis via Real Time Monitoring", Anal. Chem., *64*, 1 (1992).

172.   L. B. Koutny and E. S. Yeung, "Automated Image Analysis for Distortion Compensation in Sequencing Gel Electrophoresis", Appl. Spectrosc., *46*, 136 (1992).

173.   E. S. Yeung, "Spatial and Temporal Distributions of Species Formed from Surfaces by Laser Vaporization", Anal. Sci. (Japan), *7*, 1447 (1991).

174.   C. W. Whang and E. S. Yeung, "Temperature Programming in Capillary Zone Electrophoresis", Anal. Chem., *64*, 502 (1992).

175.   T. T. Lee and E. S. Yeung, "High Sensitivity Laser-induced Fluorescence Detection of Native Proteins in Capillary Electrophoresis", J. Chromatogr., *595*, 319 (1992).

176.   E. S. Yeung, S. M. Kimbrell and T. Heise, "Fluorescence Imaging of Large Molecules in the Gas Phase Generated by Laser Desorption", in Laser Applications to Chemical Analysis, Optical Society of America, Washington, DC, 1992, p. 5.

177.   T. T. Lee and E. S. Yeung, "Compensating for Instrumental and Sampling Biases Accompanying Electrokinetic Injection in Capillary Zone Electrophoresis", Anal. Chem., *64*, 1226 (1992).

178.   J. A. Taylor and E. S. Yeung, "Axial-beam Laser-excited Fluorescence Detection in Capillary Electrophoresis", Anal. Chem., *64*, 1741 (1992).

179.   H. T. Chang and E. S. Yeung, "Optimization of Selectivity in CZE via Dynamic pH Gradient and Dynamic Flow Gradient", J. Chromatogr., *608*, 65 (1992).

180.   B. L. Hogan and E. S. Yeung, "Separation, Detection and Modulation of Intracellular Species at the Level of a Single Human Erythrocyte", Anal. Chem., *64*, 2841 (1992).

181.   E. S. Yeung, "Optical Detection Schemes for Capillary Electrophoresis", in *Capillary Electrophoresis Technology*, N. A. Guzman, Ed., Dekker, New York, 1993, p. 587.

182.   E. S. Yeung, "Extend Your Detection Limits with Microfluorescence", invited feature article in Research and Development Magazine, June, 1992, p. 19.

183.   E. S. Yeung, P. Wang, W. Li, and R. W. Giese, "Laser Fluorescence Detector for Capillary Electrophoresis", J. Chromatogr., *608*, 73 (1992).

184.   T. W. Heise and E. S. Yeung, "Fluorescence Imaging of Gas Phase Molecules Produced by Matrix-Assisted Laser Desorption", Anal. Chem., *64*, 2175 (1992).

185.   Y. Wang and E. S. Yeung, "Indirect Detection Method for Liquid Chromatography Based on Electrogenerated Luminol Chemiluminescence", Anal. Chim. Acta, *266*, 295 (1992).

186.   L. B. Koutny and E. S. Yeung, "An Expert System for Data Acquisition to Achieve Constant Signal-to-Noise: Application to Imaging of DNA Sequencing Gels", Anal. Chem., *65*, 148 (1993).

187.   L. B. Koutny and E. S. Yeung, "On-Line Detection of Proteins in Gel Electrophoresis by Ultraviolet Absorption and by Native Fluorescence Utilizing a Charge-Coupled Device Imaging System", Anal. Chem., *65*, 183 (1993).

188.   H. T. Chang and E. S. Yeung, "Voltage Programming in Capillary Zone Electrophoresis", J. Chromatogr., *632*, 149 (1993).

189.   T. T. Lee and E. S. Yeung, "Quantitative Determination of Native Proteins in Individual Human Erythrocytes by Capillary Zone Electrophoresis with Laser-induced Fluorescence Detection", Anal. Chem., *64*, 3045 (1992).

190.   R. E. Milofsky and E. S. Yeung, "Native Fluorescence Detection of Nucleic Acids and DNA Restriction Fragments in Capillary Electrophoresis", Anal. Chem., *65*, 153 (1993).

191.   J. A. Taylor and E. S. Yeung, "Multiplexed Fluorescence Detector for Capillary Electrophoresis Using Axial Optical Fiber Illumination", Anal. Chem., *65*, 956 (1993).

192.   Y. Iida and E. S. Yeung, "Acoustic Monitoring of Carbon Film Formation by Laser-Induced Chemical Vapor Deposition", Appl. Spectrosc., *47*, 523 (1993).

193.   Y. Xue and E. S. Yeung, "On-Column Double-Beam Laser Absorption Detection for Capillary Electrophoresis", Anal. Chem., *65*, 1988 (1993).

194.   B. L. Hogan and E. S. Yeung, "Single-Cell Analysis at the Level of a Single Human Erythrocyte", Trends in Analytical Chemistry, *12*, 4 (1993).

195.   T. W. Garner and E. S. Yeung, "Increased Selectivity for Electrochromatography by Dynamic Ion Exchange", J. Chromatogr., *640*, 397 (1993).

196.   T. T. Lee, S. J. Lillard and E. S. Yeung, "Screening and Characterization of Biopharmaceuticals by High-Performance Capillary Electrophoresis with Laser-Induced Native Fluorescence Detection", Electrophoresis, *14*, 429 (1993).

197.   K. C. Chan, C. W. Whang and E. S. Yeung, "Separation of DNA Restriction Fragments Using Capillary Electrophoresis", J. Liq. Chromatogr., *16*, 1941 (1993).

198.   H. T. Chang and E. S. Yeung, "Self-Regulating Dynamic Control of Electroosmotic Flow in Capillary Electrophoresis", Anal. Chem., *65*, 650 (1993).

199. M. D. Richmond and E. S. Yeung, "Development of Laser-Excited Indirect Fluorescence Detection for High Molecular Weight Polysaccharides", Anal. Biochem., *210*, 245 (1993).

200. T. T. Lee and E. S. Yeung, "CE Detectors - Lasers", in "High Resolution Separation and Analysis of Biological Macromolecules", *Methods in Enzymology*, *270*, 419 (1996).

201. D. A. McGregor and E. S. Yeung, "Optimization of Capillary Electrophoretic Separation of DNA Fragments Based on Polymer Filled Capillaries", J. Chromatogr. A, *652*, 67 (1993).

202. N. H. Cheung and E. S. Yeung, "Single-shot Elemental Analysis of Liquids Based on Laser Vaporization at Fluences Below Breakdown", Appl. Spectrosc., *47*, 882 (1993).

203. Z. Rosenzweig and E. S. Yeung, "Laser-Based Double Beam Absorption Detector for High Performance Liquid Chromatography", J. Chromatogr., *645*, 201 (1993).

204. Z. Rosenzweig and E. S. Yeung, "Laser-Based Double Beam Thermal Lens Detector for Microcolumn Liquid Chromatography", Appl. Spectrosc., *47*, 1175 (1993).

205. H. T. Chang and E. S. Yeung, "On-Column Digestion of Protein for Peptide Mapping by Capillary Zone Electrophoresis with Laser-Induced Native Fluorescence Detection", Anal. Chem., *65*, 2947 (1993).

206. Y. Xue and E. S. Yeung, "Double-Beam Laser Indirect Absorption Detection in Capillary Electrophoresis", Anal. Chem., *65*, 2923 (1993).

207. Q. Xue and E. S. Yeung, "Indirect Fluorescence Determination of Lactate and Pyruvate in Single Erythrocytes by Capillary Electrophoresis", J. Chromatogr., *661*, 287 (1994).

208. J. A. Taylor and E. S. Yeung, "Imaging of Hydrodynamic and Electrokinetic Flow Profiles in Capillaries", Anal. Chem., *65*, 2928 (1993).

209. Z. Rosenzweig and E. S. Yeung, "Laser-Based Double-Beam Circular Dichroism Detector for Liquid Chromatography", Appl. Spectrosc., *47*, 2017 (1993).

210. T. W. Heise and E. S. Yeung, "Spatial and Temporal Imaging of Gas-Phase Protein and DNA Produced by Matrix-Assisted Laser Desorption", Anal. Chem., *66*, 355 (1994).

211. N. H. Cheung and E. S. Yeung, "Distribution of Sodium and Potassium within Individual Human Erythrocytes by Pulsed-Laser Vaporization in a Sheath Flow", Anal. Chem., *66*, 929 (1994).

212. Q. Xue and E. S. Yeung, "Variability of Intracellular Lactate Dehydrogenase Isoenzymes in Single Human Erythrocytes", Anal. Chem., *66*, 1175 (1994).

213. Y. Xue and E. S. Yeung, "Laser-based Ultraviolet Absorption Detection in Capillary Electrophoresis", Appl. Spectrosc., *48*, 502 (1994).

214. Y. Iida and E. S. Yeung, "Optical Monitoring of Laser-induced Plasma Derived from Graphite and Characterization of the Deposited Carbon Film", Appl. Spectrosc., *48*, 945 (1994).

215. K. Ueno and E. S. Yeung, "Simultaneous Monitoring of DNA Fragments Separated by Capillary Electrophoresis in a Multiplexed Array of 100 Channels", Anal. Chem., *66*, 1424 (1994).

216. T. W. Heise and E. S. Yeung, "Dynamics of Matrix-assisted Laser Desorption as Revealed by the Associated Acoustic Signal", Anal. Chim. Acta (Special Issue), *299*, 377 (1994).

217. Z. Rosenzweig and E. S. Yeung, "Laser-based Particle Counting Microimmunoassay for the Analysis of Single Human Erythrocytes", Anal. Chem., *66*, 1771 (1994).

218. D. A. McGregor and E. S. Yeung, "Detection of DNA Fragments Separated by Capillary Electrophoresis based on their Native Fluorescence inside a Sheath Flow", J. Chromatogr. A, *680*, 491 (1994).

219. Q. Li and E. S. Yeung, "Contamination Control in Capillary Electrophoresis and Quantitative Measurement of Potassium and Sodium in Single Human Erythrocytes", J. Capillary Electrophoresis, *1*, 55 (1994).

220. Y. Xue and E. S. Yeung, "Characterization of Band Broadening in Capillary Electrophoresis due to Nonuniform Capillary Geometries", Anal. Chem., *66*, 3575 (1994).

221. E. S. Yeung, "Chemical Analysis of Single Human Erythrocytes", Acc. of Chem. Res., *27*, 409 (1994).

222. T. T. Lee, S. J. Lillard and E. S. Yeung, "Application of Capillary Electrophoresis and Laser-Induced Fluorescence for the Study of Biopharmaceuticals", Proc. PharmAnalysis 1994, Advanstar: Eugene, OR, p. 177 (1994).

223. K.-S. Wong and E. S. Yeung, "Simultaneous Monitoring of Glutathione and Major Proteins in Single Erythrocytes", Mikrochimica Acta, *120*, 321 (1995).

224. Q. Li and E. S. Yeung, "Chemical Analysis in Single Human Erythrocytes using Capillary Electrophoresis", Proc. XVI International Symposium on Capillary Chromatography, Vol. I, Hüthig: Heidelberg, p. 10 (1994).

225. E. S. Yeung, "Optical Detectors for Capillary Electrophoresis", Advances in Chromatography, *35*, 1 (1995).

226. E. S. Yeung, "Ultrasensitive Laser Measurements in Ultrasmall Volumes", Kagaku to Kogyo (Chemistry and Chemical Industry), Chemical Society of Japan, *47*, 1551 (1994).

227. Q. Xue and E. S. Yeung, "Differences in the Chemical Reactivity of Individual Molecules of an Enzyme", Nature, *373*, 681 (1995).

228. W. Tan and E. S. Yeung, "Simultaneous Determination of Enzyme Activity and Enzyme Quantity in Single Human Erythrocytes", Anal. Biochem., *226*, 74 (1995).

229. H.-T. Chang and E. S. Yeung, "Determination of Catecholamines in Single Adrenal Medullary Cells by Capillary Electrophoresis and Laser-Induced Native Fluorescence", Anal. Chem., *67*, 1079 (1995).

230.  H.-T. Chang and E. S. Yeung, "Poly(ethylene oxide) for High Resolution and High Speed Separation of DNA by Capillary Electrophoresis", J. Chromatogr., *669*, 113 (1995).

231.  X. Lu and E. S. Yeung, "Optimization of Excitation and Detection Geometry for Multi-plexed Capillary Array Electrophoresis of DNA Fragments", Appl. Spectrosc., *49*, 605 (1995).

232.  Q. Li and E. S. Yeung, "Evaluation of the Potential of a Charge Injection Device for DNA Sequencing by Multiplexed Capillary Electrophoresis", Appl. Spectrosc., *49*, 825 (1995).

233.  V. Martí, M. Aguilar and E. S. Yeung, "Indirect Fluorescence Detection of Free Cyanide and Related Compounds by Capillary Electrophoresis", J. Chromatogr. A, *709*, 367 (1995).

234.  W. Tan, V. Parpura, P. G. Haydon and E. S. Yeung, "Neurotransmitter Imaging in Living Cells Based on Native Fluorescence Detection", Anal. Chem., *67*, 2575 (1995).

235.  A. J. G. Mank and E. S. Yeung, "Diode Laser-Induced Fluorescence Detection in Capillary Electrophoresis after Pre-Column Derivatization of Amino Acids and Small Peptides", J. Chromatogr., *708*, 309 (1995).

236.  E. N. Fung and E. S. Yeung, "High-Speed DNA Sequencing by Using Mixed Poly(ethylene oxide) Solutions in Uncoated Capillary Columns", Anal. Chem., *67*, 1913 (1995).

237.  S. J. Lillard, E. S. Yeung, M. A. Lautamo and D. T. Mao, "Separation of Hemoglobin Variants in Single Human Erythrocytes by Capillary Electrophoresis with Laser-Induced Native Fluorescence Detection", J. Chromatogr. A, *718*, 397 (1995).

238.  H.-T. Chang and E. S. Yeung, "Dynamic Control to Improve the Separation Performance in Capillary Electrophoresis", Electrophoresis, *16*, 2069 (1995).

239.  W. Tong and E. S. Yeung, "Simple Double-Beam Absorption Detection Systems for Capillary Electrophoresis based on Diode Lasers and Light-Emitting Diodes", J. Chromatogr. A, *718*, 177 (1995).

240.  Q. Li and E. S. Yeung, "Simple Two-Color Base-Calling Schemes for DNA Sequencing based on Standard 4-Label Sanger Chemistry", Appl. Spectrosc., *49*, 1528 (1995).

241.  C. J. Smith, Y.-C. Chang and E. S. Yeung, "Characterization of Neutral Red as a Visible-Wavelength MALDI Matrix", J. Mass Spectrom., *30*, 1765 (1995).

242.  J. Preisler and E. S. Yeung, "Characterization of Matrix-Assisted Laser Desorption based on Absorption and Acoustic Monitoring", Appl. Spectrosc., *49*, 1826 (1995).

243.  Q. Xue and E. S. Yeung, "Determination of Lactate Dehydrogenase Isoenzymes in Single Lymphocytes from Normal and Leukemia Cell Lines", J. Chromatogr. B, *677*, 233 (1996).

244.  E. S. Yeung, "Single-Molecule Spectroscopy", in *1997 Yearbook of Science and Technology*, McGraw-Hill, New York, p. 433 (1996).

245.    N. Iki and E. S. Yeung, "Non-Bonded Poly(ethylene oxide) Polymer-Coated Column for Protein Separation by Capillary Electrophoresis", J. Chromatogr. A, *731*, 273 (1996).

246.    S. J. Lillard and E. S. Yeung, "Laser-Induced Fluorescence Detection of Components in Single Cells", in *CRC Handbook*, Ed. J. Landers, 1996, p. 523.

247.    L. Zhang and E. S. Yeung, "Postcolumn Reactor in Capillary Electrophoresis for Laser-Induced Fluorescence Detection", J. Chromatogr. A, *734*, 331 (1996).

248.    E. S. Yeung and Q. Li, "DNA Sequencing by Multiplexed Capillary Electrophoresis", in *High Performance Capillary Electrophoresis*, M. G. Khaledi, Ed., Wiley, p. 767 (1998).

249.    W. Tong and E. S. Yeung, "Determination of Insulin in Single Pancreatic Cells by Capillary Electrophoresis and Laser-Induced Native Fluorescence", J. Chromatogr. B, *685*, 35 (1996).

250.    J. Preisler and E. S. Yeung, "Characterization of Nonbonded Poly(ethylene oxide) Coating for Capillary Electrophoresis via Continuous Monitoring of Electroosmotic Flow", Anal. Chem., *68*, 2885 (1996).

251.    S. J. Lillard and E. S. Yeung, "Analysis of Single Erythrocytes by Injection-Based Capillary Isoelectric Focusing with Laser-Induced Native Fluorescence Detection", J. Chromatogr. B, *687*, 363 (1996).

252.    N. Zhang and E. S. Yeung, "Genetic Typing by Capillary Electrophoresis with the Allelic Ladder as an Absolute Standard", Anal. Chem., *68*, 2927 (1996).

253.    W. Tong and E. S. Yeung, "Monitoring Single-Cell Pharmacokinetics by Capillary Electrophoresis and Laser-Induced Native Fluorescence", J. Chromatogr. B, *689*, 321 (1997).

254.    S. J. Lillard and E. S. Yeung, "Monitoring Exocytosis and Release from Individual Mast Cells by Capillary Electrophoresis with Laser-Induced Native Fluorescence Detection", Anal. Chem., *68*, 2897 (1996).

255.    N. Iki, Y. Kim and E. S. Yeung, "Electrostatic and Hydrodynamic Separation of DNA Fragments in Capillary Tubes", Anal. Chem., *68*, 4321 (1996).

256.    W. Tan, P. G. Haydon and E. S. Yeung, "Imaging Neurotransmitter Uptake and Depletion in Astrocytes", Appl. Spectrosc., *51*, 1139 (1997).

257.    N. Zhang and E. S. Yeung, "Simultaneous Separation and Genetic Typing of Four Short Tandem Repeat Loci by Capillary Electrophoresis", J. Chromatogr. A, *768*, 135 (1997).

258.    Z. Wang and E. S. Yeung, "Dual-Enzyme Assay of Glutamate in Single Cells Based on Capillary Electrophoresis", J. Chromatogr. B, *695*, 59 (1997).

259.    H. Tan and E. S. Yeung, "Integrated On-Line System for DNA Sequencing by Capillary Electrophoresis: From Template to Called Bases", Anal. Chem., *69*, 664 (1997).

260.    S. Y. Chang and E. S. Yeung, "Laser Vaporization/Ionization Interface for Capillary Electrophoresis–Time-of-Flight Mass Spectrometry", Anal. Chem., *69*, 2251 (1997).

261.  W. Tong and E. S. Yeung, "On-Column Monitoring of Secretion of Catecholamines from Single Bovine Adrenal Chromaffin Cells by Capillary Electrophoresis", J. Neurosci. Methods, *76*, 193 (1997).

262.  X.-H. Xu and E. S. Yeung, "Direct Measurement of Single-Molecule Diffusion and Photodecomposition in Free Solution", Science, *275*, 1106 (1997).

263.  E. N. Fung, H-M. Pang and E. S. Yeung, "Fast DNA Separations by using Poly(ethylene oxide) in Non-Denaturing Medium with Temperature Programming", J. Chromatogr. A, *806*, 157 (1998).

264.  S. J. Lillard and E. S. Yeung, "Temporal and Spatial Monitoring of Exocytosis with Native Fluorescence Imaging Microscopy", J. Neurosci. Methods, *75*, 103 (1997).

265.  H. Tan and E. S. Yeung, "Characterization of Dye-Induced Mobility Shifts Affecting DNA Sequencing in Poly(ethylene oxide) Sieving Matrix", Electrophoresis, *18*, 2893 (1997).

266.  Y. Kim and E. S. Yeung, "Separation of DNA Sequencing Fragments up to 1000 Bases by using Poly(ethylene oxide)-Filled Capillary Electrophoresis", J. Chromatogr., *781*, 315 (1997).

267.  S. J. Lillard, E. S. Yeung and M. A. McCloskey, "Monitoring Exocytosis with Laser-Induced Native Fluorescence: Capillary Electrophoresis and Imaging Microscopy", Proc. SPIE Symposium, Vol. 2980, San Jose, CA, 1997, p. 133.

268.  J. Preisler and E. S. Yeung, "Laser Photodissociation of Insulin Ions Generated by Matrix-Assisted Laser Desorption", Anal. Chem., *69*, 4390 (1997).

269.  W. Tan and E. S. Yeung, "Monitoring the Reactions of Single Enzyme Molecules and Single Metal Ions", Anal. Chem., *69*, 4242 (1997).

270.  N. Zhang and E. S. Yeung, "On-Line Coupling of Polymerase Chain Reaction and Capillary Electrophoresis for Automatic DNA Typing and HIV-1 Diagnosis", J. Chromatogr. B, *714*, 3 (1998).

271.  W. Tong and E. S. Yeung, "Direct Visualization of Secretion from Single Bovine Adrenal Chromaffin Cells by Laser-Induced Native Fluorescence Imaging Microscopy", Appl. Spectrosc., *52*, 407 (1998).

272.  Y. Kim and E. S. Yeung, "DNA Sequencing with Pulsed-Field Capillary Electrophoresis in Poly(ethylene oxide) Matrix", Electrophoresis, *18*, 2901 (1997).

273.  K. P. McNamara, E. S. Yeung, N. Rosenzweig and Z. Rosenzweig, "Dynamic Analytical Chemistry: A Kinetic Study of the Labeling of Normal and Age Fractionated Human Erythrocytes with Monobromobimane", Anal. Chim. Acta, *356*, 75 (1997).

274.  E. S. Yeung, "Chemical Characterization of Single Cells and Single Molecules", First International Cyber Congress on Analytical BioSciences, Hiroshima, Japan, 1997.

275.  Q. Gao and E. S. Yeung, "A Matrix for DNA Separation: Genotyping and Sequencing using Poly(vinylpyrrolidone) Solution in Uncoated Capillaries", Anal. Chem., *70*, 1382 (1998).

276.  X.-H. Xu and E. S. Yeung, "Long-Range Electrostatic Trapping of Single Protein Molecules at a Liquid/Solid Interface", Science, *281*, 1650 (1998).

277.  T. Kaneta, H. Jeong and E. S. Yeung, "Miniaturized Injection Method Using Silver-Coated Capillaries in DNA Sequencing by Multiplexed Capillary Electrophoresis", J. High Resol. Chromatogr., *21*, 287 (1998).

278.  E. N. Fung and E. S. Yeung, "Direct Analysis of Single Rat Peritoneal Mast Cells with Laser Vaporization/Ionization Mass Spectrometry", Anal. Chem., *70*, 3206 (1998).

279.  H. Tan and E. S. Yeung, "Automation and Integration of Multiplexed On-Line Sample Preparation with Capillary Electrophoresis for High-Throughput DNA Sequencing", Anal. Chem., *70*, 4044 (1998).

280.  A. M. Ho and E. S. Yeung, "Capillary Electrophoretic Study of Individual Exocytotic Events in Single Mast Cells", J. Chromatogr. A, *817*, 377 (1998).

281.  V. Parpura, W. Tong, E. S. Yeung and P. G. Haydon, "Laser-Induced Native Fluorescence (LINF) Imaging of Serotonin Depletion in Depolarized Neurons", J. Neurosci. Methods, *82*, 151 (1998).

282.  N. H. Cheung, C. W. Ng, W. F. Ho and E. S. Yeung, "Ultra-micro Analysis of Liquids and Suspensions Based on Laser-induced Plasma Emissions", Appl. Surface Sci., *127-129*, 274 (1998).

283.  E. S. Yeung, "Study of Single Cells by using Capillary Electrophoresis and Native Fluorescence Detection", J. Chromatogr. A, *830*, 243 (1999).

284.  H. M. Pang, V. Pavski and E. S. Yeung, "DNA Sequencing by using 96-capillary Array Electrophoresis", J. Biochem. Biophys. Meth., *41*, 121 (1999).

285.  Q. Gao, H. M. Pang and E. S. Yeung, "Simultaneous Genetic Typing from Multiple Short Tandem Repeat Loci using a 96-capillary Array Electrophoresis System", Electrophoresis, *20*, 1518 (1999).

286.  E. S. Yeung, "Imaging Single Cells and Single Molecules", Organic Mesoscopic Chemistry, Blackwell Science, Oxford, p. 221 (1999).

287.  J. Preisler and E. S. Yeung, "Derivatization of Amino Acids for Enhanced Ion Yield in Laser Desorption/Postionization Mass Spectrometry", J. Mass Spectrom., *34*, 563 (1999).

288.  N. Zhang, H. Tan and E. S. Yeung, "Automated and Integrated System for High-Throughput DNA Genotyping Directly from Blood", Anal. Chem., *71*, 1138 (1999).

289.  E. S. Yeung, "Laser-based Detection for Chromatography", Chromatography—A Century of Discovery 1900-2000. The Bridge to the Sciences/Technology, Ch. 7 (2001).

290.  H. Su and E. S. Yeung, "Study of Cell Degranulation with Simultaneous Microscope Imaging and Capillary Electrophoresis", Appl. Spectrosc., *53*, 760 (1999).

291.  E. S. Yeung, "Following the Dynamics of Single Biological Cells by Using Native Fluorescence Microscopy", Anal. Chem., *71*, 522A (1999).

292.  S. X. Lu and E. S. Yeung, "Side-Entry Excitation and Detection of Square Capillary Array Electrophoresis for DNA Sequencing", J. Chromatogr. A, *853*, 359 (1999).

293.  G. Xue, H.-M. Pang and E. S. Yeung, "Multiplexed Capillary Zone Electrophoresis and Micellar Electrokinetic Chromatography with Internal Standardization", Anal. Chem., *71*, 2642 (1999).

294.  X. Gong and E. S. Yeung, "An Absorption Detection Approach for Multiplexed Capillary Electrophoresis Using a Linear Photodiode Array", Anal. Chem., *71*, 4989 (1999).

295.  Z. Wang and E. S. Yeung, "Fluorescence Imaging of Glutamate Release in Neurons", Applied Spectrosc., *53*, 1502 (1999).

296.  Y. Zhang, H. Tan and E. S. Yeung, "Multiplexed Automated DNA Sequencing Directly from Single Bacterial Colonies" Anal. Chem., *71*, 5018 (1999).

297.  E. S. Yeung, "Chemical Characterization of Single Cells and Single Molecules", J. Chin. Chem. Soc., *46*, 351 (1999).

298.  E. S. Yeung, "Multiplexed Integrated On-Line Sample Preparation for DNA Sequencing and Genetic Typing", in *Integrated Microfabricated Device Technologies*, M. Heller and A. Guttman, Eds.; Marcel Dekker: New York, p. 87 (2002).

299.  Y. Kim and E. S. Yeung, "Capillary Electrophoresis of DNA Fragments Using Poly(Ethylene Oxide)-Filled Capillaries", Methods in Molecular Biology, *162*, 215 (2001).

300.  X. Gong and E. S. Yeung, "Genetic Typing and HIV-1 Diagnosis by Using 96 Capillary Array Electrophoresis and UV Absorption Detection", J. Chromatogr. B, *741*, 15 (2000).

301.  J. M. Song and E. S. Yeung, "Alternative Base-Calling Algorithm for DNA Sequencing Based on Four-Label Multicolor Detection", Electrophoresis, *21*, 807 (2000).

302.  W. Wei and E. S. Yeung, "Improvements in DNA Sequencing by Capillary Electrophoresis at Elevated Temperatures Using Poly(ethylene oxide) as a Sieving Matrix", J. Chromatogr. B, *745*, 221 (2000).

303.  Z. Wang, P. G. Haydon and E. S. Yeung, "Direct Observation of Calcium-Independent Intercellular ATP Signaling in Astrocytes", Anal. Chem., *72*, 2001 (2000).

304.  M. R. Shortreed, H. Li, W.-H. Huang and E. S. Yeung, "High Throughput Single-Molecule DNA Screening Based on Electrophoresis", Anal. Chem., *72*, 2879 (2000).

305.  S. H. Kang, W. Wei and E. S. Yeung, "On-Column Derivatization for the Analysis of Homocysteine and Other Thiols by Capillary Electrophoresis with Laser-Induced Fluorescence Detection", J. Chromatogr. B, *744*, 149 (2000).

306.  Q. Gao and E. S. Yeung, "High-Throughput Detection of Unknown Mutations by Using Multiplexed Capillary Electrophoresis with Polyvinylpyrrolidone Solution", Anal. Chem., *72*, 2499 (2000).

307. S. H. Kang, X. Gong and E. S. Yeung, "High-Throughput Comprehensive Peptide Mapping of Proteins by Multiplexed Capillary Electrophoresis", Anal. Chem., *72*, 3014 (2000).

308. M. R. Shortreed, H. Li and E. S. Yeung, "High Throughput Single-Molecule DNA Screening Based on Electrophoresis", in *Scanning and Force Microscopies for Biomedical Applications II*, S. Nie, E. Tamiya and E. S. Yeung, Eds., Proceedings of SPIE, *3922*, 58 (2000).

309. Y. Ma, M. R. Shortreed, H. Li, W. Huang and E. S. Yeung, "Single-Molecule Immuno-assay and DNA Diagnosis", Electrophoresis, *22*, 421 (2001).

310. H.-M. Pang and E. S. Yeung, "Automated One-Step DNA Sequencing Based on Nanoliter Reaction Volumes and Capillary Electrophoresis", Nucl. Acids Res., *28*, e73 (2000).

311. L. Ma, X. Gong and E. S. Yeung, "Combinatorial Screening of Enzyme Activity by Using Multiplexed Capillary Electrophoresis", Anal. Chem., *72*, 3383 (2000).

312. Y. He, H.-M. Pang and E. S. Yeung, "Integrated Electroosmotically-Driven On-Line Sample Purification System for Nanoliter DNA Sequencing by Capillary Electrophoresis", J. Chromatogr. A, *894*, 179 (2000).

313. Y. Zhang, X. Gong, H. Zhang, R. C. Larock and E. S. Yeung, "Combinatorial Screening of Homogeneous Catalysis and Reaction Optimization Based on Multiplexed Capillary Electrophoresis", J. Comb. Chem., *2*, 450 (2000).

314. H. Su and E. S. Yeung, "High-Throughput Screening of Heterogeneous Catalysts by Laser-Induced Fluorescence Imaging", J. Am. Chem. Soc., *30*, 7422 (2000).

315. Y. Ma, M. R. Shortreed and E. S. Yeung, "High-Throughput Single-Molecule Spectros-copy in Free Solution", Anal. Chem., *72*, 4640 (2000).

316. J. M. Song and E. S. Yeung, "Optimization of DNA Electrophoretic Behavior in Poly(vinylpyrrolidone) Sieving Matrix for DNA Sequencing", Electrophoresis, *22*, 748 (2001).

317. E. S. Yeung, "High-Throughput Single Molecule Screening of DNA and Proteins", The Chemical Record, *1*, 123 (2001).

318. G. Xue, H.-M. Pang and E. S. Yeung, "Online Nanoliter Cycle Sequencing Reaction with Capillary Zone Electrophoresis Purification for DNA Sequencing", J. Chromatogr. A., *914*, 245 (2001).

319. H. Li, G. Xue and E. S. Yeung, "Selective Detection of Individual DNA Molecules by Capillary Polymerase Chain Reaction", Anal. Chem., *73*, 1537 (2001).

320. Y. Zhang, Y. He and E. S. Yeung, "High Throughput PCR Analysis of Clinical Samples by Capillary Electrophoresis with UV Detection", Electrophoresis, *22*, 2296 (2001).

321. W. Wei and E. S. Yeung, "DNA Capillary Electrophoresis in Entangled Dynamic Polymers of Surfactant Molecules", Anal. Chem., *73*, 1776 (2001).

322.    S. H. Kang, M. R. Shortreed and E. S. Yeung, "Real-Time Dynamics of Single-DNA Molecules Undergoing Adsorption and Desorption at Liquid-Solid Interfaces, Anal. Chem., Accelerated Article, *73*, 1091 (2001).

323.    G. Xue and E. S. Yeung, "Fluorescence Detection in Capillary Arrays Based on Galvanometer Step Scanning", Electrophoresis, *22*, 3490 (2001).

324.    Y. He, Y. H. Zhang and E. S. Yeung, "Capillary-based Fully Integrated and Automated System for Nanoliter Polymerase Chain Reaction Analysis Directly from Cheek Cells", J. Chromatogr. A, *924*, 271 (2001).

325.    E. S. Yeung, "A Personal Perspective on Separation Science", in *A Century of Separation Science*, H. Issaq, Ed.; Marcel Dekker: New York, p. 631 (2001).

326.    L. Zhu, H. K. Lee, B. Lin and E. S. Yeung, "Spatial Temperature Gradient Capillary Electrophoresis for DNA Mutation Detection", Electrophoresis, *22*, 3683 (2001).

327.    H. Su, Y. Hou, R. S. Houk, G. L. Schrader and E. S. Yeung, "Combinatorial Screening of Heterogeneous Catalysts in Selective Oxidation of Naphthalene by Laser-Induced Fluorescence Imaging", Anal. Chem., *73*, 4434 (2001).

328.    Z. Wang and E. S. Yeung, "Selective Detection of Neurotransmitters by Fluorescence and Chemiluminescence Imaging", Pure Appl. Chem., *73*, 1599 (2001).

329.    W. Zhong and E. S. Yeung, "Multiplexed Capillary Electrophoresis for DNA Sequencing with Ultra Violet Absorption Detection", J. Chromatogr. A, *960*, 229 (2001).

330.    W. Wei, G. Xue and E. S. Yeung, "One-Step Concentration of Analytes Based on Dynamic Change in pH in Capillary Zone Electrophoresis", Anal. Chem., *74*, 934 (2002).

331.    G. Xue and E. S. Yeung, "Two Color Excitation System for Fluorescence Detection in DNA Sequencing by Capillary Array Electrophoresis", Electrophoresis, *23*, 1490 (2002).

332.    H. Su and E. S. Yeung, "Combinatorial Study of Zeolites in Catalyzing the Acylation of Benzene via Laser-induced Fluorescence Imaging", Appl. Spectrosc., *56*, 1044 (2002).

333.    Y. He, W. Zhong and E. S. Yeung, "Multiplexed On-column Protein Digestion and Capillary Electrophoresis for High-throughput Comprehensive Peptide Mapping", J. Chromatogr. B, *782*, 331 (2002).

334.    H. Su and E. S. Yeung, "Laser-induced Fluorescence Detection in High-throughput Screening of Heterogeneous Catalysts", in *High Throughput Analysis: A Tool for Combinatorial Materials Science*, Plenum, New York, in press (2003).

335.    Y. He and E. S. Yeung, "Rapid Determination of Protein Molecular Weight by the Ferguson Method and Multiplexed Capillary Electrophoresis", J. Proteome Res., *1*, 273 (2002).

336.    H. Li and E. S. Yeung, "Selective Genotyping of Individual Cells by Capillary Polymerase Chain Reaction", Electrophoresis, *23*, 3372 (2002).

337.    W. Zhong and E. S. Yeung, "Combinatorial Enantiomeric Separation of Diverse Compounds using Capillary Array Electrophoresis", Electrophoresis, *23*, 2996 (2002).

338. W. Wei and E. S. Yeung, "On-line Concentration of Proteins and Peptides in Capillary Zone Electrophoresis with an Etched Porous Joint", Anal. Chem., *74*, 3899 (2002).

339. Y. He, E. S. Yeung, K. C. Chan and H. J. Issaq, "Two Dimensional Mapping of Cancer Cell Extracts by Liquid Chromatography/Capillary Electrophoresis with UV Detection", J. Chromatogr. A, *979*, 81 (2002).

340. J. Zheng and E. S. Yeung, "Anomalous Radial Migration of Single DNA Molecules in Capillary Electrophoresis", Anal. Chem., *74*, 4536 (2002).

341. T. Anazawa, H. Matsunaga and E. S. Yeung, "Electrophoretic Quantitation of Nucleic Acids without Amplification by Single-Molecule Imaging", Anal. Chem., *74*, 5033 (2002).

342. M. Christodoulou and E. S. Yeung, "Chemical Imaging of Surface Reactions by Multiplexed Capillary Electrophoresis", Anal. Chem., *74*, 5414 (2002).

343. E. S. Yeung, "Single-Molecule Optical Imaging" in *McGraw-Hill Yearbook of Science and Technology*, McGraw-Hill: New York, p. 392 (2003).

344. D. W. Armstrong, M. Girod, L. He, M. A. Rodriguez, W. Wei, J. Zheng and E. S. Yeung, "Mechanistic Aspects in the Generation of Apparent Ultra-High Efficiencies for Colloidal (Microbial) Electrokinetic Separations", Anal. Chem., *74*, 5523 (2002).

345. Y. He and E. S. Yeung, "High-Throughput Screening of Kinase Inhibitors by Multiplex Capillary Electrophoresis with UV Absorption Detection", Electrophoresis, *24*, 101 (2003).

346. Y. Zhang and E. S. Yeung, "Microscale Sample Preparation for DNA Sequencing and Genotyping", in *Analytical Techniques in DNA Sequencing*, B. K. Nunnally, Ed., Marcel Dekker: New York, p. 29 (2005).

347. H. Matsunaga, T. Anawaza and E. S. Yeung, "Integrated On-Capillary Instrumentation for Gene Expression Measurement Directly from Cells", Electrophoresis, *24*, 458 (2003).

348. S. H. Kang and E. S. Yeung, "Dynamics of Single Protein Molecules at a Liquid/Solid Interface: Implications in Electrophoresis and Chromatography", Anal. Chem., *74*, 6334 (2002).

349. J. Zheng and E. S. Yeung, "Counting Single DNA Molecules in a Capillary with Radial Focusing", Aust. J. Chem., *56*, 149 (2003).

350. J. Zheng and E. S. Yeung, "Mechanism of Microbial Aggregation during Capillary Electrophoresis", Anal. Chem., *75*, 818 (2003).

351. M. Hashimoto, Y. He and E. S. Yeung, "On-line Integration of PCR and Cycle Sequencing in Capillaries: From Human Genomic DNA Directly to Called Bases", Nucl. Acids Res., *31*, e41, i-xvii (2003).

352. E. S. Yeung, "By the Numbers", SPIE OE Magazine, February 2003, p. 24.

353. E. S. Yeung, "Big Science versus Small Science", invited editorial, Anal. Chem., *75*, 85A (2003).

354. J. Zheng and E. S. Yeung, "Mechanism for the Separation of Large Molecules Based on Radial Migration in Capillary Electrophoresis", Anal. Chem., Accelerated Article, *75*, 3675 (2003).

355. W. Zhong and E. S. Yeung, "High-Throughput Analysis of Total RNA Expression Profiles by Capillary Gel Electrophoresis", Anal. Chem., *75*, 4415 (2003).

356. Y. Markushin, W. Zhong, E. L. Cavalieri, E. G. Rogan, G. J. Small, E. S. Yeung and R. Jankowiak, "Spectral Characterization of Catechol Estrogen Quinone (CEQ)-Derived DNA Adducts and Their Identification in Human Breast Tissue Extract", Chem. Res. Toxicol., *16*, 1107 (2003).

357. E. S. Yeung, "Dynamics of Single Biomolecules in Free Solution", Annu. Rev. Phys. Chem., *55*, 97 (2004).

358. C. Sluszny and E. S. Yeung, "One- and Two-Dimensional Miniaturized Electrophoresis of Proteins with Native Fluorescence Detection", Anal. Chem., *76*, 1359 (2004).

359. J. Gruenhagen and E. S. Yeung, "Investigation of G-protein Initiated $Ca^{2+}$-Dependent Release of ATP from Endothelial Cells", Biochim. Biophys. Acta, *1693*, 135 (2004).

360. J. Gruenhagen, P. Lovell, L. L. Moroz and E. S. Yeung, "Monitoring Real-Time Release of ATP from the Molluscan Central Nervous System", J. Neurosci. Methods, *139*, 145 (2004).

361. J. Zheng, H. Li and E. S. Yeung, "Manipulation of Single DNA Molecules via Lateral Focusing in a PDMS/Glass Microchannel", J. Phys. Chem. B, *108*, 10357 (2004).

362. J.-Y. Lee, H.-W. Li and E. S. Yeung, "Single Molecule Spectroscopy for Molecular Identification in Capillary Electrophoresis", J. Chromatogr. A, *1053*, 173 (2004).

363. D. Isailovic, H.-W. Li and E. S. Yeung, "Isolation and Characterization of R-phycoerythrin Subunits and Enzymatic Digests", J. Chromatogr. A, *1051*, 119 (2004).

364. E. S. Yeung, S. H. Kang, J. Zheng and H.-W. Li, "Single Molecule Studies of Chromatographic Processes", Proceedings of XXVII International Symposium on Capillary Chromatography, Hüthig, Heidelberg, Germany, 2004, p. 3.

365. S. H. Kang, S. Lee and E. S. Yeung, "Direct Observation of Single Native DNA Molecules in a Microchannel by Differential Interference Contrast Microscopy", Anal. Chem., *76*, 4459 (2004).

366. C. A. Aspinwall and E. S. Yeung, "Screening Populations of Individual Cells for Secretory Heterogeneity", Anal. Bioanal. Chem., *381*, 660 (2005).

367. D. Isailovic, H.-W. Li, G. J. Phillips and E. S. Yeung, "High-Throughput Single-Cell Fluorescence Spectroscopy", Appl. Spectrosc., *59*, 221 (2005).

368. C. Sluszny, E. S. Yeung and B. J. Nikolau, "In-Situ Probing of the Biotic-Abiotic Boundary of Plants by Laser Desorption/Ionization Time-of-Flight Mass Spectrometry", Am. Soc. Mass Spectrom., *16*, 107 (2005).

369. W.-C. Yang, E. S. Yeung and M. J. Schmerr, "Detection of Prion Protein using Capillary Electrophoresis-Based Competitive Immunoassay with Laser-Induced Fluorescence Detection and Cyclodextrin-Aided Separation", Electrophoresis, 26, 1751 (2005).

370. H.-W. Li and E. S. Yeung, "Single-Molecule Dynamics of Conformational Changes in Flavin Adenine Dinucleotide", J. Photochem. Photobiol. A, 172, 73 (2005).

371. J. A. Gruenhagen, C.-Y. Lai, D. R. Radu, V. S.-Y. Lin and E. S. Yeung, "Real-Time Imaging of Tunable Adenosine 5-Triphosphate Release from a MCM-41-Type Mesoporous Silica Nanosphere-Based Delivery System", Appl. Spectrosc., 59, 424, featured on the cover of April issue (2005).

372. A. Xu and E. S. Yeung, "Prototype for Integrated Two-Dimensional Gel Electrophoresis for Protein Separation", J. Chromatogr. A, 1087, 177 (2005).

373. Y. He, H.-W. Li and E. S. Yeung, "Motion of Single DNA Molecules at a Liquid-Solid Interface as Revealed by Variable-Angle Evanescent-Field Microscopy", J. Phys. Chem. B, 109, 8820 (2005).

374. H.-W. Li, H.-Y. Park, M. D. Porter and E. S. Yeung, "Single DNA Molecules as Probes of Chromatographic Surfaces", Anal. Chem., 77, 3256 (2005).

375. H.-W. Li and E. S. Yeung, "Direct Observation of Anomalous Single-Molecule Enzyme Kinetics", Anal. Chem., 77, 4374 (2005).

376. W.-C. Yang, M. J. Schmerr, R. Jackman, W. Bodemer and E. S. Yeung, "Capillary Electrophoresis-based Noncompetitive Immunoassay for Prion Protein using Fluorescein-labeled Protein A as a Fluorescent Probe", Anal. Chem., 77, 4489 (2005).

377. F. Li, H. Robinson and E. S. Yeung, "Automated High-throughput Nanoliter-scale Protein Crystallization Screening", Anal. Bioanal. Chem., 383, 1034, featured on the cover of the November issue (2005).

378. C. Sluszny, Y. He and E. S. Yeung, "Light-emitting-diode Induced Fluorescence Detection of Native Proteins in Capillary Electrophoresis", Electrophoresis, 21, 4197 (2005).

379. S. H. Kang, S. Jeong, D. Kim, Y. He, E. S. Yeung, "Femtomol Single-DNA Molecules Analysis by Electro Field Strength in a Microfluidic Chip using TIRFM", Bulletin of the Korean Chemical Society, 2006, 26(2), 315.

380. H.-Y. Park, H.-W. Li, E. S. Yeung and M. D. Porter, "Single Molecule Adsorption at Compositionally Patterned Self-Assembled Monolayers on Gold: Role of Domain Boundaries", Langmuir, 22, 4244 (2006).

381. E. S. Yeung, "Shigeru Terabe—A Gentleman and a Scholar", J. Chromatogr. A., 1106, 5 (2006).

382. S. H. Kang, S. Lee and E. S. Yeung, "Atypical Dynamics of Single Native DNA Molecules in Microchip Electrophoresis Revealed by Differential Interference Contrast Microscopy", Electrophoresis, 27, 4149 (2006).

383.   H.-W. Li, M. A. McCloskey and E. S. Yeung, "Real-Time Dynamics of Label-Free Single Mast-Cell Granules Revealed by Differential Interference Contrast Microscopy", Anal. Bioanal. Chem., *387*, 63 (2006).

384.   S. Donner, H.-W. Li, E. S. Yeung and M. D. Porter, "Synthesis of Carbon Optically Transparent Electrodes by the Pyrolysis of Photoresist Films: Approach to Single Molecule Spectroelectrochemistry", Anal. Chem., *78*, 2816 (2006).

385.   H. Zhang and E. S. Yeung, "Ultra-sensitive Native Fluorescence Detection of Proteins with Miniaturized Polyacrylamide Gel Electrophoresis by Laser Side-entry Excitation", Electrophoresis, *27*, 3609 (2006).

386.   E. S. Yeung, "Sub-Diffraction Limit Imaging of Single Molecules and Single Cells", Proceedings of the International Conference on Miniaturized Systems for Chemistry and Life Sciences, *10*, 35 (2006)

387.   D. Isailovic, I. Sultana, G. J. Phillips and E. S. Yeung, "Formation of Fluorescent Proteins by Non-enzymatic attachment of Phycoerythrobilin to R-phycoerythrin Alpha and Beta Apo-subunits", Anal. Biochem., *358*, 38 (2006).

388.   S. Isailovic, H.-W. Li and E. S. Yeung, "Adsorption of Single DNA Molecules at the Water/Fused Silica Interface", J. Chromatogr. A, *1143*, Online (2006).

389.   J. Li, J.-Y. Lee and E. S. Yeung, "Quantitative Single Molecule Screening of Human Papilloma Virus", Anal. Chem., *78*, 6490 (2006).

390.   S. Cha and E. S. Yeung, "Colloidal Graphite-Assisted Laser Desorption/Ionization Mass Spectrometry and $MS^n$ of Small Molecules. 1. Imaging of Cerebrosides Directly from Rat Brain Tissue", Anal. Chem., in press (2007).

391.   S. H. Kang, Y. J. Kim and E. S. Yeung, "Detection of Single-Molecule DNA Hybridization by using Dual-Color Total Internal Reflection Fluorescence Microscopy", Anal. Bioanal. Chem., in press (2007).

392.   G. Lu and E. S. Yeung, "High-Throughput Enzyme Kinetics using Microarrays", Israel J. Chem., in press (2007).

393.   C.-C. Kang, C.-C. Chang, T.-C. Chang, W. Xie and E. S. Yeung, "Is It Possible to Bring Hospital Device to Home for Routine Screening of Cancer?", submitted (2007).

394.   N. Fang, J. Li and E. S. Yeung, "Quantitative Analysis of Systematic Errors Originated from Wall Adsorption and Sample Plug Lengths in Affinity Capillary Electrophoresis using Two-Dimensional Simulation", submitted (2007).

395.   Y. Zhang, G. J. Phillips and E. S. Yeung, "Real-Time Monitoring of Single Bacterial Cell Lysis Events by Chemiluminescence Microscopy", submitted (2007).

396.   T.-M. Hsin and E. S. Yeung, "Single Molecule Reactions in Liposomes", submitted (2007).

397.   H. Zhang, S. Cha and E. S. Yeung, "Colloidal Graphite-Assisted Laser Desorption/ Ionization (GALDI) MS and $MS^n$ of Small Molecules. 2. Direct Profiling and MS Imaging of Small Metabolites from Fruits", submitted (2007).

36

**SCHEDULE B**


DOCUMENTS EXAMINED FOR PREPARATION OF DECLARATION


1. U.S. Patent No. 6,734,962 and associated filing history
2. U.S. Patent No. 5,377,003
3. U.S. Patent No. 5,943,129
4. U.S. Patent No. 6,711,283
5. U.S. Patent No. 5,528,393
6. U.S. Patent Reissue Application No. 11/103,423 and associated filing history
7. Miller, Hoyt, and Cambridge Research and Instrumentation, Inc. v. Treado and ChemImage Corp., U.S. District Court for the District of Massachusetts filed February 24, 2005
8. SBIR Phase I proposal to National Science Foundation from CRI dated 6/10/1994 (CRI000582-605)
9. SBIR Phase I proposal to National Science Foundation from CRI dated 6/7/1995 (CRI000951-74)
10. SBIR Phase I Final Report to National Science Foundation from CRI dated 9/13/1996 (CRI000639-64)
11. SBIR Phase II proposal to National Science Foundation from CRI dated 10/30/1996 (CRI000665-704)
12. Deposition of Cambridge Research and Instrumentation through Peter J. Miller dated 10/17/2006
13. Deposition of Cambridge Research and Instrumentation through Clifford C. Hoyt dated 11/15/2006
14. Deposition of Patrick Treado dated 10/12/2006
15. Deposition of Matthew Nelson dated 11/8/2006
16. Deposition of Scott Keitzer dated 11/9/2006
17. CRI000131-2
18. CRI000135-6
19. CRI000258-67
20. CRI000329
21. CRI000589
22. Morris et al. Applied Spectroscopy 48, 857-88, 1994 (CRI002409-18)
23. Treado et al. Applied Spectroscopy 48, 1994 (CI02063-67)
24. Shukla et al. Physical Review B 34, 8950-3 (CI02068-71)
25. Wilton et al. SPIE 623, 26-34, 1986 (CI02072-80)
26. Treado et al. Applied Spectroscopy 48, 1211-6 (CI02259-64)
27. Treado et al. Applied Spectroscopy 46, 553-9 (CI02265-71)
28. Turner at al. SPIE 3061, 280-3 (CI02282-5)
29. Treado et al. Applied Spectroscopy 44, 1-4, 1990
30. CI02327-30
31. CI-2371-96

32. CI02538
33. CI02913-4
34. CI02915-22
35. CI02923-5
36. CRI000046-7
37. CRI000048-73
38. CRI000119
39. CRI000120-5
40. CRI000127-9
41. CRI000130
42. CRI000131-2
43. CRI000133-6
44. CRI000137-73
45. CRI000216
46. CRI000247-53
47. CRI000258-335
48. CRI000375-80
49. CRI000381-399
50. CRI000400-21
51. CRI000430
52. CRI000431
53. CRI000432
54. CRI000433
55. CRI000434-40
56. CRI000441
57. CRI000442-3
58. CRI000444
59. CRI000445-7
60. CRI000448
61. CRI000449-60
62. CRI000499
63. CRI000503
64. CRI000506-24
65. CRI000525
66. CRI000526-80
67. CRI000581
68. CRI000582-605
69. CRI000665
70. CRI000702-4
71. CRI000717-20
72. CRI000721-40
73. CRI000741-54
74. CRI000755-761
75. CRI000794-821
76. CRI000834-47
77. CRI000848-56

78. CRI000858-77
79. CRI000879
80. CRI000880
81. CRI000882-98
82. CRI000899-916
83. CRI000917-27
84. CRI000928-42
85. CRI000943-6
86. CRI000047-8
87. CRI000949-76
88. CRI000977-80

## **SCHEDULE C**

PERSONS INTERVIEWED FOR PREPARATION OF DECLARATION

1.  Dr. Patrick J. Treado
2.  Dr. Matthew Nelson
3.  Mr. Scott Keitzer