IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. MILLER, an individual, CLIFFORD HOYT, and individual, and CAMBRIDGE RESEARCH and INSTRUMENTATION, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO, an individual, and CHEMIMAGE CORP., a Delaware Corporation,<br><br>Defendants. | Civil Action No. 1:05-cv-10367-RWZ |

## DEFENDANT'S TRIAL EXHIBIT LIST

| Trial Exhibit # | Description | Bates Range (If Applicable) | Objection |
|---|---|---|---|
| 1 | U.S. Patent No. 6,734,962 | CRI 001536-001551 | |
| 2 | File History for U.S. Patent Application No. 09/976,391 | CI00502-00676 | |
| 3 | Patrick Treado handwritten notes dated 1/29/1993 | CRI 000131-000132 | |
| 4 | Patrick Treado handwritten drawing | Treado Depo. 6 | |
| 5 | NSF (SBIR) CRI Project Summary entitled "High Definition Raman Imaging Microscope" | CRI 000582-000605 | |
| 6 | NSF (SBIR) CRI Project Summary entitled "High Definition Raman Imaging Microscope" | CRI 000611-000635 | |
| 7 | U.S. Patent No. 6,002,476 | CRI 001156-001164 | |
| 8 | CRI Final Report on SBIR Phase I Contract DMI-9560600 entitled "High Definition Raman Imaging Microscope" | CRI 000639-000664 | |
| 9 | NSF (SBIR) CRI Project Summary entitled "High Definition Raman Imaging Microscope" | CRI 000665-000704 | |
| 10 | Article entitled "LCTF Raman Chemical Imaging in the Near-Infrared" co-authored John F. Turner and Patrick Treado | CRI 000174-000179 | |
| 11 | Article entitled "Imaging Spectrometers for Fluorescence and Raman Microscopy: Acousto-Optic and Liquid Crystal Tunable Filters" co-authored by Hannah R. Morris, Clifford C. Hoyt and Patrick Treado | CRI 002409-002418 | |
| 12 | U.S. Patent No. 5,377,003 | CI 01170-01189 | |

| Trial Exhibit # | Description | Bates Range (If Applicable) | Objection |
|---|---|---|---|
| 13 | E-mail dated 10/5/2006 from Dan Golub to patent examiner with attached draft of amended U.S. Patent Application No. 11/103,423 | CI 03622-03628 | |
| 14 | 4/11/2005 Office action summary with attached U.S. Patent Application No. 11/103,423 | CI 03629-03636 | |
| 15 | Patrick Treado handwritten drawing | Treado Depo. 17 | |
| 16 | 10/13/2000 File history for Provisional Application No. 60/239,969 | CRI 001184-001534 | |
| 17 | Falcon brochure entitled "Raman Chemical Imaging Microscope" | CRI 000002-000009 | |
| 18 | E-mail dated 9/28/2001 from Matthew Nelson to Patrick Treado with attachments | CI 03173-03204 | |
| 19 | 12/17/2001 Notice to file missing parts of Nonprovisional Application No. 09/976,391 | CRI 001582-001586 | |
| 20 | Description of invention of NIR chemical imaging microscope | CI 03063-03065 | |
| 21 | Description of invention of NIR chemical imaging microscope | CI 03070-03071 | |
| 22 | File History for U.S. Patent Application No. 11/103,423 | CI00368-02321 | |
| 23 | E-mail dated 5/5/1999 from Patrick Treado to Scott Keitzer | CI 03334-03336 | |
| 24 | E-mail dated 8/30/1999 from Patrick Treado to Matt Nelson | CI 03328-03331 | |
| 25 | Letter dated 12/29/04 from Martin Pavane to Dr. Wes Hutchison | Miller Depo. 1 | |
| 26 | Notice of deposition to plaintiff Cambridge Research and Instrumentation, Inc. (CRI), pursuant to FED.R.CIV.P.30(b)(6) | Miller Depo. 2 | |
| 27 | SBIR phase I proposal entitled "High Definition Raman Imaging Microscope" | CI 02422-02426 | |
| 28 | U.S. Patent No. 6,734,962 | CI 00506-00521 | |
| 29 | 10/17/2006 Recitation of claims 7 through 13 of the '962 patent as they appear in the reissue application | Miller Depo. 5 | |
| 30 | License agreement between Colorlink, Inc. and CRI | CRI 004126-004136 | |
| 31 | Plaintiff's supplemental response to defendants' first set of interrogatories (Nos. 1 - 8) | Miller Depo. 7 | |
| 32 | String of e-mails dated 5/13/1997 between Peter Miller and Patrick Treado | CI 02327-02330 | |
| 33 | SBIR Phase II final report | CI 02559-02570 | |
| 34 | Multipage document containing handwritten notes dated 2/5/1993 and a letter to C. Hoyt dated 3/9/1992 from a meeting with Nikon, Inc. | Hoyt Depo. 1 | |
| 35 | U.S. Patent No. 5,943,129 | Hoyt Depo. 2 | |
| 36 | Article entitled "Merging Spectroscopy and Digital Imaging Enhances Cell Research" co-aithored by Clifford Hoyt and Douglas Benson | CRI 000717-000720 | |
| 37 | CRI memorandum dated 6/26/1996 from Peter Miller to Patrick Treado re: Phase I SBIR final report outline | CRI 000499-000503 | |
| 38 | Fax dated 7/23/1991 from David Claypool to Clifford Hoyt | CRI 000755-000761 | |

| Trial Exhibit # | Description | Bates Range (If Applicable) | Objection |
|---|---|---|---|
| 39 | Article entitled "Multispectral Imaging with a Liquid Crystal Tunable Filter" co-authored by Peter Miller and Clifford Hoyt | CRI 000729-000740 | |
| 40 | Final report on SBIR Phase I Contract DMI - 9560600 "High Definition Raman Imaging Microscope" | CRI 000794-000806 | |
| 41 | Clifford Hoyt handwritten notes dated 1/18/1994 | CRI 000135-000136 | |
| 42 | Letter dated 11/14/2006 from Ralph Grullon to Paul Weller with enclosed documents Bates numbered CRI 004145 - 004184 | CRI 004145-004184 | |
| 43 | One page document dated 3/14/1994 containing assembly component stages of a filter, id no. #93 | CRI 000505 | |
| 44 | One page document dated 5/11/1995 containing assembly component stages of a filter, id no. #50093 A (D;d) | CRI 000504 | |
| 45 | Faxed memo 10/29/1993 from Barry Logue to Alex Pertica | CRI 000448-000460 | |
| 46 | U.S. Patent No. 5,528,393 | CRI 001829-001865 | |
| 47 | Letter dated 11/5/1997 from Brent Sweredoski to Barry Logue | CRI 000708-000714 | |
| 48 | Fax dated 11/12/1996 from Patrick Treado to Barry Logue | CRI 000185-000186 | |
| 49 | Collection of separate articles re: Imaging systems | LOGUE 000001-000049 | |
| 50 | CRI brochure entitled "Varispec Filters" | CRI 000046-000047 | |
| 51 | Clifford Hoyt letter dated 8/5/1988 with attached proposal entitled "Image-Preserving Tunable Filter for Microscopy" | CRI 000048-000073 | |
| 52 | Letter dated 8/5/1988 from Clifford Hoyt to the Division of Research Grants | CRI 000092 | |
| 53 | SBIR program Phase I Grant Application entitled "Image-Preserving Tunable Filter for Microscopy" - Principal Investigator - Clifford Hoyt | CRI 000093-000116 | |
| 54 | Letter dated 10/15/1993 from Patrick Treado to Clifford Hoyt | CRI 000119 | |
| 55 | Multipage document re: Theory of AOTF's v. LCTF's for fluorescence emission imaging | CRI 000120-000125 | |
| 56 | Fax dated 12/22 from Clifford Hoyt to Patrick Treado | CRI 000126 | |
| 57 | Patrick Treado handwritten notes dated 10/30/1999 | CRI 000127 | |
| 58 | Patrick Treado handwritten notes dated 2/11/1994 | CRI 000128-000129 | |
| 59 | Patrick Treado handwritten notes dated 7/29/1993 | CRI 000130 | |
| 60 | Patrick Treado handwritten notes dated 6/14/1993 | CRI 000133 | |
| 61 | Patrick Treado handwritten notes dated 12/6/1993 | CRI 000134 | |
| 62 | Letter dated 10/21/1994 from Patrick Treado to Clifford Hoyt | CRI 000137-000139 | |

| Trial Exhibit # | Description | Bates Range (If Applicable) | Objection |
|---|---|---|---|
| 63 | Letter dated 10/26/1995 from Patrick Treado to Peter Foukal | CRI 000140-000141 | |
| 64 | Article (faxed) entitled "Liquid Crystal Tunable Filter (LCTF) Raman Chemical Imaging" co-authored by Hannah R. Morris, Clifford Hoyt, Peter Miller and Patrick Treado | CRI 000142-000164 | |
| 65 | Letter dated 10/24/1996 from Patrick Treado to Peter Foukal | CRI 000165 | |
| 66 | Fax dated 12/12/1995 from Patrick Treado to Barry Logue | CRI 000166-000172 | |
| 67 | Letter dated 8/15/1999 from Patrick Treado to Clifford Hoyt | CRI 000173 | |
| 68 | Handwritten notes from an unknown source and re: Questions for Patrick Treado | CRI 000180-000183 | |
| 69 | E-mail dated 1/2/1998 from Patrick Treado to Ross Nakatsuji | CRI 000184 | |
| 70 | 1/7/1998 Varispec Work Order Request | CRI 000189-000192 | |
| 71 | 1/7/1998 Return Materials Unpacking List | CRI 000194 | |
| 72 | Packing slip dated 1/2/1998 from ChemIcon to CRI's Ross Nakatsuji | CRI 000195-000210 | |
| 73 | 4/29/1994 Marketing meeting action items list | CRI 000216 | |
| 74 | Memo dated 1/5/1994 from Peter Miller to Peter Foukal, Clifford Hoyt and Barry Logue | CRI 000226 | |
| 75 | Model diagrams of angles of incidence | CRI 000241-000246 | |
| 76 | Handwritten notes dated 7/19/1993 from unknown party | CRI 000247-000253 | |
| 77 | 6/13/1994 Small Business Innovation Research (SBIR) Program Solicitation | CRI 000258-000335 | |
| 78 | Single page document from Phase I sample proposal from NSF SBIR solicitation | CRI 000329 | |
| 79 | Article entitled "Construction and Characterization of Tunable Solc Filters using Liquid Crystal Retardance Plates" authored by Peter Miller | CRI 000375-000380 | |
| 80 | Article entitled "Tunable Liquid Crystal Filters for Lunar and Planetary Spectral Imaging Systems" authored by CRI - Investigator: Peter Foukal | CRI 000381-000399 | |
| 81 | SBIR Proposal and Project Summary Phase I entitled "Large Area Fast Spectroradiometer Using a Wavelength- Tunable Liquid Crystal Light Filter | CRI 000400-000421 | |
| 82 | Memo dated 12/2/1993 from Peter Miller to Peter Foukal, Clifford Hoyt and Barry Logue | CRI 000430 | |
| 83 | Fax dated 6/22/1993 from Barry Logue to Alex Pertica | CRI 000431 | |
| 84 | 12/2/1993 Check in the amount of $20,800 paid to CRI from Lawrence Livermore National Laboratory (University of California) | CRI 000432 | |
| 85 | Fax dated 2/14/1994 from Peter Miller to Priya Basu (Lawrence Livermore National Laboratory) | CRI 000433 | |
| 86 | Microsoft and Turbo 'C' electronic routines for the NIR Varispec Filter | CRI 000434 | |

| Trial Exhibit # | Description | Bates Range (If Applicable) | Objection |
|---|---|---|---|
| 87 | Microsoft and Turbo 'C' electronic routines for the NIR Varispec Filter | CRI 000435-000440 | |
| 88 | 7/22/1993 Order Data Entry | CRI 000441 | |
| 89 | 11/19/1993 CRI quote from Barry Logue to Alex Pertica | CRI 000442-000443 | |
| 90 | 11/2/1993 Document from CRI to the Lawrence Livermore National Laboratory (University of California) | CRI 000444 | |
| 91 | Purchase order dated 7/22/1993 between The Regents of The University of California and CRI | CRI 000445-000447 | |
| 92 | Diagrams of filter wavelengths | CRI 000449-000460 | |
| 93 | Packing list dated 1/22/1998 from CRI to ChemIcon | CRI 000467 | |
| 94 | 5/21/1997 Acknowledgment of a purchase order between CRI and ChemIcon | CRI 000468 | |
| 95 | 5/2/1997 Purchase order | CRI 000469 | |
| 96 | 5/2/1997 Varispec Work Order Request | CRI 000470 | |
| 97 | Purchase order dated 12/10/1996 between ChemIcon and CRI | CRI 000471 | |
| 98 | Stack diagram for filter, including wavelength diagrams | CRI 000472-000491 | |
| 99 | Fax dated 9/12/1996 from Patrick Treado to Peter Miller | CRI 000506 | |
| 100 | Final report to the National Science Foundation for "SBIR Phase I: High Definition Raman Imaging Microscope" | CRI 000507-000519 | |
| 101 | Fax dated 9/12/1996 from Patrick Treado to Peter Miller | CRI 000520-000524 | |
| 102 | 11/18/1992 Solicitation, Offer and Award of CRI's Peter Foukal | CRI 000525 | |
| 103 | Attachments (Proposal and Project Summary) of the SBIR Solicitation 91-1-Phase II | CRI 000526-000580 | |
| 104 | Letter dated 11/5/1992 from Satoshi Hinata (Auburn University) to Dr. P.V. Foukal | CRI 000581 | |
| 105 | Single page from NSF (SBIR) CRI Project Summary entitled "High Definition Raman Imaging Microscope" | CRI 000589 | |
| 106 | Article entitled "Tunable Narrowed Birefringent Filters for Astronomical Imaging" authored by Peter Miller | CRI 000721-000740 | |
| 107 | Article entitled "Liquid Crystal Tunable Light Filters for Surveillance and Remote Sensing Applications" co-authored by Peter Foukal, Peter Miller and Clifford Hoyt | CRI 000741-000754 | |
| 108 | 7/22/1991 Quotation from David Claypool to Cliffor Hoyt | CRI 000756-000757 | |
| 109 | 7/22/1991 Quotation from David Claypool to Cliffor Hoyt | CRI 000758-000761 | |
| 110 | Multipage document from a brochure re: Zeiss Axioskop Microscopy | CRI 000780-000793 | |
| 111 | Final report on SBIR Phase I Contract DMI - 9560600 "High Definition Raman Imaging Microscope" | CRI 000807-000833 | |

| Trial Exhibit # | Description | Bates Range (If Applicable) | Objection |
|---|---|---|---|
| 112 | Final report on SBIR Phase I Contract DMI - 9560600 "High Definition Raman Imaging Microscope" | CRI 000834-000847 | |
| 113 | Final report to the National Science Foundation under Grant DMI - 9560600 - SBIR Phase I: High Definition Raman Imaging Microscope | CRI 000848-000856 | |
| 114 | E-mail dated 7/16/1992 from Peter Miller to Barry Logue | CRI 000857 | |
| 115 | Mulitpage document from a Project Summary / Proposal | CRI 000858-000878 | |
| 116 | Memo dated 5/9/1994 from Peter Miller to Wayne Schober | CRI 000879 | |
| 117 | Single page document entitled "Summary of completed project" | CRI 000880 | |
| 118 | Final report on SBIR Phase I Contract DMI - 9560600 "High Definition Raman Imaging Microscope" | CRI 000882-000898 | |
| 119 | Quarterly Report to the National Aeronautics and Space Administration Jet Propulsion Laboratory on Tunable Liquid Crystal Filters for Remote Sensing Applications by Peter Miller (CRI) | CRI 000899-000916 | |
| 120 | Quarterly Report to the National Aeronautics and Space Administration Jet Propulsion Laboratory on Tunable Liquid Crystal Filters for Remote Sensing Applications by Peter Miller (CRI) | CRI 000917-000927 | |
| 121 | Quarterly Report to the National Aeronautics and Space Administration Jet Propulsion Laboratory on Tunable Liquid Crystal Filters for Remote Sensing Applications by Peter Miller (CRI) | CRI 000928-000942 | |
| 122 | Faxed letter dated 1/16/1992 from Clifford Hoyt to Tom Calahan | CRI 000943-000946 | |
| 123 | Fax dated 12/17/1992 from Clifford Hoyt to Mark Sartor | CRI 000947-000948 | |
| 124 | NSF (SBIR) CRI Project Summary NSF SBIR Phase I entitled "High Definition Raman Imaging Microscope" | CRI 000949-000976 | |
| 125 | Faxed letter dated 2/18/1992 from Clifford Hoyt to Dr. Peter Baurschmidt and Tom Calahan | CRI 000977-000980 | |
| 126 | 5/11/1995 One page document containing assembly component stages of a filter id no. #50093 A (D;d) | CRI 000981 | |
| 127 | 3/14/1994 One page document containing assembly component stages of a filter id no. #93 | CRI 000982 | |
| 128 | Article entitled "The Varispec Liquid Tunable Filter" | CRI 000983-000989 | |
| 129 | Brochure entitled "Applied spectroscopy - LCTF Raman Chemical Imaging" | CRI 002389-002396 | |
| 130 | Article entitled "Applied spectroscopy" | CI 02063-02067 | |

| Trial Exhibit # | Description | Bates Range (If Applicable) | Objection |
|---|---|---|---|
| 131 | Article entitled "Raman scattering from ultraheavily-ion-implanted and laser-annealed silicon" co-authored by A.K. Shukla and K.P. Jain | CI 02068-02071 | |
| 132 | Article entitled "A Raman study of the dopant distribution in submission pn junctions in B+ or BF2+ ion implanted silicon" co-authored by A.C. de Wilton and M. Simard-Normandin | CI 02072-02080 | |
| 133 | Article entitled "High-Fidelity Raman Imaging Spectrometry: A Rapid Method Using and Acousto-optic Tunable Filter" co-authored by Patrick Treado, Ira Levin and E. Neil Lewis | CI 02259-02264 | |
| 134 | Article entitled "Near-Infrared Acousto-optic Filtered Spectroscopic Microscopy: A Solid-State Approach to Chemical Imaging" co-authored by Patrick Treado, Ira Levin and E. Neil Lewis | CI 02265-02271 | |
| 135 | Article entitled "LCTF Raman Chemical Imaging In The Near-Infrared" co-authored by John Turner and Patrick | CI 02282-02285 | |
| 136 | Peter Miller letter dated 6/10/1994 with enclosed proposal entitled "High Definition Raman Imaging Microscope" submitted to the NSF | CI 02371-02396 | |
| 137 | Single page from NSF (SBIR) CRI Project Summary entitled "High Definition Raman Imaging Microscope" | CI 02538 | |
| 138 | Fax dated 9/3/1996 from Peter Miller to Patrick Treado with attachment | CI 02458-02459 | |
| 139 | Joint venture advanced technology program (ATP Proposal) | CI 02648-02716 | |
| 140 | Concept diagram (Phase I) ChemIcon Raman Imaging System authored by Michael Schaeberle | CI 02904 | |
| 141 | 6/9/1992 Requisition worksheet | CI 02913-02914 | |
| 142 | Notice of intramural research project entitled "Molecular dynamics and vibrational characteristics of membrane assemblies" | CI 02915-02922 | |
| 143 | 3/26/1991 Invoice of component | CI 02923-02925 | |
| 144 | Complaint with attached exhibits (1:05-cv-10367-RWZ) | | |
| 145 | Peter Miller deposition transcript Vol. 1 | | |
| 146 | Peter Miller deposition transcript Vol. 2 | | |
| 147 | Clifford Hoyt deposition transcript | | |
| 148 | Dmitri Vinogradov deposition transcript | | |
| 149 | Barry Logue deposition transcript | | |
| 150 | Ted Les deposition transcript | | |
| 151 | Letter dated 3/1/2007 from Tidge Holmberg to Kenneth Racowski | | |
| 152 | Letter dated 3/7/2000 from Martin Pavane to Peter Miller | | |
| 153 | Letter dated 5/11/2000 from Martin Pavane to Patrick Treado | CRI 001120-001121 | |
| 154 | Letter dated 6/15/2000 from Michael Dever to Martin Pavane | | |

| Trial Exhibit # | Description | Bates Range (If Applicable) | Objection |
|---|---|---|---|
| 155 | Letter dated 6/21/2000 from Martin Pavane to Michael Dever | CRI 001114 | |
| 156 | Letter dated 7/27/2000 from Martin Pavane to Michael Dever | CRI 001108 | |
| 157 | Letter dated 7/31/2000 from Michael Dever to Martin Pavane | CRI 004085-004089 | |
| 158 | Letter dated 8/7/2000 from Michael Dever to Martin Pavane | CRI 001104-001105 | |
| 159 | Letter dated 8/11/2000 from Martin Pavane to Michael Dever | CRI 001101-001102 | |
| 160 | Letter dated 8/17/2000 from Michael Dever to Martin Pavane | CRI 001099 | |
| 161 | E-mail dated 9/13/2000 from Martin Pavane to Michael Dever | CRI 001095 | |
| 162 | E-mail dated 9/19/2000 from Michael Dever to Martin Pavane | CRI 001094 | |
| 163 | Faxed memorandum dated 10/3/2000 from Michael Dever & Victoria Archer to Martin Pavane | CRI 001081-001093 | |
| 164 | Letter from dated 10/12/2000 from Martin Pavane to Michael Dever & Victoria Archer | CRI 004077-004080 | |
| 165 | Letter dated 10/26/2000 from Martin Pavane to Michael Dever | CRI 001075 | |
| 166 | Letter dated 10/27/2000 from Patrick Treado to Peter Antoinetter | CRI 004074 | |
| 167 | Fax dated 10/30/2000 from Martin Pavane to Michael Dever | CRI 001073 | |
| 168 | E-mail dated 10/31/2000 from Michael Dever to Martin Pavane | CRI 001072 | |
| 169 | Letter dated 11/1/2000 from Martin Pavane to Michael Dever | CRI 001068-001069 | |
| 170 | Letter dated 11/22/2000 from Jeffrey Spear to Martin Pavane | CRI 001064-001066 | |
| 171 | 11/22/2000 Covenant Not to Sue between (ChemIcon) and (CRI) | CRI 004143-004144 | |
| 172 | Letter dated 1/20/2005 from Daniel Golub to Martin Pavane | | |
| 173 | U.S. Patent No. 6,711,283 | CI00476-501 | |
| 174 | U.S. Patent No. 5,892,559 | | |
| 175 | Declaration of Edward S. Yeung | | |
| 176 | Expert Report of Dr. Pochi Yeh | | |
| 177 | Trial Demonstratives | | |

Respectfully submitted,

PATRICK TREADO AND CHEMIMAGE CORP.

By their attorneys,

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: 857.488.4220
Fax: 857.488.4201
e-mail: ajfitzpatrick@duanemorris.com
        cskroon@duanemorris.com

OF COUNSEL:

Paul D. Weller
Kenneth L. Racowski
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
eFax:  215.963.5001
e-mail:  pweller@morganlewis.com
e-mail:  kracowski@morganlewis.com

July 16, 2007

2

## CERTIFICATE OF SERVICE

I, Christopher S. Kroon, Esquire, hereby certify that this document filed through the ECF system will be sent electronically in accordance with the District of Massachusetts electronic filing procedures to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 16, 2007.

/s/ Christopher S. Kroon
Christopher S. Kroon

2