IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER MILLER, CLIFFORD HOYT, and CAMBRIDGE RESEARCH AND INSTRUMENTATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK TREADO and CHEMIMAGE CORP.<br><br>Defendants. | Case No. 05-10367 RWZ |

## DEFENDANTS' TRIAL WITNESSES

Pursuant to Local Rule 43.1(B)(1), Defendants ChemImage Corporation ("ChemImage") and Patrick Treado (collectively, "Defendants") hereby identify all witnesses whose testimony may be offered during trial:

    A.    Witnesses Defendants Expect to Proffer at Trial:

        1.    Patrick Treado
              ChemImage Corporation
              7301 Penn Avenue
              Pittsburgh, PA 15208

              (Fact Witness).

        2.    Matthew Nelson
              ChemImage Corporation
              7301 Penn Avenue
              Pittsburgh, PA 15208

              (Fact Witness).

        3.    Scott Keitzer
              413 Lockwood Road
              Export, PA 15632

    (Fact Witness).

B.  <u>Witnesses Defendants May Proffer at Trial</u>:

  1.  Dr. Edward S. Yeung
    Department of Chemistry
    1605 Gilman Hall
    Iowa State University
    Ames, Iowa 50011

    (Expert Witness).

  2.  Dr. Pochi Yeh
    5111 Harold Frank Hall
    Electrical and Computer Engineering
    University of California
    Santa Barbara, CA 93106-9560

    (Expert Witness).

  3.  Dr. Hannah Morris
    Art Conservation Research Center
    Carnegie Mellon University
    700 Technology Drive, Rm. 3325
    Pittsburgh, PA 15219

    (Fact Witness).

  4.  Julie Ribar
    1024 Harvard Road
    Monroeville, PA 15146

    (Fact Witness).

        Respectfully submitted,

        PATRICK TREADO AND CHEMIMAGE CORP.

        By their attorneys,

        <u>/s/ Anthony J. Fitzpatrick</u>
        Anthony J. Fitzpatrick (BBO #564324)
        Christopher S. Kroon (BBO #660286)
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, MA 02210

                              Telephone: 857.488.4220
                              Fax: 857.488.4201
                              e-mail: ajfitzpatrick@duanemorris.com
                                          cskroon@duanemorris.com

OF COUNSEL:

Paul D. Weller
Kenneth L. Racowski
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
eFax:  215.963.5001
e-mail:  pweller@morganlewis.com
e-mail:  kracowski@morganlewis.com


July 16, 2007

**CERTIFICATE OF SERVICE**

    I, Christopher S. Kroon, Esquire, hereby certify that this document filed through the ECF system will be sent electronically in accordance with the District of Massachusetts electronic filing procedures to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 16, 2007.

                                                      /s/ Christopher S. Kroon
                                                      Christopher S. Kroon