UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>PETER J. MILLER ET AL</u>
        **Plaintiff**

   V.                                CIVIL ACTION

                                    NO. <u>05CV10367-RWZ</u>

<u>PATRICK TREADO ET AL</u>
        **Defendant**

## <u>JUDGMENT</u>

<u>ZOBEL, D. J.</u>

In accordance with the ORDER entered on 7/25/07;

Judgment is entered for DISMISSING the complaint.

                                                  By the Court,

<u>  7/26/07  </u>                                      <u>s/ Lisa A. Urso</u>
**Date**                                         **Deputy Clerk**